UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Heron Cove Association, et al.,

           Plaintiff(s),

v.

Gladwin County Board of
Commissioners, et al.,

           Defendant(s).

Case No. 1:24–cv–11473–TLL–PTM
Hon. Thomas L. Ludington
Magistrate Judge Patricia T. Morris

**NOTICE OF CORRECTED JUDICIAL ASSIGNMENT
DUE TO ATTORNEY'S CLERICAL ERROR**

   Take notice that while utilizing CM/ECF online case submission, this case was erroneously assigned to District Judge Matthew F. Leitman and Magistrate Judge Curtis Ivy, Jr. contrary to the Local Rules of the United States District Court for the Eastern District of Michigan.
  Pursuant to 11–AO–016, a new random assignment was performed by Clerk's Office staff in accordance with the Local Rules.  The correct district judge and magistrate judge assigned to this case are noted above.

                              KINIKIA D. ESSIX, CLERK OF COURT

                              By: s/ S. Schoenherr
                                  Deputy Clerk

Dated:   June 5, 2024

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon each attorney of record herein by electronic means or first class U.S. mail.

                              KINIKIA D. ESSIX, CLERK OF COURT

                              By: s/ S. Schoenherr
                                  Deputy Clerk