# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

HERON COVE ASSOCIATION, et al.

      Plaintiffs,

v

GLADWIN COUNTY BOARD OF COMMISSIONERS and FOUR LAKES TASK FORCE,

      Defendants.

No.:  1:24-cv-11473-TLL-PTM

HON. THOMAS L. LUDINGTON

MAG. PATRICIA T. MORRIS

---

| | |
|---|---|
| MICHAEL D. HOMIER (P60318)<br>LAURA J. GENOVICH (P72278)<br>KEITH T. BROWN (84193)<br>Foster, Swift, Collins & Smith, PC<br>*Attorney for Plaintiffs*<br>1700 E. Beltline Ave., NE, Ste. 200<br>Grand Rapids, MI 49525<br>(616) 726-2200<br>mhomier@fosterswift.com<br>lgenovich@fosterswift.com<br>kbrown@fosterswift.com | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, P.L.C.<br>*Attorney for Gladwin County Board of Commissioners*<br>19176 Hall Road, Suite 205<br>Clinton Township, MI  48038<br>(586) 228-5600<br>tferrand@cmda-law.com<br>tlange@cmda-law.com<br><br>JOSEPH W. COLAIANNE (P47404)<br>ZACHARY C. LARSEN (P72189)<br>Clark Hill PLC<br>*Attorney for Four Lakes Task Force*<br>215 S. Washington Square, Suite 200<br>Lansing, MI 48933<br>(517) 318-3100<br>jcolaianne@clarkhill.com<br>zlarsen@clarkhill.com |

_____/

## **APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Zachary C. Larsen of the law firm Clark Hill PLC hereby enters his appearance on behalf of Defendant Four Lakes Task Force in the above-captioned matter.

        Respectfully submitted,

        CLARK HILL PLC

        */s/ Zachary C. Larsen*
        Zachary C. Larsen (P72189)
        Joseph W. Colaianne (P47404)
        *Attorneys for Four Lakes Task Force*
        215 South Washington Square, Ste. 200
        Lansing, MI 48933
        (517) 318-3100
        zlarsen@clarkhill.com
        jcolaianne@clarkhill.com

Dated:  June 6, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2024, I electronically filed an **Appearance of Counsel** with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

Respectfully submitted,

CLARK HILL PLC

*/s/ Zachary C. Larsen*
Zachary C. Larsen (P72189)
Joseph W. Colaianne (P47404)
*Attorneys for Four Lakes Task Force*
215 South Washington Square, Ste. 200
Lansing, MI 48933
(517) 318-3100
zlarsen@clarkhill.com
jcolaianne@clarkhill.com