# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

HERON COVE ASSOCIATION, et al.

    Plaintiffs,

v

GLADWIN COUNTY BOARD OF COMMISSIONERS, et al.,

    Defendants.

Case No.: 1:24-cv-11473-TLL-PTM

HON. THOMAS L. LUDINGTON

Magistrate Judge Patricia T. Morris

| | |
|---|---|
| MICHAEL D. HOMIER (P60318)<br>LAURA J. GENOVICH (P72278)<br>KEITH T. BROWN (84193)<br>Foster, Swift, Collins & Smith, PC<br>*Attorney for Plaintiffs*<br>1700 E. Beltline Ave., NE, Ste. 200<br>Grand Rapids, MI 49525<br>(616) 726-2200<br>mhomier@fosterswift.com<br>lgenovich@fosterswift.com<br>kbrown@fosterswift.com | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, P.L.C.<br>*Attorney for Gladwin County Board of Commissioners*<br>19176 Hall Road, Suite 205<br>Clinton Township, MI 48038<br>(586) 228-5600<br>tferrand@cmda-law.com<br>tlange@cmda-law.com<br><br>JOSEPH W. COLAIANNE (P47404)<br>ZACHARY C. LARSEN (P72189)<br>Clark Hill PLC<br>*Attorney for Four Lakes Task Force*<br>215 S. Washington Square, Suite 200<br>Lansing, MI 48933<br>(517) 318-3100<br>jcolaianne@clarkhill.com<br>zlarsen@clarkhill.com |

                                          /

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT FOUR LAKES TASK FORCE TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

Plaintiff Heron Cove Association, et al. (HCA), and Defendant Four Lakes Task Force (FLTF), by and through their respective attorneys, hereby stipulate to entry of the attached Order extending time for Defendants to answer or otherwise respond to the Amended Complaint filed in this matter.

The Parties stipulate and agree that Defendant's Answer or Response to Plaintiff's Amended Complaint is extended to July 9, 2024:

Stipulated to by:

| | |
|---|---|
| */s/ Michael D. Homier (w/permission)* | */s/ Zachary C. Larsen* |
| MICHAEL D. HOMIER (P60318) | ZACHARY C. LARSEN (P72189) |
| Foster, Swift, Collins & Smith, PC | Clark Hill PLC |
| *Attorney for Plaintiffs* | *Attorney for Four Lakes Task Force* |
| 1700 E. Beltline Ave., NE, Ste. 200 | 215 South Washington Square, Ste .200 |
| Grand Rapids, MI 49525 | Lansing, MI 48933 |
| mhomier@fosterswift.com | zlarsen@clarkhill.com |
| Dated: June 11, 2024 | Dated: June 11, 2024 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

HERON COVE ASSOCIATION, et al.,

        Plaintiffs,

v.

GLADWIN COUNTY BOARD OF COMMISSIONERS, and FOUR LAKES TASK FORCE,

        Defendants.
_____/

Case No. 1:24-cv-11473

Honorable Thomas L. Ludington
United States District Judge

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANT FOUR LAKES TASK FORCE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

This matter having come before this Court upon the attached stipulation and agreement by and between the Parties hereto through its respective counsel of record:

**IT IS ORDERED** that the time for Defendant Four Lakes Task Force to file and serve its response to Plaintiffs' Amended Complaint is extended from June 11, 2024 to **July 9, 2024**.

**IT IS SO ORDERED.**

Dated: June 17, 2024

        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge