UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

HERON COVE ASSOCIATION, et al.

    Plaintiffs,

v.

GLADWIN COUNTY BOARD OF COMMISSIONERS and FOUR LAKES TASK FORCE,

    Defendants.

Case No.: 24-cv-11473
Hon. Thomas L. Ludington
Mag. Judge Patricia T. Morris

| | |
|---|---|
| MICHAEL D. HOMIER (P60318)<br>LAURA J. GENOVICH (P72278)<br>KEITH T. BROWN (84193)<br>Foster, Swift, Collins & Smith, PC<br>Attorney for Plaintiffs<br>1700 E. Beltline Ave., NE, Ste. 200<br>Grand Rapids, MI 49525<br>(616) 726-2200<br>mhomier@fosterswift.com<br>lgenovich@fosterswift.com<br>kbrown@fosterswift.com | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, P.L.C.<br>Attorney for Gladwin County Board of Commissioners<br>19176 Hall Road, Suite 205<br>Clinton Township, MI 48038<br>(586) 228-5600<br>tferrand@cmda-law.com<br>tlange@cmda-law.com<br><br>JOSEPH W. COLAIANNE (P47404)<br>Clark Hill PLC<br>Attorney for Four Lakes Task Force<br>215 S. Washington Square, Suite 200<br>Lansing, MI 48933<br>(517) 318-3029<br>jcolaianne@clarkhill.com |

## STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE FIRST RESPONSIVE PLEADING

The parties hereto, by and through its respective counsel of record, hereby stipulate and agree to entry of the attached order extending the time for Defendant,

Gladwin County Board of Commissioners, to file its first responsive pleading from June 11, 2024 to July 9, 2024.

| | |
|---|---|
| /s/ Michael D. Homier (w/permission) <br> MICHAEL D. HOMIER (P60318) <br> LAURA J. GENOVICH (P72278) <br> KEITH T. BROWN (84193) <br> Foster, Swift, Collins & Smith, PC <br> Attorney for Plaintiffs <br> 1700 E. Beltline Ave., NE, Ste. 200 <br> Grand Rapids, MI 49525 <br> (616) 726-2200 <br> mhomier@fosterswift.com <br> lgenovich@fosterswift.com <br> kbrown@fosterswift.com | /s/ Timothy S. Ferrand <br> TIMOTHY S. FERRAND (P39583) <br> Cummings, McClorey, Davis & Acho, P.L.C. <br> Attorney for Gladwin County Board of Commissioners <br> 19176 Hall Road, Suite 205 <br> Clinton Township, MI  48038 <br> (586) 228-5600 <br> tferrand@cmda-law.com <br> tlange@cmda-law.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

HERON COVE ASSOCIATION, et al.,

        Plaintiffs,                      Case No. 1:24-cv-11473

v.                                          Honorable Thomas L. Ludington
                                              United States District Judge

GLADWIN COUNTY BOARD OF
COMMISSIONERS, and FOUR LAKES
TASK FORCE,

        Defendants.
_____/

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANT GLADWIN COUNTY BOARD OF COMMISSIONERS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

This matter having come before this Court upon the attached stipulation and agreement by and between the Parties hereto through its respective counsel of record:

It is **ORDERED** that the time for Defendant Gladwin County Board of Commissioners to file its answer or otherwise respond to Plaintiffs' Amended Complaint is extended from June 11, 2024 to **July 9, 2024.**

    **IT IS SO ORDERED.**

Dated: June 17, 2024                                         s/Thomas L. Ludington
                                                                 THOMAS L. LUDINGTON
                                                                 United States District Judge