UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

HERON COVE ASSOCIATION, et al.

    Plaintiffs,

v.

GLADWIN COUNTY BOARD OF
COMMISSIONERS and FOUR
LAKES TASK FORCE,

    Defendants.

Case No.:  24-cv-11473
Hon. Thomas L. Ludington
Mag. Judge Patricia T. Morris

## INDEX OF EXHIBITS

A.   Amended Claim of Appeal in State Court
B.   State Court Opinion and Order
C.   Scott v. City of Detroit
D.   Zelasko v. Charter Twp. of Bloomfield
E.   Table, Plaintiff Not in SAD
F.   Table, Plaintiff $0 Assessment

{02089690-1 }