# <u>Exhibit A</u>

01278652-1

STATE OF MICHIGAN
IN THE 42ND CIRCUIT COURT FOR THE COUNTY OF MIDLAND

_____

HERON COVE ASSOCIATION, on behalf
of its members, and individually by its
members: JEFFERY DANA; JUDY
DANA; BRIAN ABRAHAM; JAYNA
ABRAHAM; DEBORA ADAMS;
MICHAEL ADAMS; SHANNON
ADAMS; JAMIE ADAMS; RIC ADER;
SALLY ADER; MICHAEL ADOLPH;
DARLENE ADOLPH; CLIFFORD
ALLEN; ANDREW ALLEN; PAUL
ALLEN; JAYNE ALLEN; PAMELA
ALLEN; JULIE ALLEN; CHRISTINE
ALLEN; LEONARD ALLEN; DAVID
ALTENBERNT; JACOB ALTENBERNT;
CONNIE ALTENBERNT; BRITTANY
ALTENBERNT; EDWARD
ARSENEAULT; AMY ARSENEAULT;
DICK ARTHUR; DOREEN ARTHUR;
DENNIS ATHEY; PATRICIA ATHEY;
BRAD AVER; KRISTY AVER; KURT
BAKER; SANDRA BAKER; CYNTHIA
BALHORN; JAQUELINE BALHORN;
JOSEPH BALHORN; JANA BARINGER;
RICHARD BARLOW; RAYMOND
BARTON; PAMELA BARTON;
DOUGLAS BASHUR; MELANIE
BASHUR; RAY BAUERS; MARIE
RISTE; SCOTT BAUMGART; ROBERT
BAZINET; MICHAEL BAZZLE; AMY
BAZZLE; ROBERT BEAUCHAMP;
DEBRA BEAUCHAMP; MARY BETH
BECHTEL; CAROLINE GOICK;
MICHAEL BECKHAM; KEN
BELLHORN; GEORGE BENCI; JOHN
BENCI; SHARON BENCI; ROBERT
BENNETT; TAMMY BENNETT;
GILBERT BERNIER; JACQUELINE
BERNINGER; ALYSIA BERTHIAUME;
LINDA BEVERIN; SUSAN E. BEYER;
GARY BISHOP; KRYSTAL BISHOP;
JASON BISKNER; STACEY BISKNER;
JUDY BOMAN; GARY BOOTH; HOLLY

Case No. 24-2751-AA

Hon. Judge Stephen P. Carras

BOOTH; RONALD BOWMAN; CLARA
BOWMAN; STACI BOYNTON; ELAINE
BRANCHEAU; SHAWN BRANCHAEU;
KATHLEEN BREWIS; CARY BREWIS;
SCOTT BRICHACEK; RACHELE
BRICHACEK; JIM BRINK; AMY BRINK;
AJ BROCK; CYNTHIA BROCK; JAMES
BROSIER; PAULA BROSIER; DAVID
BROWN; FRED BRYAN; LISA KINSEY;
FRED KINSEY; HALINA BULAT; JOZEF
BULAT; ROBERT BUNKER; JANICE
BUNKER; JACK BURNIAC, JR.;
ANDREW BYCE; KAREN BYCE;
JIMMY CAIN; CATHY CAIN; PAT
CALAHAN; JENNIFER CALAHAN;
JAMES CALDWELL; PATRICIA
CALDWELL; RENEE CALHOUN;
MICHAEL CAMPBELL; MELANIE
CAMPBELL; ROBERT CAPELING;
JENNIFER CAPELING; WAYNE
CASKEY; JOSETTA CASKEY; JANIS
A.E. COLTON; TIMOTHY COOK;
NICHOLAS COON; ANN COON;
ROBERT COWGILL; RICHARD COX;
CAROLYN COX; ROBERT CUBBA;
RITA CUBBA; KEITH DANIELS;
PATRICIA DANIELS; DONNA DAVIS;
BRADLY DAVIS; LOU ANN DAVIS;
STACY DAVIS; GENE DAVIS; KIM
DAVIS; JO ELLEN DE VUYST;
KENDALL DE VUYST; KRISTINA
DELISLE; KEVIN DELISLE; GARY
DELONG; BELINDA DELONG; DAWN
DENMARK; ROD DENMARK;
BRADLEY DENNINGTON; DAVID
DINSMORE; PAMELA DINSMORE;
TERRIL DISCH; TERRY
DONAKOWSKI; CHERYL
DONAKOWSKI; RICHARD DOWNING;
SUSAN DOWNING; LEANNA DOYLE;
NICK DRYE; TIFFANY DRYE; TERESA
DUFRESNE; MICHAEL DUNCAN;
SCOTT DUNCANSON; CAREY
DUNCANSON; JOHN DURANCZYK;
THOMAS DWYER; STEPHANIE
DWYER; DAVID EBENDICK; ROBIN

EBENDICK; DAN EICKHOFF; JULIE
EICKHOFF; KARI W. FARLING; BETH
MANSFIELD; MICHELLE
FARRINGTON; JOHN KAPRAL;
BOBERT FAVREALL; CHARLES
FEGREUS; PATRICK FELD; ROBERT J.
FERGUSON; SHARON FERGUSON;
REBECCA FIELD; JESSICA FINNERTY;
LUANN FOLLETT; KEITH FOREN;
CHARLOTTE FOSGARD; WALTRAUD
FUSCO; MARK GAHRY; CARL
GARBACIK; KAREN GAWRON; JAMES
GEROMETTEE; GIOVAINA
GEROMETTEE; THADDEUS
GIERALTOWSKI; MARY ANN
GIERALTOWSKI; JEFFERY GIGNAC;
BARBARA GIGNAC; JILL GLINSKI;
JEROME GLINSKI; GARY GNYP;
MARY GNYP; EILEEN
GOLDSWORTHY; CURTIS GOLL;
MARTHA GOLL; JILL R. GOODEMOOT;
TIMOTHY GORDERT; GERARD
GOWAN; MICHAEL GREEN; JEFF
GRONAU; DONNA GRONAU; DOUG
GROSSMAN; CONNIE GROVE; RON
GUSTINE; LISA GUSTINE; JANET
HABERLAND; JAMES HANKERD;
KIMBERLY HANKERD; JEREMIE
HANNA; DANIELLE HANNA;
MICHELE HARDY; HARRY
HARTFIELD; KENNETH HARVILLE;
JOSHUA HARVILLE; JESSICA
MINARD; JAMES HAWLEY; KIM
HAWLEY; LORRAINE HEDRICH;
BRIANT HEISER; KEVIN HENNESSY;
SANDRA HENNESSY; JUDY GERRIE
HERNANDEZ; GAIL POST-HEROLD;
JOHN HIGHFIELD; JENNIFER
HIGHFIELD; DAVID HILDEN; SALLY
HILDEN; GEORGE HILLIARD; LORI
HILLIARD; CHARLES HILLIKER; RUSS
HIUMENIAK; JENNIFER HIUMENIAK;
JAY HOCKING; SUSAN HOCKING;
MARIANN HODGE; GARY HOMMEL;
MARY JO HOMMEL; MICHAEL
HOPKINS; CHARLENE HOPKINS;

JONATHAN HOZESKA; CARRIE
HOZESKA; MICHAEL HUBER; CARRIE
HUCKINS; GORDON HUCKINS;
BEHZAD HUSSEINZADEH; PAMELA
HUSSEINZADEH; DANIEL IGNACE;
DANA IGNACE; DAN INMAN;
BEVERLY INMAN; CHARLES
IRELAND; GERI IRELAND; JOHN
JAKUBIEC; DENNIS JOHNSON;
ROGER JOHNSON; KIM JOHNSON;
SONG CHA KANG; KAL KAUFMANN;
GINA KAUFMANN; RICHARD
KEDZIOREK; DIANE KEDZIOREK;
ALBERT KEEN; CYNTHIA KEHOE;
MELISSA KELLER; JOE KELLOGG;
STACIE KELLOGG; IRENE KENNEDY;
KVLA KENNETH; KATHLEEN
KENWORTHY; DAVID KINGSBURY;
RITA KINGSBURY; DANIEL KINNER;
CHERYL KINNER; RONALD KLINE;
MICHELLE KLINE; JAMES KNIEPER;
MICHAEL KOLANOWSKI; VICKY
KOLANOWSKI; JASON KOZAK; KATIE
KOZAK; KEVIN KRAFT; DONA
KRAFT; GEORGE KRATZ; KRATZ CO.
LLC, RAYMOND KRUEGER; JOSEPH
KRUEGER; SYLVESTER KIM; RODNEY
KRUGER; SHARON KRUGER;
THERESA KRYS; LYLE SHIFFER;
PATRICK KUCHER; MONICA KUCHER;
KATIE GRUND; BRANDON GRUND;
DEREK KUNDINGER; ANGELA
KUNDINGER; ARTHUR KUPIEC;
LOUISE KUPIEC; MICHELL LAFOND;
ROBERT LAGRAFF; BRENDA
LAGRAFF; JOHN LANG; BETHANY
LANG; RICHARD LAPOINTE;
CHRISTINE LAPOINTE; ALAN
LARSON; ANDREA LARSON; ED
LASKE; COLLEEN LASKE; MICHAEL
LATHROP; MARTIN LATHROP;
CRYSTAL LATHROP; TYLER
LATHROP; CHRISTAL LATHROP;
SHARON LEACH; EDWARD LEACH;
ED LEE; KIMBERLY LEE; LARRY
LESTER; GERALD LICQUIA; KAREN

LICQUIA; WILLIAM LINDBERG;
MARK LINDENMUTH; PERRI
LINDENMUTH; CATHERINE LOVE;
DAVE LOVEJOY; RITA LOVEJOY;
BRUCE LOVELACE; KAREN
LOVELACE; DAVID LULEWICZ;
SHERYL LULEWICZ; KRISS LYONS;
KIM LYONS; RANDALL MAGEE;
CAROL MAGEE; STEVEN MAKOWSKI;
JANINE MAKOWSKI; MARY
MALONEY; TERRY MARICK; KEVIN
MARICK; BRENT MARKO; DAVID
MARR; DENZEL MARTIN; SHARON
MARTIN; ALVIN MATICH; BRIAN
MATTHIAS; CINDY MATTHIAS;
TIMOTHY MCATEER; PATRICIA
MCATEER; MELISSA MCATEER;
JAMES MCATEER; DENNIS MCBRIDE;
PATRICIA MCBRIDE; WILLIAM
MCCRANDALL; MARETTA
MCCRANDALL; FLOYD MCDONALD;
JOYCE MCDONALD; RANDY
MCDONALD; RENEE MCDONALD;
CAROL MCDONALD; KRISTINA
MCDONALD; SHELLY MCEOWN; MAC
MCKELLAR; CHRISTOPHER MILLER;
DARRELL MONDAY; TAMELA
MONDAY; KEVIN MOORE; JAMES
MORSE; CONNIE MORZINSKI;
RANDALL MORZINSKI; DANIEL
MOTT; KAREN MOTT; BETTY
MULLIN; EDWARD MULLIN;
TIMOTHY MURPHY; KRAIG OLIVER;
KAREN MYERS; GREG NELSON;
ANNETTE NELSON; JARED NICKEL;
HUNTER NORRIS; NICHOLAS
JERMAN; YVETTE OARD; DANNY
OKONIEWSKI; JAMES OLSON; JANET
OLSON; KAREN OLSON; ALFRED C.
OLSON III; DEBRA OLSON; ERIKA
OSTASZEWSKI; AARON
OSTASZEWSKI; CHARLES BARNES;
JEFF OTTO; MARY OTTO; DANIEL
OUILETTE; LISA OUILETTE; DONALD
PALMATEER; BENNETT PALMATEER;
HAZEL PARSONS; DAVID PARTRIDGE;

CINDY PARTRIDGE; BRYCE PAULSEN;
JOSEPH PEELISH; KELLIE PEELISH;
MATT PEER; TERI PEER; NANCY PEIL;
CHRISTINE PELLAR; DONALD
GUNTHER; NORMA GUNTHER;
MATTHEW PENNEY; NACEY PENNEY;
ANDREW PETERS; DOUGLAS
PETERSON; CHRISTINE PETERSON;
SCOTT PETHERS; MARK
PFENNINGER; PAMELA PHILLIPS;
LAWRENCE PHILLIPS; ROCHELLE
PHILLIPS; EDWARD PINKSTON;
JEFFERY PITTS; JUDIA PITTS; BRUCE
PLOWMAN; LISA PLOWMAN; DARIN
POPE; RICKY PORTER; JAN PORTER;
DANNY POYNER; JANEEN POYNER;
HOLLI POYNER; KAREN RADCLIFFE;
PATRICIA RADCLIFFE; KEVIN RAMM;
BRADLEY RAUSCH; LORRAINE
RAYMOND; DEAN A. READER;
TAMRA L. READER; READER FAMILY
TRUST; AMY REGINEK; TIMOTHY
REILLY; DIANA REILLY; CRAIG REIS;
KIMBERLY REIS; JEANNE RESKE;
DAVID RETAN; AMY RETAN; DOUG
REX; LORI REX; KATHLEEN
RHYNARD; LATASHA RHYNARD;
LAWRENCE RICE; PETRENIA RICE;
CHARLOTTE RILEY; ROBERT
UMPHREY; ADAMS RIVAS; WILLIAM
ROBINSON; REBECCA ROBINSON;
JAMES ROGERS; RANDALL ROGNIER;
PATRICIA ROGNIER; CARL ROLL;
COLETE BECOLE; ASHLEY ROSE;
CAREN ROSE; CHRIS ROSE; NEIL
ROSS; TINA ROSSI; DANIEL
WOZNIAK; CYNTHIA ROWLEY; GREG
RUPPEL; CHRISTY RUPPEL; DAVID
RYMAS; AMY RYMAS; REZA
SAFFARIAN; CHERYL SAFFARIAN;
WILLIAM SAROS; LAURA SAROS;
JOHN SAXON; JEFFERY SCHAFFER;
RONALD SCHMIDT; PAMELA
SCHMIDT; GREGORY SCHOWALTER;
TAMARA SCHOWALTER; GARY
SCHULZ; KRISTEN SCHULZ; FRANK

SCHUMACHER; JUNE SCHUTT; TIM
SEAGRAVES; KATHY SEAGRAVES;
ENDRE SEFCSIK; ROBERT
SEIBERLING; JAMES SEIGLA; CAROL
SEIGLA; LARRY SERRELL; BARBARA
SERRELL; MARLENE SHEBESTER;
ARCHIE SHEBESTER; KEFF SIELOFF;
KIMBERLY SIELOFF; WENDI
SIGOURNEY; DAVID SILEO;
DEBORAH SILEO; ROBERT SIMS;
TRACY SIMS; DAWN SISK; RONALD
SIZELAND; SUSAN SIZELAND;
TRAVIS SMITH; RONALD SMITH;
GEORGE SMITH; RONDA SMITH;
EDWARD SOWA; DINA
FRANCESCUTTI; MONIKA
SPALLINGER; JAMES SPARBECK;
JEFFREY SPARBECK; EDWIN
SPECKHAEDT; ANTHONY STAHL;
DAVID STAHL; NORA STAHL; DEAN
STALDER; ANDREW STEPHENSON;
MARIE STOCK; MICHAEL STOCKER;
DENVER STOCKER; LARRY
STOINSKI; RUTH STOINSKI; WAYNE
STOVER; LINDA STOVER; JAMES
STRADTNER; KELLY STRADTNER;
RONALD STREETER; SANDRA
STREETER; CHRISTINE STUMPO;
JOSEPH STUMPO; TODD SULLIVAN;
RACHEL SUNDE; DEBARAH
SUWINSKI; LAWRENCE SUWINSKI;
JOHN SYDENSTRICKER; THERESA
SYDENSTRICKER; STEVEN TAYLOR;
LORETTA TAYLOR; DAVID
THIBODEAU; LINDA THIBODEAU;
DAVE THOMAS; JAMES THOMAS;
MARK THOMAS; VICKI THOMAS;
LOWELL THOMAS; BRIAN
THOMPSON; CARMAN THOMPSON;
THOMAS THOMSON; KELLY
THOMSON; THOMAS J. THOMPSON;
LINDA C. THOMSON; JANICE
TORREY; GARY TRELFA; DIANE
TRELFA; SCOTT TRINKLEIN; DOUG
KRUGER; LENORE TROIA; CYNTHIA
ABBS; DAVID TROMBLEY; GORDON

TROYANEK; TRAVIS TWITCHELL;
BEATRICE TYREE; DAVID VALICE;
LINDA VALICE; JAMES VAN HORN;
DEBORAH VAN HORN; MARKO
VANCE; MARYANN VANCE; WILLIAM
VASICEK; MICHAEL L. VERELLEN;
COURTNEY VERELLEN; MARY ELLEN
VERELLEN; JAMES VOGT; SUSAN
VOGT; KRISTIN WAGNER; RYAN
BENJAMIN WAHL; JOSHUA
WALLACE; ANDREA WALLACE;
MICHAEL WALRATH; MICHAEL
WARNER; KELLY WARNER; THOMAS
WARSHEFSKY; RON WASCHER; MARY
WASCHER; JAMES WAZNY; PAMELA
WEIRMIER; GENE WEST; WANDA
WEST; KEVIN WESTLAKE; SARAH
WESTLAKE; DOUGLAS WHEATLEY;
LINDA WHITE; NORMAN WIESKE;
REVA WILLIAMS; SAMANTHA
WILLIAMS; TIMOTHY WILLIAMS;
ANGELA WILLIAMS; JEFFERY
WILLIAMS; EARL WILSON; RICHARD
WING; THERESA WING; BARB WIRTZ;
GEORGE WISKUP; LEROY WOODS;
GLENDA WOODS; RALPH
WYRYBKOWSKI; DARLENE
WYRYBKOWSKI; KENNETH YEAGER;
CATHRYN YEAGER; JAMES YOUNG;
TRACY ZWICK YOUNG; STEVEN
ZASTROW; LORI ZASTROW;
MAURICE L. ZEMLICKA; ELIZABETH
C. MORSE; MICHAEL ZREPSKEY;
PATRICE ZREPSKEY; ORLANDO
ZUNIGA; MARGARET ZUNIGA;
ALBERT VARDUKYAN; TED YANKO;
KIM KEELEY; DAVID TAYLOR;
VERNON VERKENNES; SHERYL
WALDING; ROBERT PRICE; KAREN
PRICE; THOMAS ROGERS; MELESSA
MANNINO; ALLAN LEONARD; JOHN
KRETZSCHMAR; CRYSTAL
MCMAHAN; LISA MORRISON; PETER
SARACINO; COLLEEN TAYLOR; RUTH
ANN BAZZANI; LYNN MARIE RAU;
EDWARD RAU; HARRY WAGNER;

MELISSA FRANKEL-WAGNER; JAY
RICKERT; KRISTINE K. RICKERT;
TERRY YORK; DENISE YORK;
CASMIER ZOMERFELD; ANDREA
ZOMERFELD; SHERRY DICK;
MARTHA DICK; NOLAN HARVEY, II;
DIANE HAMMOND; JESSICA FESING;
NATHAN FESING; MICHAEL RYBAK;
CHRISTINE RYBAK; MICHAEL
MIKOLAJEWSKI; GARY HORNE;
ROBERT GRADOWSKI; NICOLE
MIKOLAJEWSKI; DIANE HORNE;
JULIE GRADOWSKI; HAROLD MERTZ,
JR.; DIANA MERTZ; ALBERT; ANGEL
HARRISON; ROBERT YAGER KELLAN;
DANIEL KELLAN; PAUL LAY; DENNIS
KLOTT; AARON JOHNSTON; SHANDA
JOHNSTON; DENNIS LYONS; SANDY
LAY; DEBORAH KLOTT; VICKI
LYONS; JACQUELINE BALHORN;
GAIL BARRON; RHONDA GOODWIN;
ART GOODWIN; MATTHEW
FINNERTY; SCOTT HOUSER; THOMAS
JONES; JENNIFER LINTS; MARY
KENNEDY; JEFFREY KLINE, SR.;
KENNETH KULA; KELLY MCGRATH;
DONNA KULA; DUANE BARRON;
TRAVIS BARRON; DOUGLAS C.
PETERSON; CHRISTINE M.
PETERSON; MICHAEL SANDER;
JOANN SANDER; JULIE MILLS;
DEIDRE DONALD; HENRY DONALD;
CHARLES AGUIRRE; LAURIE
AGUIRRE; TIMOTHY ALVESTEFFER;
BILL BACON; LINDA L. BEDELL;
JAMES L. BEDDELL; KIMBERLY
BORCHARD; TIMOTHY DANA; TOM
BOWLAND; TERRY BUSHRE; DIAWA
BUSHRE; GAYLORD CHENEY;
SHARON CHENEY; DAVE CIANEK;
TRACY COATES; BRETT COTTON;
BOBBIE CRAWFORD; SUSAN CURRY;
CLEMENT CURRY; KENNETH
DENMARK; ROXANNE FETTIG;
ANDREW GIEDROCZ; RUTH
GIEDROCZ; SYLVIA GILVIDIS;

LELAND GORMLEY; KENNETH
HOWDEN; MICHAEL JERRY; KATHY
JERRY; PATRICIA JEWETT; GORDON
JEWETT; KARL KACEL; NEHIL
KEELEY; LEONA KOZLOWSKI;
RICHARD LABRENZ; VIRGINIA
LOOSE; DOUGLAS LOOSE; DARIN
LUNSFORD; FREDERICK LYONS;
NANCY LYONS; ROBERT MAXWELL;
PENNY MAXWELL; DARLENE
MCDADE; JAMES MCDADE; ROBERT
MCMANUS; MICHELLE MCMANUS;
BRIAN MILLER; TERRY MILLER;
DAWN MILLER; DAVID NOPPE;
NADINE NOPPE; WAYNE O'DELL;
WALDEMAR PAETZ; SANDRA PAETZ;
MARSHA DELISO; PETER DELISO;
IRVIN POTTS; ROSEMARIE POTTS;
JEFFRERY POTTS; JUDITH POTTS;
TERRY RAMIREZ; CHERYL RAMIREZ;
JACOB ROESE; JENNIFER SALISBURY;
MELISSA SCHAFER; GREGORY
SCHARBONEAU; MARY ANN
SCHARBONEAU; MARK SCHNEIDER;
KEITH SHATTUCK; KATHLEEN
SHATTUCK; GARLAND SNEED; LILA
SNEED; JIM SPERLING; MARGE
SPERLING; DENNIS STANKEWICZ;
MERRILEE STANKEWICZ; BRUCE
THIBODEAU; TONI THIBODEAU;
ARLENE THORP; JAMES TROMMER;
REBECCA TROMMER; MARY TURVEY;
MATTHEW WENDLING; LORI
WENDLING; STEPHEN WYZYWANY;
KAREN WYZYWANY; JOSEPH
ZAWISLAK; BONNIE ZAWISLAK;
MICHELLE ZEMLICAK; SHARON
MAXWELL; JOHN PESSINA; PHYLLIS
BOMAN; LINDA BOMAN; CAROL
KUBINSKI; LISA DIESBOURG; LEYNA
WERNER; DENNIS WERNER;
MICHAEL BACHER; MELINDA
BACHER; JOHN BOOS; MARY BOOS;
SUSAN BURTCH; ROBIN BUSECK;
RICHARD CASTRO; PATRICIA
DEGASPERIS; PAUL DEGASPERIS;

DIANA L. COLE TRUST; KAY
DURANCZYK; TONY DURANCZYK;
SHARON GILLETTE; ANDREW
STEPHENSON; RICHARD
GRZEGORCZYK; LEZLEY
GRZEGORCZYK; NICHOLAS HOLLY;
DEENA HOLLY; D. JOAN JOHNS;
DIANE KOSHT; WILLIAM LAI;
MARINA LAI; HENRY LEICH; CHERYL
LEICH; ANDREA LEWIS; ANDREA
LOPEZ; MARILYN MEYLAN TRUST;
DALE MYERS; ROBERT NIENHAUS;
SHERYL NIENHAUS; CAROL
OUELLETTE; NANCY PIETZ;
RICHARD & DONNA LABRENZ
TRUST; KELLY RUSSELL; VIRGINIA
RUSSELL; ROSEMARY SAVAGE;
KENNETH SAVAGE; KENNETH SESTO;
DENISE SESTO; CATHERINE SESTO;
JAMES SESTO; TORY SHOWEK; LISA
SHOWEK; JOHN TRACY; LORRAINE
TRACY; LOST ARROW RESORT;
TITTABAWASEE RESORT LLC;
MICHELYNNE ADDINGTON;
CHARLES ADDINGTON; MARJORIE
ALLMAN; ROGER ANTEAU; WENDY
ANTEAU; JERRY ATKINSON;
THERESA ATKINSON; BRAD AUER;
KRISTY AUER; JENNIFER AUTY;
TERRIE BABBITT; MICHAEL G.
BARTLETT; MICHAEL BERGER;
ASHLEY BERGER; SCOTT BIGELOW;
BRIAN BRADEN; SARAH BRADEN;
LAWRENCE BRADY; CAROL BRADY;
DANIEL BRODAK; LOREN BRUNGER;
GLENDA BRUNGER; DAVID
CANNING; HELEN CANNING; BRUCE
CARTER; SHERRY CARTER; KAREN
CENTOFANTI; MICHAEL CHRISS;
SHARON CHRISS; SHERYL
DENMARK; DANIEL DIONNE; DAWN
DIONNE; CHRISTINE DOUGLASS;
DONALD DRAYTON; WENDY FABER;
ROBERT FABER; ROBERT KELEY;
GEORGE FERGUSON; LYNDA
FERGUSON; VELMA GERMAIN;

MICHAEL GRIFFIN; SUSAN
GRITZINGER; ANTHONY GROHMAN;
JAMES HARDY; TONYA HARDY;
BONNIE HARGRAVES; LORRAINE
HEDRICK; LESLIE HESS; BRENDA L.
HILLIKER; WILLIAM HOGREBE;
PATRICIA HOGREBE; ALLAN INNES;
JEFFREY KALETO; RYAN KALETO;
ROBERT KELLEY; JOSEPH KELLOGG;
JEFF KINNE; SANDY KINNE; ANDREW
KRIEGER; FRANK LEVENICK;
MICHELLE LEVENICK; TIMOTHY
LONG; ROXANNE LONG; ASHLEY
LOTHIAN; BRAD LYON; KIM LYON;
DERALD MARSH; KITTY MASCARO;
WILLIAM MASCARO, JR.; JOHN
MCCANN; MARY MCCANN; GERARD
MCGOWAN; ARICKA MEALBACK;
MICHAEL MERCIER; TARAH
MERCIER; LYNDA MIESKE; RICHARD
MILLER; JUDY MILLER; CARLTON
MILLS; JANICE MILLS; ALEXANDRA
MURPHY; MICHAEL MURPHY; DAVID
J. MURRAY; FREDRICK MURRAY;
ROSEMARIE MURRAY; ROBERT
NEIIENDAM; JENNIFER NEIIENDAM;
WAYNE ODELL; DANIEL OUILLETTE;
LISA OUILLETTE; GEORGE
PATTERSON; TAMMY PATTERSON;
DUANE LEE PAUL; ANTHONY A.
PAVONE; MATTHEW PENNY; NANCY
PENNY; NICHOLAS PHILLIPS;
KARENA PHILLIPS; DARIN POLE;
SANDRA PRIEMER; DENNIS
RADCLIFFE; MARK L. RAMER; DAVID
RANDALL; TONY REEDY; MAUREEN
REEDY; RANDAL REGNIER; PATRICIA
REGNIER; PETRINA RICE; DANIEL
RITTER; ETOILE RITTER; CYNTHIA
ROBINSON; CASEY ROSS; STEPHANIE
SABIN; LARRY SCHMIDT; SHARON
SCHMIDT; ROBERT SCHOOLEY; ANNE
SCHOOLEY; PAUL SHERYL; JOHN
SMILNAK; LAURIE SMITH; EDWIN
SPECKHARDT; MONICA
SPECKHARDT; PATRICIA SPENCER;

MARK SULLIVAN; LATASHA
SULLIVAN; NANCY THORP; CHAD
TOMS; JULIE ANN VAN AMEYDE;
ROBERT WOODRUFF; CINDY
WOODRUFF; STEVE WORPELL; TERRI
WORPELL; JEFFREY ZAPORSKI; JOAN
ZAPORSKI; WHITE FAMILY TRUST;
LOST ARROW RESORT; PRESTON L.
MARSH TRUST; GARY L. MEYLAN
TRUST; TOMS FAMILY TRUST; ESTATE
OF MARK AUTY; LANCE HUGHES; and
JOYCE SCHOFIELD, DONALD
KEARNS; DIANE KEARNS; JEFFREY
FLETCHER; RICHARD GREGOR;
ANGELA GREGOR; JERRY ATKENSON;
THERESA ATKENSON; RICHARD
KOVALCIK; SUSAN MONROE;
GEORGE E. MONROE; ANDREW
KRIEGER

       Appellants,

v.

MIDLAND COUNTY BOARD OF
COMMISSIONERS, and GLADWIN
COUNTY BOARD OF
COMMISSIONERS, and FOUR LAKES
TASK FORCE

       Appellees.

---

Michael D. Homier (P60318)
Laura J. Genovich (P72278)
Keith T. Brown (84193)
FOSTER, SWIFT, COLLINS & SMITH, PC
*Attorneys for Appellant*
1700 E. Beltline Ave. NE, Suite 200
Grand Rapids, MI 49525
(616) 726-2200
mhomier@fosterswift.com
lgenovich@fosterswift.com
kbrown@fosterswift.com

---

## AMENDED CLAIM OF APPEAL

Appellants, Heron Cove Association, on behalf of its above-named members, and by its above-named individual members, through their counsel, FOSTER, SWIFT, COLLINS & SMITH, P.C., state as follows, pursuant to MCR 7.123:

1.      Appellants claim an appeal from the decisions on February 6, 2024 by the Midland County Board of Commissioners and Gladwin County Board of Commissioners (the "Counties") to each approve a "Resolution Approving Four Lakes Special Assessment District 5-Year Operation and Maintenance Project Cost and Operation and Maintenance Assessment Roll, and Capital Improvement Project Cost Special Assessment Roll."   The resolutions are attached as **Exhibit A**.

2.      In 2019, under Part 307 of the Natural Resources and Environmental Protection Act, Act 451 of 1994, as amended, MCL 307.30701 *et seq*., the Counties by resolution appointed the Four Lakes Task Force ("FLTF") as their delegated authority to cause to be determined the normal lake levels for Wixom Lake, Sanford Lake, Smallwood Lake, and Secord Lake (collectively, the "Lakes"), and to establish the Four Lakes Special Assessment District.

3.      The Counties then jointly filed petitions to determine normal lake levels and to establish the Four Lakes Special Assessment District in Midland County Circuit Court and Gladwin County Circuit Court.

4.      On May 28, 2019, the Honorable Stephen P. Carras entered an order in Midland County Circuit Court setting normal lake levels for the Lakes and establishing the boundaries of the Four Lakes Special Assessment District.   On July 18, 2019 (following an order from the Supreme Court Administrative Office appointing him to that court), Judge Carras entered that order in Gladwin County Circuit Court.

5.      Under MCL 324.3014(3), a county "shall approve the cost and the special assessment roll by resolution" "[b]efore construction of a project is begun."

6.      Upon information and belief, construction on the improvements began before the Counties confirmed the special assessment rolls.

7.      On February 6, 2024, the Counties approved a 5-year operation and maintenance assessment roll and a 40-year capital assessment roll.

8.      Under MCL 324.30714(4), "the special assessment roll with the assessments listed shall be final and conclusive unless appealed in a court within 15 days after county board approval."

9.      Part 307 defines "court" as "a circuit court, and if more than 1 judicial circuit is involved, the circuit court designated by the county board or otherwise authorized by to preside over an action."  MCL 324.30701(c).

10.     On January 23, 2024, the Gladwin County Board of Commissioners adopted a resolution "To Designate Venue/Court For Appeals of Four Lakes Task Force Special Assessment Matters, Pursuant to Statute," which designated venue and conferred jurisdiction upon the Midland County Circuit Court "for all matters relative to the Four Lakes Task Force, and/or special assessments for it as Gladwin County's Delegated Authority," attached as **Exhibit B**.

11.     The Michigan Court of Appeals has held that appeals from the apportionment of a special assessment under the Inland Lake Level Act are properly heard in circuit court.  *In re Project Cost and Special Assessment Roll for Chappel Dam*, 282 Mich App 142, 145; 762 NW2d 192 (2009).

12.     Appellant Heron Cove Association is a Michigan nonprofit corporation organized "[t]o promote the general welfare of its members, owners of any property along or near Secord,

Smallwood, Wixom, and Sanford Lakes, including backlot properties with dedicated access. . ..,
or any property in or touching the Four Lakes Special Assessment District in or around Gladwin
and Midland Counties, Michigan." It is comprised of property owners and those with property
interests within the Four Lakes Special Assessment District or adjacent to it. Individual appellants
are members of the Heron Cove Association who own or have interest in property within the Four
Lakes Special Assessment District. Each appellant has standing to claim this appeal, and
proceeding in one appeal is the most expeditious use of judicial resources. The members appealing
and their addresses and Parcel IDs are listed in **Exhibit C**.

13.    Appellants appeal the Counties' levying and apportionment of the special
assessment rolls on the following grounds and as further detailed below:

      a.    The Counties' decisions were not authorized to law.

      b.    The Counties' decisions were not supported by competent, material, and
          substantial evidence on the whole record.

14.    The Counties began construction on the improvement before they approved the cost
and the special assessment roll by resolution.

      a.    The Counties' decisions were not authorized by law.

15.    Appellants' properties derive little to no special benefit or gain in market value from
the assessment beyond that provided to the community as a whole. *Kadzban v City of Grandville*,
442 Mich 495 (1993).

      a.    The Counties' decisions were not authorized by law.

      b.    The Counties' decisions were not supported by competent, material, and
          substantial evidence on the whole record.

16.     The amount of the assessment imposed on Appellants' properties is grossly disproportionate to the increase in market value to the properties and constitutes a taking of property without due process of law, *Dixon Road Group v City of Novi*, 426 Mich 390 (1986), and an unconstitutional taking of property without just compensation.

    a.     The Counties' decisions were not authorized by law.

    b.     The Counties' decisions were not supported by competent, material, and substantial evidence on the whole record.

17.     Appellants request the following relief:

    a.     That this court vacate the special assessment rolls.

    b.     That this court order a reapportionment of the special assessment roll so that the assessments are proportional to the increase in market value derived from the improvement.

    c.     Any other relief the Court finds just and equitable.

18.     No bond is required by this appeal.

Respectfully Submitted,

FOSTER, SWIFT, COLLINS & SMITH, P.C.

Dated: February 21, 2023          By: _____

Michael D. Homier (P60318)
Laura J. Genovich (P72278)
Keith T. Brown (P84193)
FOSTER, SWIFT, COLLINS & SMITH, PC
*Attorneys for Appellant*
1700 E. Beltline Ave. NE, Suite 200
Grand Rapids, MI 49525
(616) 726-2200
mhomier@fosterswift.com
lgenovich@fosterswift.com
kbrown@fosterswift.com

# EXHIBIT A

MIDLAND COUNTY BOARD OF COMMISSIONERS

**RESOLUTION APPROVING FOUR LAKES SPECIAL ASSESSMENT DISTRICT 5-YEAR OPERATION AND MAINTENANCE PROJECT COST AND SPECIAL ASSESSMENT ROLL, AND CAPITAL IMPROVEMENT PROJECT COST AND SPECIAL ASSESSMENT ROLL**
**(Midland and Gladwin Counties, Michigan)**

At a special meeting of the Board of Commissioners of the County of Midland held at the Dow Diamond, 825 E. Main St., Midland, MI 48640, commencing at 4:00 p.m., prevailing Eastern Time, on February 6, 2024:

PRESENT: Snyder, Glaser, Terwillegar, Geisler Dorrien, Smith, Bone

ABSENT: None

The following resolution was offered by Glaser and seconded by Terwillegar:

WHEREAS, pursuant to Part 307 of the Michigan Natural Resources and Environmental Protection Act, Act 451, Public Acts of Michigan, 1994, as amended ("Part 307"), the Midland County Board of Commissioners and the Gladwin County Board of Commissioners (each, a "County" and collectively, the "Counties") each appointed the Four Lakes Task force, a Michigan nonprofit corporation and organization described in Section 501(c)(3) of the Internal Revenue Code of 1986, as amended (the "Code"), as the "delegated authority" of the Counties to perform the duties of the Counties with respect to maintaining the normal lake levels for Wixom Lake, Sanford Lake, Smallwood Lake and Secord Lake (collectively, the "Four Lakes") and the Four Lakes Special Assessment District (the "District"); and

WHEREAS, on October 16, 2018, the Midland County Board of Commissioners by resolution determined that the cost of the lake level project to establish, and maintain the normal level of the Four Lakes shall be defrayed by special assessments against privately owned parcels of land, political subdivisions of the state, and state-owned lands for the benefits derived; and

WHEREAS, on May 28, 2019, the Midland County Circuit Court entered an Order setting the normal lake levels of the Four Lakes and confirmed the Four Lakes Special Assessment District boundaries; and

WHEREAS, in accordance with Part 307 on January 15, 2024, the Delegated Authority held a public hearing in connection with the: (1) the computation of cost in connection with the 5-year cost and expenses for administration, operations and maintenance of the lake levels and related facilities of the Secord Lake, Smallwood Lake, Wixom Lake and Sanford Lake ("Four Lakes") for the years 2025, 2026, 2027, 2028 and 2029, (2) a 5-year operations and maintenance special assessment roll ("O&M special

1

assessment roll") for the years 2025, 2026, 2027, 2028 and 2029; (3) the computation of cost in connection with the capital improvements cost and expenses of the lake levels and related facilities of the Four Lakes; (4) a capital improvements special assessment roll ("capital improvements special assessment roll"); and (5) hear any objections; and

WHEREAS, following the public hearing, the Delegated Authority approved: (1) the computation of cost in connection with the 5-year cost and expenses for administration, operations and maintenance of the lake levels and related facilities of the Four Lakes for the years 2025, 2026, 2027, 2028 and 2029; (2) a 5-year O&M special assessment roll for the years 2025, 2026, 2027, 2028 and 2029 totaling $8,876,000 ($1,775,200 assessed each year for the years 2025, 2026, 2027, 2028 and 2029); (3) the computation of cost in connection with the capital improvements cost and expenses of the lake levels and related facilities of the Four Lakes; and (4) a capital improvements special assessment roll; and

WHEREAS, following the public hearing, the Delegated Authority further approved a plan of financing, consisting of one or more series of bonds to be issued by the Four Lakes Task Force and/or a loan from the United States Army Corps of Engineers Water Infrastructure Financing Program, in the aggregate principal amount of not to exceed $217,000,000 to provide the long-term financing of the costs to design, acquire, and construct improvements necessary to establish and maintain the normal lake levels for the Four Lakes; and

WHEREAS, pursuant to Part 307, the Midland County Circuit Court has continuing jurisdiction over the establishment and maintenance of the Four Lakes normal lake level, and because the Four Lakes are located in more than one county, the Midland County Board of Commissioners designates the Midland County Circuit Court as the court authorized to hear any appeals to the O&M special assessment roll or capital improvements special assessment roll pursuant to MCL 324.30701(c), and any such appeals must be filed with the Midland County Circuit Court within fifteen (15) days after approval by the Midland and Gladwin County Boards of Commissioners.

IT IS HEREBY RESOLVED BY THE BOARD OF THE COMMISSIONERS, AS FOLLOWS:

1.   The computation of cost in connection with the 5-year cost and expenses with respect to the administration, operations and maintenance of the lake levels and related facilities of the Four Lakes for the years 2025, 2026, 2027, 2028 and 2029, attached as **Appendix A,** is hereby approved.

2.   The 5-year operations and maintenance special assessment roll for the Four Lakes Special Assessment District for the years 2025, 2026, 2027, 2028 and 2029 totaling $8,876,000 ($1,775,200 assessed each year for the years 2025, 2026, 2027, 2028 and 2029), attached as **Appendix B,** is hereby approved.

3.   The computation of cost in the amount of $398,875,000 in connection with the capital improvements cost and expenses of the lake levels and related facilities of the Four Lakes, attached as **Appendix C,** is hereby approved.

4.   The capital improvements special assessment roll for the Four Lakes Special Assessment District, attached as **Appendix D,** is hereby approved.

5.   The plan of financing to provide the long-term financing of the costs to design, acquire, and construct improvements necessary to establish and maintain the normal lake levels for the Four Lakes, attached as **Appendix E,** is hereby approved.

419979\275277218.v1

6.    The O&M special assessment roll and the capital improvements special assessment roll shall be final and conclusive unless appealed to the Midland County Circuit Court within fifteen (15) days after approval by the Midland and Gladwin County Boards of Commissioners.

7.    Pursuant to MCL 324.30701(C), the Midland County Board of Commissioners hereby designates the Midland County Circuit Court as the court authorized to hear any appeals to the O&M special assessment roll or capital improvements special assessment roll, and such designation shall be deemed to apply retroactively to the date of the establishment of the normal lake levels for the Four Lakes, May 28, 2019.

8.    This resolution shall become effective only if the Board of Commissioners of the County of Gladwin adopts a resolution substantially in the form of this resolution.

All resolutions and part of resolutions, insofar as the same may be in conflict with the provisions of this resolution, are hereby rescinded.

Roll Call:

Yeas: Snyder, Glaser, Terwillegar, Geisler Dorrien, Smith, Bone

Nays: None

Resolution adopted.

STATE OF MICHIGAN        )
                                    ) SS
COUNTY OF MIDLAND      )

       I, the undersigned, the duly qualified and acting County Clerk of the County of Midland, do hereby certify that the foregoing is a true and complete copy of a resolution adopted by a majority vote of the members elect of the Midland County Board of Commissioners at a special meeting of said Board of Commissioners at the Dow Diamond, 825 E. Main St., Midland, MI 48640, held at 4:00 p.m., prevailing Eastern Time, on February 6, 2024.

       I further certify that notice of the meeting was given in accordance with the Open Meetings Act.

                             Ann Manary, County Clerk
                             County of Midland

4

# GLADWIN COUNTY BOARD OF COMMISSIONERS

### RESOLUTION APPROVING FOUR LAKES SPECIAL ASSESSMENT DISTRICT 5-YEAR OPERATION AND MAINTENANCE PROJECT COST AND SPECIAL ASSESSMENT ROLL, AND CAPITAL IMPROVEMENT PROJECT COST AND SPECIAL ASSESSMENT ROLL
#### (Midland and Gladwin Counties, Michigan)
#### Resolution # 2024-009

At a special meeting of the Board of Commissioners of the County of Gladwin held at the Dow Diamond, 825 E. Main St., Midland, MI 48640, commencing at __4 : 00__ p.m., prevailing Eastern Time, on February 6, 2024:

PRESENT:   O'Donnell, Moore, Grave, Taylor, Visnaw

ABSENT:   None

The following resolution was offered by __Visnaw__ and seconded by O'Donnell :

WHEREAS, pursuant to Part 307 of the Michigan Natural Resources and Environmental Protection Act, Act 451, Public Acts of Michigan, 1994, as amended ("Part 307"), the Midland County Board of Commissioners and the Gladwin County Board of Commissioners (each, a "County" and collectively, the "Counties") each appointed the Four Lakes Task force, a Michigan nonprofit corporation and organization described in Section 501(c)(3) of the Internal Revenue Code of 1986, as amended (the "Code"), as the "delegated authority" of the Counties to perform the duties of the Counties with respect to maintaining the normal lake levels for Wixom Lake, Sanford Lake, Smallwood Lake and Secord Lake (collectively, the "Four Lakes") and the Four Lakes Special Assessment District (the "District"); and

WHEREAS, on October 9, 2018, the Gladwin County Board of Commissioners by resolution determined that the cost of the lake level project to establish, and maintain the normal level of the Four Lakes shall be defrayed by special assessments against privately owned parcels of land, political subdivisions of the state, and state-owned lands for the benefits derived; and

WHEREAS, on May 28, 2019, the Midland County Circuit Court entered an Order setting the normal lake levels of the Four Lakes and confirmed the Four Lakes Special Assessment District boundaries; and

WHEREAS, in accordance with Part 307 on January 15, 2024, the Delegated Authority held a public hearing in connection with the: (1) the computation of cost in connection with the 5-year cost and expenses for administration, operations and maintenance of the lake levels and related facilities of the Secord Lake, Smallwood Lake, Wixom Lake and Sanford Lake ("Four Lakes") for the years 2025, 2026, 2027, 2028 and 2029, (2) a 5-year operations and maintenance special assessment roll ("O&M special assessment roll") for the years 2025, 2026, 2027, 2028 and 2029; (3) the computation of cost in

1

connection with the capital improvements cost and expenses of the lake levels and related facilities of the Four Lakes; (4) a capital improvements special assessment roll ("capital improvements special assessment roll"); and (5) hear any objections; and

WHEREAS, following the public hearing, the Delegated Authority approved: (1) the computation of cost in connection with the 5-year cost and expenses for administration, operations and maintenance of the lake levels and related facilities of the Four Lakes for the years 2025, 2026, 2027, 2028 and 2029; (2) a 5-year O&M special assessment roll for the years 2025, 2026, 2027, 2028 and 2029 totaling $8,876,000 ($1,775,200 assessed each year for the years 2025, 2026, 2027, 2028 and 2029); (3) the computation of cost in connection with the capital improvements cost and expenses of the lake levels and related facilities of the Four Lakes; and (4) a capital improvements special assessment roll; and

WHEREAS, following the public hearing, the Delegated Authority further approved a plan of financing, consisting of one or more series of bonds to be issued by the Four Lakes Task Force and/or a loan from the United States Army Corps of Engineers Water Infrastructure Financing Program, in the aggregate principal amount of not to exceed $217,000,000 to provide the long-term financing of the costs to design, acquire, and construct improvements necessary to establish and maintain the normal lake levels for the Four Lakes; and

WHEREAS, pursuant to Part 307, the Midland County Circuit Court has continuing jurisdiction over the establishment and maintenance of the Four Lakes normal lake level, and because the Four Lakes are located in more than one county, the Gladwin County Board of Commissioners designates the Midland County Circuit Court as the court authorized to hear any appeals to the O&M special assessment roll or capital improvements special assessment roll pursuant to MCL 324.30701(c), and any such appeals must be filed with the Midland County Circuit Court within fifteen (15) days after approval by the Midland and Gladwin County Boards of Commissioners.

IT IS HEREBY RESOLVED BY THE BOARD OF THE COMMISSIONERS, AS FOLLOWS:

1.   The computation of cost in connection with the 5-year cost and expenses with respect to the administration, operations and maintenance of the lake levels and related facilities of the Four Lakes for the years 2025, 2026, 2027, 2028 and 2029, attached as **Appendix A,** is hereby approved.

2.   The 5-year operations and maintenance special assessment roll for the Four Lakes Special Assessment District for the years 2025, 2026, 2027, 2028 and 2029 totaling $8,876,000 ($1,775,200 assessed each year for the years 2025, 2026, 2027, 2028 and 2029), attached as **Appendix B,** is hereby approved.

3.   The computation of cost in the amount of $398,875,000 in connection the capital improvements cost and expenses of the lake levels and related facilities of the Four Lakes, attached as **Appendix C,** is hereby approved.

4.   The capital improvements special assessment roll for the Four Lakes Special Assessment District, attached as **Appendix D,** is hereby approved.

5.   The plan of financing to provide the long-term financing of the costs to design, acquire, and construct improvements necessary to establish and maintain the normal lake levels for the Four Lakes, attached as **Appendix E,** is hereby approved.

2

419979\275277220.v1

6.  The O&M special assessment roll and the capital improvements special assessment roll shall be final and conclusive unless appealed to the Midland County Circuit Court within fifteen (15) days after approval by the Midland and Gladwin County Boards of Commissioners.

7.  Pursuant to MCL 324.30701(C), the Gladwin County Board of Commissioners hereby designates the Midland County Circuit Court as the court authorized to hear any appeals to the O&M special assessment roll or capital improvements special assessment roll, and such designation shall be deemed to apply retroactively to the date of the establishment of the normal lake levels for the Four Lakes, May 28, 2019.

8.  This resolution shall become effective only if the Board of Commissioners of the County of Midland adopts a resolution substantially in the form of this resolution.

All resolutions and part of resolutions, insofar as the same may be in conflict with the provisions of this resolution, are hereby rescinded.

Roll Call:

Yeas: O'Donnell, Moore, Greve, Taylor, Visnaw

Nays: None

Resolution adopted.

STATE OF MICHIGAN      )
                       ) SS
COUNTY OF GLADWIN      )


I, the undersigned, the duly qualified and acting County Clerk of the County of Gladwin, do hereby certify that the foregoing is a true and complete copy of a resolution adopted by a majority vote of the members elect of the Gladwin County Board of Commissioners at a special meeting of said Board of Commissioners at the Dow Diamond, 825 E. Main St., Midland, MI 48640, held at _4_ : _00_ p.m., prevailing Eastern Time, on February 6, 2024.

I further certify that notice of the meeting was given in accordance with the Open Meetings Act.

Karrie Hulme

Karrie Hulme, County Clerk
County of Gladwin

3

419979\275277220.v1

# EXHIBIT B

**GLADWIN COUNTY**
**BOARD OF COMMISSIONERS**
Resolution 2024-008

**TO DESIGNATE VENUE/COURT FOR APPEALS OF FOUR LAKES TASK FORCE SPECIAL ASSESSMENT MATTERS, PURSUANT TO STATUTE**

WHEREAS, by Resolution 2018-034, this Board of Commissioners designated the Four Lakes Task Force as its Delegated Authority, pursuant to Part 307 of the Michigan Natural Resources and Environmental Protection Act, "Inland Lake Levels," MCL 324.30701, *et seq* (Part 307);

WHEREAS, under Part 307 the Four Lakes Task Force has obtained lake level orders/judgments, undertaken restoration of the four lakes involved, developed extensive plans and specifications for restoration of the lakes, obtained substantial funds from the State of Michigan to that end, and will be undertaking Special Assessments under Part 307, to fund ongoing operations, and also to fund capital improvements; and

WHEREAS MCL 324.30701(c) defines "a court" to mean a circuit court, and if more than one circuit court is involved, it means the circuit court designated by the county board, or otherwise authorized by law to preside over an action;

And,

WHEREAS MCL 324.30705(3) provides that all proceedings relating to the making, levying, and collection of special assessments authorized by this part, and the issuance of bonds, notes, or lake level orders in anticipation of the collection of the special assessments shall conform as nearly as possible to the proceedings for levying special assessments and issuing bonds, as set forth in the Drain Code;

And,

WHEREAS appeals for Drain Code special assessment matters proceed in the Circuit Court, not the Michigan Tax Tribunal;

And,

WHEREAS MCL 324.30707(5) provides that each lake level order established by a court, confers continuing jurisdiction in that court;

And,

WHEREAS Special Assessments under Part 307, and pursuant to existing decisions of the Michigan Tax Tribunal, are not within the subject matter jurisdiction of the Michigan Tax Tribunal, but under the Circuit Courts, and

WHEREAS all appeals of the Special Assessments made under Part 307 should be heard in a single court, and without causing confusion to the public where to file appeals, and

WHEREAS it will serve efficiency, and the due process rights of taxpayers, to have a single court, within which to file appeals of the Four Lakes Task Force special assessments;

IT IS THEREFORE RESOLVED AS FOLLOWS:

The Board of Commissioners of the County of Gladwin, acting pursuant to Part 307, and particularly MCL 324.30701(c) hereby designates venue and confers subject matter jurisdiction upon the Midland County Circuit Court, for all matters relative to the Four Lakes Task Force, and/or special assessments for it as Gladwin County's Delegated Authority.

YEAS: Commissioners Mecre Grace Taylor Vionau O'Dannell

NAYS: Commissioners 0

ABSTAIN: Commissioners 0

The Resolution is declared adopted.

### CLERK'S CERTIFICATE

The undersigned, being the duly qualified and acting Clerk of the County of Gladwin, Michigan, hereby certifies that (1) the foregoing is a true and complete copy of a resolution duly adopted by the County Board of Commissioners at a meeting held on January 23, 2024 at which meeting a quorum was present and remained throughout, (2) the original thereof is on file in the records in my office, (3) the meeting was conducted, and public notice thereof was given, pursuant to and in full compliance with the Open Meetings Act (Act No. 267 Public Acts of Michigan, 1976, as amended), and (4) minutes of such meeting were kept and will be or have been made available as required thereby.

Karrie Hulme
Karrie Hulme
Gladwin County Clerk

# EXHIBIT C

| ID# | LAST NAME | FIRST NAME | PROPERTY ADDRESS | COUNTY |
|---|---|---|---|---|
| 130-055-000-009-00 | Abraham | Brian & Jayna | 2905 Lakeshore Dr Gladwin MI,48624 | Gladwin |
| 130-114-000-145-00 | Adams | Debora | 2748 W River Dr., Gladwin, MI 48624 | Gladwin |
| 150-310-000-014-00 | Adams | Michael | 5295 M-30, Beaverton MI 48612 | Gladwin |
| 030-120-002-001-00 | Adams | Shannon & Adams | 4605 Lakeview Dr, Beaverton, MI 48612 | Gladwin |
| 030-075-000-001-01 | Ader | Ric & Sally | 3502 Arapahoe Trail, Beaverton MI 48612 | Gladwin |
| 110-200-000-029-00 | Adolph | Michael & Darlene | 517 Hilo Rd., Gladwin, MI 48624 | Gladwin |
| 110-200-000-028-00 | Adolph | Michael & Darlene | 517 Hilo Rd., Gladwin, MI 48624 | Gladwin |
| 101-023-200-180-00 | Aguiffe | Charles & Laurie | 5425 N Fox Rd, Sanford, MI 48657 | MIdland |
| 130-071-000-034-10 | Allen | Paul & Christine | 1247 Nokomis Dr Gladwin,48624 | Galdwin |
| 110-260-000-007-00 | Allen | Clifford & Pamela | 694 Olbe Ct,Gladwin MI,48624 | Gladwin |
| 150-035-400-001-04 | Allen | Andrew & Julie | 5857 Hunter Rd,Beaverton Mi,48612 | Gladwin |
| 130-071-000-034-10 | Allen | Paul & Christine | 1247 Nokomis Gladwin Mi,48624 | Gladwin |
| 030-026-200-001-09 | Altenbernt | David & Connie | 4550 David Ct,Beaverton MI,48612 | Gladwin |
| 030-026-200-001-04 | Altonbernt | Jacob&Brittany | 4556 David Ct, Beaverton, MI 48612 | Gladwin |
| 130-123-000-109-00 | Arseneault | Aimee & Edward | 3297 N West Branch Dr,Gladwin MI,48624 | Gladwin |
| 070-150-000-026-00 | Arthur | Dick & Doreen | 4182 Mohwak Tiral, Gladwin, MI 4864 | Gladwin |
| 030-060-000-016-00 | Athey | Dennis & Patricia | 5279 S Pine St., Beaverton, MI 48612 | Gladwin |
| 070-241-000-012-00 | Aver | Brad & Kristy | 4188 Pine Dr,Gladwin Mi 48624 | Gladwin |
| 010-002-400-203-00 | Bacon | Bill | 6688 N Neiner Rd., Beaverton, MI 48612 | Midland |
| 130-135-000-025-00 | Baker | Kurt & Sandra | 3573 Pineland, Gladwin, MI 48624 | Gladwin |
| 110-015-200-033-00 | Balhorn | Cynthia, Joseph, Jaqueline | 585 Sun oil Rd., Gladwin, MI 48624 | Gladwin |
| 030-046-000-130-00 | Baringer | Jana | 3700 S. lake Dr, Beverton, MI 48612 | Gladwin |
| 130-470-000-059-00 | Barlow | Richard | 3028 N,South Dr, Gladwin,MI 48624 | Gladwin |
| 150-200-000-018-10 | Barton | Raymnd & Pamela | 5445 Knollwood Dr, Beaverton, Mi 48657 | Gladwin |
| 130-054-000-015-00 | Bashur | Douglas&Melanie | 2661 Lakeshore DR, Gladwin, MI 48624 | Gladwin |
| 150-290-000-042-00 | Bauers | Ray & Marie | 296 Island Dr Beaverton,MI,48612 | Gladwin |
| 070-290-000-012-00 | Baumgart | Scott | 1061 Pineway Dr, Gladwin, MI 48624 | Gladwin |
| 130-125-000-163-00 | Bazinet | Robert | 3575 N West Branch Dr., Gladwin, MI 48624 | Gladwin |
| 130-165-000-0101-00 | Bazzle | Michael & Amy | 1952 Moose DR,Gladwin, MI 48624 | Glaadwin |
| 150-050-000-011-00 | Beauchamp | Robert & Debra | 359 Twin Lake Rd., Beaverton, MI 48612 | Gladwin |
| 130-114-000-150-00 | Bechtel | Mary Beth | 2698 W. River Dr., Gladwin, MI 48624 | Gladwin |
| 130-165-000-021-01 | Beckham | Michael | 1596 Moose Dr., Gladwin, MI 48624 | Gladwin |
| 010-450-500-050-00 | Bedell | Linda | 388 W Cedar Dr, #126, Sanford,MI 48657 | Midland |
| 110-371-000-069-00 | Bellhorn | Ken | 2394 Whitney Beach Rd., Beaverton, MI 48612 | Gladwin |
| 110-009-400-002-02 | Benci | George & Sharon | 481 White Rd., Gladwin, MI 48624 | Gladwin |
| 110-200-000-026-10 | Benci | John & Sharon | 533 Hilo RD, Gladwin, MI 48624 | Gladwin |
| 070-130-000-056-10 | Bennett | Robert & Tammy | 4100 Navajo St., Gladwin, MI 48624 | Gladwin |
| 080-001-200-080-00 | Bernier | Gilbert | 3656 N Water St sanford, MI 48657 | Gladwin |
| 110-220-000-024-00 | Berninger | Jacqueline | 136 Lockwood, Gladwin MI 48624 | Gladwin |
| 130-105-000-003-00 | Berthiaume | Alysia | 47 W River Dr., Gladwin, MI 48624 | Gladwin |
| 110-400-000-013-01 | Beverin | Linda | 250 Lockwood St., Gladwin, MI 48624 | Gladwin |
| 030-105-000-026-00 | Beyer | Susane | 4149 South Oak Dr., Beaverton, MI 48612 | Gladwin |
| 130-010-301-003-00 | Bishop | Gary & Krystal | 3170 Pinehurst, Gladwin, MI | Gladwin |
| 110-014-300-003-04 | Biskner | Jason&Stacey | 920 Hemlock PT, Gladwin MI,48624 | Gladwin |
| 130-010-303-003-00 | Boman | Judy | 3024 W River Dr. Gladwin MI 48624 | Gladwin |
| 150-190-000-001-10 | Booth | Gary & Holly | 5770 Dundas Rd,Beaverton Mi,48612 | Gladwin |
| 010-023-200-241-00 | Borchard | Kimberly&Timothy Dana | 5373 N Fox Rd,Sanford Mi 48657 | Midland |
| 010-011-100-161-00 | Bowland | Tom | 6282 N Neiner Rd, Sanford, MI 48657 | Midland |
| 150-223-000-075-10 | Bowman | Ronald & Clara | 770 Kathys CT, Beaverton, MI 48612 | Gladwin |
| 150-016-400-001-01 | Boynton | Staci | 1361 Blakely Rd., Beaverton, MI 48612 | Gladwin |
| 070-036-200-001-21 | Brancheau | Elaine | 4349 N. Baker Rd., Alger, MI 48610 | Gladwin |
| 070-036-200-007-01 | Brancheau | Elaine | 4343 Baker Rd., Alger, MI 48610 | Gladwin |
| 070-036-200-007-02 | Brancheau | Elaine | 4316 Baker Rd., Alger, MI 48610 | Gladwin |
| 070-290-000-002-00 | Brewis | Kathleen & Cary | 1003 Pineway Dr Gladwin Mi,48624 | Gladwin |
| 070-290-000-010-00 | Brewis | Kathleen & Cary | 1041 Pineway Dr Gladwin Mi,48624 | Gladwin |
| 130-075-000-025-00 | Brichacek | Scott & Rachele | 3731 Jennings Court Gladwin Mi,48624 | Gladwin |
| 130-075-000-026-00 | Brichacek | Scott & Rachele | 3731 Jennings Court Gladwin MI,48624 | Gladwin |
| 150-060-000-031-30 | Brink | Jim & Amy | 650 Woodby, Beaverton, MI 48612 | Gladwin |
| 030-125-000-011-00 | Brock | AJ & Cynthia | 5191 Martin Rd., Beaverton, MI 48612 | Gladwin |
| 100-230-000-025-50 | Brosier | James&Paula | 1695 Maple Point Rd, Beaverton, MI 48612 | Gladwin |
| 130-121-000-225-10 | Brown | David | 3909 N West Branch Dr., Gladwin MI 48624 | Gladwin |
| 110-371-000-090-00 | Bryan | Fred & Lisa Kinsey | 2516 South Whitney Beach Rd Gladwin Mi,48624 | Gladwin |
| 130-126-000-229-01 | Bulat | Halina & Jozef | 3915 N West Branch Dr., Gladwin, MI 48624 | Gladwin |

| | | | | |
|---|---|---|---|---|
| 070-291-000-054-00 | Bunker | Robert & Janice | 4050 Cayley Ct., Gladwin, MI 48624 | Gladwin |
| 070-291-000-055-00 | Bunker | Robert & Janice | 4050 Cayley Ct., Gladwin, MI 48624 | Gladwin |
| 030-065-000-028-00 | Burniac Jr. | Jack | 43986 Anderson Dr., Beaverton, MI 48612 | Gladwin |
| 010-550-500-121-00 | Bushre | Terry & Diawa | 5220 W. Lake Sanford RD, Sanford, MI 48657 | Midland |
| 030-023-200-002-30 | Byce | Andrew & Karen | 4000 Bay Dr., Beaverton, MI 48612 | Gladwin |
| 070-250-000-001-00 | Cain | Jimmy& Cathy | 1775 Riverside Dr. Alger, MI 48610 | Gladwin |
| 070-033-303-001-10 | Calahan | Pat & Jennifer | 3870 M 30, Gladwin, MI 48624 | Gladwin |
| 070-036-400-013-00 | Caldwell | James & Patricia | 1785 Riveside Dr,Gladwin MI, 48657 | Gladwin |
| 070-080-000-001-00 | Caldwell | James & Patricia | 1785 Riveside Dr,Gladwin MI, 48657 | Gladwin |
| 070-036-401-003-00 | Caldwell | James & Patricia | 1785 Riveside Dr,Gladwin MI, 48657 | Gladwin |
| 110-379-000-373-00 | Calhon | Renee | 1685 Bertha RD, Gladwin,MI 48624 | Gladwin |
| 030-135-000-010-00 | Campbell | Michael & Melanie | 3090 S Whiney Beach, Beaverton, MI 48612 | Gladwin |
| 030-065-000-010-00 | Capeling | Robert& Jennifer | 4302 Anderson DR, Beaverton, MI 48612 | Gladwin |
| 030-246-000-010-00 | Caskey | Wayne & Josetta | 2852 S Whiney Beach RD, Beaverton,MI 48612 | Gladwin |
| 010-540-500-071-00 | Cheney | Gaylord & Sharon | 5426 N Lake Sanford Rd., Sanford, MI 48657 | MIdland |
| 010-023-300-017-00 | Cianek | Dave | 5165 N Fox Rd., Sanford, MI 48657 | Midland |
| 010-023-200-581-00 | Coates | Tracy | 5249 N Fox Rd., Sanford, MI 48657 | Gladwin |
| 010-011-100-250-00 | Cole | Diana L Trust | 6419 N Water Rd, Sanford,Mi 48657 | Midland |
| 150-310-000-016-00 | Colton | Janice | 5283 Red oak Ct Beaverton,48612 | Gladwin |
| 110-371-000-072-10 | Cook | Timothy | 2406 S Whintry Beach RD, Beaverton, MI 48612 | Gladwin |
| 080-700-500-440-00 | Coon | Nucholas& Ann | 3855 N. West Breach Dr , Gladwin , MI 48624 | Gladwin |
| 080-700-500-020-00 | Cotton | Brett | 3360 N Lakeside Dr, Sanford,MI 48657 | MIdland |
| 130-113-000-117-00 | Cowgill | Robert | 2986 West River Dr, Gladwin, MI 48624 | Gladwin |
| 110-120-000-034-00 | Cox | Richard | 1132 Birma Trail,Beaverton Mi,48612 | Gladwin |
| 110-120-000-034-10 | Cox | Richard | 1432 Birma Trail,Beaverton Mi,48612 | Gladwin |
| 010-450-500-070-00 | Crawford | Bobbie | 402 Cedar Dr., Edenville, MI 48620 | Midland |
| 040-080-000-011-00 | Cubba | Robert& Rita | 2194 River Ridge, Alger, MI 48610 | Gladwin |
| 081-720-500-075-00 | Curry | Susan & Clement | 2710 N. Peterson Dr., Sanford, MI 48657 | MIdland |
| 150-290-000-010-00 | Dana | Jeffery & JUdy | 361 Island Dr, Beaverton, MI 48612 | Gladwin |
| 070-120-000-046-00 | Daniels | Keith & Patricia | 4755 Middle Point Dr., Alger MI 48610 | Gladwin |
| 030-185-000-006-00 | Davis | Donna & Lou Ann | 5144 Ostlund Dr., Hope, MI 48612 | Gladwin |
| 110-004-301-002-00 | Davis | Bradly & Stacy | 784 New Trail Rd Gladwin Mi,48624 | Gladwin |
| 070-291-000-035-00 | Davis | Gene& Kim | 4188 Pineway Dr,Gladwin MI 48624 | Gladwin |
| 130-123-000-111-10 | De Vuyst | Jo Ellen & Kendall | 3315 N West Branch Dr., Gladwin MI 48624 | Gladwin |
| 030-046-000-94-00 | Deena | Holly | 3742 South Lake Dr, Beaverton,MI 48612 | Gladwin |
| 130-126-000-217-00 | DeGasperis | Patricia | 3837 N West Branch Dr., Gladwin MI 48624 | Gladwin |
| 150-170-000-020-00 | DeLisLe | Kristina & Kevin | 1109 McKimmy Dr, Beaverton MI 48612 | Gladwin |
| 130-136-000-073-00 | Delong | Gary & Belinda | 3698 Pineland Rd Gladwin Mi,48624 | Gladwin |
| 010-640-500-140-00 | Denmark | Kenneth | 915 W Genesse Rd Sanford MI 48657 | Midland |
| 010-014-200-280-00 | Denmark | Kenneth | 915 W Genesse Rd Sanford MI 48657 | Midland |
| 130-136-000-093-00 | Denmark | Dawn | 3784 Pinlands RD, Gladwin,MI 48624 | Gladwin |
| 130-175-000-022-00 | Dennington | Bradley | 3881 W Thendara Dr., Gladwin MI 48624 | Gladwin |
| 030-155-000-011-10 | Dinsmore | David & Pamela | | |
| 030-155-000-011-10 | Dinsmore | Pamela | 4285 Charlebois RD, Beavberton,MI 48612 | Gladwin |
| 110-014-300-003-02 | Disch | Terril | 860 Aspen Trail,Gladwin Mi,48624 | Gladwin |
| 130-113-000-114-00 | Donakowski | Terry& Cheryl | 2992 w. River Dr, Gladwin, MI 48624 | Gladwin |
| 030-023-400-002-01 | Downing | Richard & Susan | 1303 Janice Ln,Beaverton Mi,48612 | Gladwin |
| 110-376-000-364-00 | Doyle | Leanna | 1600 Hay Rd., Beaverton, MI 48612 | Gladwin |
| 130-121-000-069-00 | Drye | Nick & Tiffany | 3266 Pinehurst Dr Gladwin MI 48624 | Gladwin |
| 130-126-000-185-00 | Dufresne | Teresa | 3631 N West Branch Dr., Gladwin MI 48624 | Gladwin |
| 110-230-000-065-10 | Duncan | Michael | 1603 Cross Lake Rd., Beaverton MI 48612 | Gladwin |
| 130-211-000-034-00 | Duncansor | Scott & Carey | 126  Fawn Ln Gladwin Mi 48624 | Gladwin |
| 040-031-202-003-02 | Duranczyk | John | 4344 Bocks CT, Alger, MI 48610 | Gladwin |
| 130-122-000-082-00 | Dwyer | Thomas & Stephanie | Lot 82, West Branch Dr. Gladwin MI 48624 | Gladwin |
| 070-120-000-063-00 | Ebendick | David & Robin | 1648 East Shore Dr Alger,48610 | Gladwin |
| 070-120-000-063-10 | Ebendick | David & Robin | 1644 East Shore Dr Alger,48610 | Gladwin |
| 070-120-000-064-00 | Ebendick | David & Robin | 1644 East Shore Dr Alger,48610 | Gladwin |
| 130-120-000-034-01 | Eickhoff | Dan & Julie | 3358 E Pinecrest, Gladwin MI 48624 | Gladwin |
| 110-015-200-008-00 | Farling | Kari & Beth | 555 Bushon Beach Dr., Gladwin MI 48624 | Gladwin |
| 130-136-000-062-00 | Farrington | Michelle | 3660 Pinelands Rd. Gladwin MI 48624 | Gladwin |
| 110-230-000-053-20 | Favreall | Bobert | 1562 E Longpoint Rd, Beaverton,MI 48612 | Gladwin |
| 110-230-000-030-01 | Fegreus | Charles | 1724 Maple Point Dr., Beaverton MI 48612 | Gladwin |
| 130-127-000-272-00 | Feld | Patrick | 3610 East Pinecrest Galdwin Mi,48624 | Gladwin |
| 030-135-000-004-00 | Ferguson | Robert | 3060 Whintey Beach, Beaverton,MI 48612 | Gladwin |

| | | | | |
|---|---|---|---|---|
| 080-013-200-300-00 | Fettig | Roxanne | 501 W Brownlee., Sanford MI 48657 | Midland |
| 030-130-000-002-00 | Field | Rebecca | 4494 Anderson Dr Beaverton Mi,48612 | Gladwin |
| 070-120-000-058-00 | Finnerty | Jessica | 1664 E Shore Dr, Alger, MI 48307 | Gladwin |
| 030-125-000-020-00 | Follett | LuAnn | 5170 Pleasant Dr. Beaverton, MI 48612 | Gladwin |
| 030-130-000-007-00 | Foren | Keith | 4470 Aderson Dr Beaverton Mi,48612 | Gladwin |
| 130-130-000-087-10 | Foren | Keith | 4470 Aderson Dr Beaverton Mi,48612 | Gladwin |
| 030-260-000-018-00 | Fosgard | Charlotte | 5271 Red Oak Ct., Beaverton, MI 48612 | Gladwin |
| 030-185-000-010-00 | Fusco | Waltraud | 5170 Ostlund, Hope, MI 48628 | Gladwin |
| 070-036-200-008-10 | Gahry | Mark | 4316 Baker RD, Alger, MI 48610 | Gladwin |
| 110-014-300-003-06 | Garbacik | Carl & Robin Buseck | 980 Hemlock Point Gladwin Mi,48624 | Gladwin |
| 130-054-000-027-00 | Gawron | Karen | 2684 Lakeshore DR, Gladwin,MI 48624 | Gladwin |
| 070-291-000-027-00 | Geromette | James & Giovaina | 1165 Wheatona Ct, Gladwin, MI 48624 | Gladwin |
| 080-280-006-010-00 | Giedrocz | Andrew & Ruth | 522 W Donald Dr. Sanford, MI 48657 | Midland |
| 030-017-000-021-10 | Gieraltoski | Thaddeus& Mary Ann | 4240 Grant RD, Beaverton,MI 48612 | Gladwin |
| 130-120-000-051-15 | Gignae | Jeffery & Barbara | 3484 E Pinecrest Gladwin MI,48624 | Gladwin |
| 081-600-500-630-00 | Gilvids | Silvia | 104 W Center St, Sanford, MI 48657 | Midland |
| 040-110-000-002-00 | Glinski | Jill& Jerome | 4515 RIver LN, Alger,MI 48610 | Alger |
| 040-110-000-003-00 | Glinski | Jill& Jerome | 4519 River Ln, Alger, MI 48610 | Alger |
| 130-055-000-006-00 | Gnyp | Gary & Mary | 2885 Lakeshore Dr, Gladwin,MI 48624 | Gladwin |
| 130-124-000-136-00 | Goldsworthy | Eileen | 3467 West Branch Dr., Gladwin MI 48624 | Gladwin |
| 070-036-400-001-00 | Goll | Curtis & Martha | 1945 Bomenville Rd Alger Mi,48610 | Gladwin |
| 070-160-000-001-00 | Goodemoot | Jill R | 1501 Loebirch Dr Gladwin Mi,48624 | Gladwin |
| 150-240-000-005-00 | Gordert | Timothy | 689 Quillet DR,Beaverton,MI 48612 | Gladwin |
| 010-384-600-160-00 | Gormley | Leland | 951 W. Wild Cherry Dr Sanford MI 48657 | Midland |
| 110-376-000-377-00 | Gowan | Gerard | 1715 Bertha Dr., Beaverton, MI 48612 | Gladwin |
| 110-376-000-378-00 | Gowan | Gerard | 1715 Bertha Dr., Beaverton, MI 48612 | Gladwin |
| 060-120-000-041-00 | Green | Michael | 4733 MIddlepoint Dr, Alger MI 48610 | Gladwin |
| 130-210-000-014-00 | Gronau | Jeff & Donna | 81 White Tail Trail, Gladwin MI 48624 | Gladwin |
| 070-250-000-006-00 | grossman | doug | 1731 Riverside Gladwin MI 48624 | Gladwin |
| 030-105-000-007-00 | Grove | Connie | 4025 S Oak Dr, Beaverton, MI 48612 | Gladwin |
| 130-114-000-156-00 | Gustine | Ron& lisa | 2642 Wesr River Dr, Gladwin,MI 48623 | Gladwin |
| 110-230-000-001-10 | Haberland | Janet | 1541 Maple Point Rd,Beaverton Mi 48612 | Galdwin |
| 130-165-000-008-00 | Hankerd | James & Kinbery | 1544 Moose Dr, Gladwin, MI 48624 | Gladwin |
| 040-110-000-009-00 | Hanna | Jeremie&Danielle | 4547 Riverlane DR, Alger,MI 48610 | Alger |
| 130-176-006-029-00 | Hardy | Michele | 3859 W Thendara Dr, Gladwin MI,48624 | Gladwin |
| 110-004-301-003-00 | Hartfeild | Harry | 136 New Trail Gladwin MI,48624 | Gladwin |
| 110-004-304-009-01 | Hartfeild | Harry | 136 New Trail Gladwin MI,48624 | Gladwin |
| 040-031-203-006-00 | Harville | Kenneth | 4330 Bensch Rd Alger,48610 | Gladwin |
| 040-110 000-019-00 | Harville | Joshua | 4951 Lagoon Dr Alger MI,48610 | Gladwin |
| 030-200-000-085-00 | Hawley | James & Kim | 966 Kaypat DR Hope Mi,48628 | Gladwin |
| 030-235-000-012-00 | Hedrich | Lorraine | 4439 Lake DR,Beaverton,MI 48612 | Gladwin |
| 030-155-000-025-10 | Heiser | Briant&sue | 4260 Charlebois Beaverton,MI 48612 | Gladwin |
| 070-111-000-031-01 | Hennessy | Kwin & Sandra | 4458 Mohawk Tr, Gladwin, MI 48624 | Gladwin |
| 040-110-000-006-02 | Hernandez | Gerrie & Judy | 4543 Riverlane, Alger MI 48610 | Gladwin |
| 303-180-000-001-00 | Herold | Gail | 4245 Wieman RD,Beaverton,MI 48612 | Gladwin |
| 030-180-000-002-00 | Herold | Gail | 4237 Wieman Rd,Beaverton,MI 48612 | Gladwin |
| 130-125-000-164-00 | Highfield | John & Jennifer | 3577 N West Branch Dr Gladwin MI ,48624 | Gladwin |
| 030-140-006-005-00 | Hilden | David&sally | 4381 S. Lake Dr, Beaverton,MI 48612 | Gladwin |
| 130-120-000-032-01 | Hillard | George & Lori | 3342 E Pinecrest Rd Gladwin MI,48624 | Gladwin |
| 130-046-000-037-00 | Hilliker | Charles | 3215 Lakeshore DR,G;adwin,MI 48624 | Gladwin |
| 130-135-000-014-01 | Hiumeniak | Russ & Jennifer | 3623 Pineland RD, Gladwin, MI 48624 | Gladwin |
| 070-290-000-015-10 | Hocking | Jay&Susan | 1083 Pineway Dr, Gladwin, MI 48624 | Gladwin |
| 130-178-000-084-00 | Hodge | Mariann | 3888 Thendara Drive Gladwin MI,48624 | Gladwin |
| 030-125-000-017-00 | Hommel | Gary & Majjo | 5416 PLeasant Dr, Beaverton, MI 48612 | Gladwin |
| 070-150-000-011-00 | Hopkins | Michael & Charlene | 4722 Mohawk Tr, Gladwin, MI 48624 | Gladwin |
| 050-071-500-580-00 | Howden | Kenneth | 251 Richmond Drive, Hope, MI 48628 | Midland |
| 110-015-304-003-00 | Hozeska | Jonathan & Carrie | 651 Stacey CR, GladwinMI 48624 | Gladwin |
| 030-126-000-050-00 | Huber | Michael | 5174 Paradise DR, Beaverton,MI 48612 | Gladwin |
| 030-126-000-049-00 | Huber | Michael | 5174 Paradise DR, Beaverton,MI 48612 | Gladwin |
| 030-070-000-125-00 | Huckins | Carrie & Gordon | 1011 Estey RD, Beaverton, MI 48612 | Gladwin |
| 030-221-000-051-00 | Huckins | Carrie & Gordon | 1011 Estey RD, Beaverton, MI 48612 | Gladwin |
| 030-100-000-040-00 | Huckins | Carrie & Gordon | 1011 Estey RD, Beaverton, MI 48612 | Gladwin |
| 030-100-000-041-00 | Huckins | Carrie & Gordon | 1011 Estey RD, Beaverton, MI 48612 | Gladwin |
| 130-136-000-096-00 | Husseinzadeh | Behzad & pamela | 792 PIneland RD, Gladwin,MI 48624 | Gladwin |

| | | | | |
|---|---|---|---|---|
| 070-120-000-062-00 | Ignace | Daniel & Dana | 1652 East Shore Drive , Alger Mi 48610 | G;adwin |
| 110-230-000-030-01 | Inman | Dan | Maple Point Rd., Beaverton MI 48612 | Gladwin |
| 050-009-200-006-00 | Inman | Beverly | 43 E Lakeshore DR, Hope,MI 48628 | Gladwin |
| 150-223-000-063-00 | Ireland | Charles & Geri | 5240 Heron Cove, Beaverton, MI 48612 | Gladwin |
| 030-033-302-001-00 | Ireland | Charles & Geri | 5240 Heron Cove, Beaverton, MI 48612 | Gladwin |
| 030-001-300-012-00 | Jakubiec | John | 2960 Whitney Beach Rd Gladwin Mi,48624 | Gladwin |
| 010-734-500-741-00 | Jerry | Michael & Kathy | 4822 N Verity Ct Sanford MI 48657 | Midland |
| 010-731-500-101-00 | Jewett | Patricia | 4678 N. Verity Rd, Sanford, MI 48657 | Midland |
| 110-377-000-392-00 | Jewski | Michael & Nicole | 1509 N Hay Rd Beaverton Mi,48612 | Gladwin |
| 110-260-000-001-00 | Johnson | Dennis & Kim | 630 Bushong Beach Dr, Gladwin, MI 48624 | Gladwin |
| 150-240-000-043-00 | Johnson | Roger | 747 Quilletter Beaverton Mi 48612 | Gladwin |
| 010-035-100-167-00 | Kacel | Karl | 635 W Sundown Trail., Sanford, MI 48657 | Midland |
| 030-026-300-013-10 | Kang | Song Cha | 1113 Brushaber, Gladwin, MI 48624 | Gladwin |
| 150-102-000-024-00 | Kaufman | Kal & Gina | 5324 Heron Cove,Beaverton,MI 48612 | Gladwin |
| 130-180-000-121-00 | Kedziorek | Richard & Diane | 3944 E Thendara DR, Gladwin,MI 48624 | Gladwin |
| 080-700-500-290-00 | Keeley | Nehil | 3213 Douglas Dr., Sanford, MI 48657 | MIdland |
| 110-036-201-001-00 | Keeley | Kim | 1634 E HIghwood Rd, Beaverton, MI 48612 | Gladwin |
| 080-036-400-004-04 | Keen | Albert | 1500 Nickless RD, Gladwin, MI 48624 | Gladwin |
| 010-023-300-034-00 | Kehoe | Cynthia | 5111 N. Fox, MIdland, MI 48657 | Midland |
| 130-115-000-164-00 | Keller | Melissa | 2906 W River Dr, Gladwin,MI 48624 | Gladwin |
| 150-170-000-004-00 | Kellogg | Joe & Stacie | 1029 McKimmy Dr., Gladwin, MI 48612 | Gladwin |
| 130-002-300-012-00 | Kennedy | Irene | 3579 Lakeshore Dr, Gladwin,MI 48624 | Gladwin |
| 130-085-000-012-00 | Kennedy | Irene | 3579 Lakeshore Dr, Gladwin,MI 48624 | Gladwin |
| 040-131-009-001-00 | Kenneth | Kvla | Tittabawasse Ave,Alger,MI 48610 | Gladwin |
| 110-015-200-034-00 | Kenworthy | Kathleen | 591 E Sun Oil Rd, Gladwin, MI 48624 | Gladwin |
| 110-004-302-003-00 | Kingsbury | Gavid & Rita | 100 New Trail, Gladwin MI 48624 | Gladwin |
| 110-016-100-002-00 | Kinner | Daniel & Cheryl | 551 Silver St., Gladwin, MI 48624 | Gladwin |
| 110-015-202-002-00 | Kinner | Daniel & Cheryl | 551 Silver St., Gladwin, MI 48624 | Gladwin |
| 130-137-000-099-10 | Kline | Ronald | 3804 Pinelands PT Rd, Gladwin,MI 48624 | Gladwin |
| 030-130-000-001-00 | Knieper | James | 1131 Pinconning Rd., Beaverton, MI 48612 | Gladwin |
| 110-300-000-019-00 | Kolanowski | Michael& Vicky | 4345 Mohawk TR, Gladwin,MI 48624 | Gladwin |
| 110-302-000-088-10 | Kolanowski | Michael& Vicky | 4345 Mohawk TR, Gladwin,MI 48624 | Gladwin |
| 130-028-104-001-00 | Kozak | Jason | 1731 Lakeshore Dr, Gladwin, MI 48624 | Gladwin |
| 010-731-500-130-00 | Kozlowski | Leona | 4586 N Verity Rd., Sanford, MI 48657 | Midland |
| 030-085-000-030-00 | Kraft | Kevin & Dona | 1104 Burling Dr, Beaverton, MI 48612 | Gladwin |
| 110-009-200-019-00 | Kratz | George | 247 E. M-61, Gladwin, MI 48624 | Gladwin |
| 070-250-000-001-00 | Krueger | Raymond&Kim Sylvester | 1755 Riverside Dr Alger MI,48610 | Gladwin |
| 030-162-000-029-10 | Krueger | Joseph | 5087 Wixom DR, Beaverton, MI 48612 | Gladwin |
| 030-165-000-009-00 | Kruger | Rodney & Sharon | 4810 Beech RD, Hope, MI 48628 | Gladwin |
| 130-136-000-076-00 | Krys | Theresa&Lyle Shiffer | 3706 Pinelands Pt Gladwin Mi 48624 | Gladwin |
| 130-160-000-006-00 | Kucher | Patrick&Monica&Branden&Katie | 1046 Rivers Terrace Gladwin MI,48624 | Gladwin |
| 150-200-000-022-00 | Kundinger | Derek & Angela | 5427 Knollwood Dr Beaverton Mi,48612 | Gladwin |
| 030-110-000-033-00 | Kupiec | Arthur& Louise | 5294 Heron Cove Dr, Beaverton, MI 48612 | Gladwin |
| 010-035-100-157-00 | Labrenz | Richard | 594 W Chippewa Ct., Sanford, MI 48657 | Midland |
| 010-035-100-155-00 | Labrenz | Richard & Donna Trust | 620 W Chippewa Sanford Mi, 48657 | Midland |
| 010-731-500-270-00 | Lafond | Michell | 4670 N Verity Rd E Sanford MI 48657 | Gladwin |
| 070-036-400-008-00 | LaGraff | Robert & Brenda | 1759 Riverside Dr, Gladwin,MI 48624 | Gladwin |
| 070-080-000-030-00 | LaGraff | Robert & Brebda | 1853 Deerhaven Rd, Alger, MI 48610 | Gladwin |
| 110-080-000-010-00 | Lang | John & Bethany | Lakewoods Dr Lot 10 | Gladwin |
| 130-160-000-005-00 | LaPointe | Richard & Christine | 1040 Rivers Terrace,Gladwin MI,48624 | Gladwin |
| 130-126-000-189-00 | Larson | Alan & Andrea | 3653 N West Branch Dr Gladwin Mi,48624 | Gladwin |
| 030-200-000-002-00 | Laske | ED & Colleen | 759 Kaypat Dr, Hope, MI 48628 | Gladwin |
| 110-275-000-111-00 | Lathrop | Michael | 671 Rivers Terrace Rd Gladwin Mi,48612 | Gladwin |
| 130-165-000-022-00 | Lathrop | Martin & Christal | 1600 Moose Dr Gladwin Mi,48624 | Gladwin |
| 110-023-100-001-02 | Lathrop | Tyler | 1040 Birch Ridge Rd Gladwin Mi,48624 | Gladwin |
| 130-205-000-016-00 | Leach | Sharron | 736 Whispering Pines,Gladwin MI,48624 | Gladwin |
| 040-020-303-001-01 | lee | Ed Kimberly | 5050 Evergreen St,Gladwin MI,48624 | Gladwin |
| 030-130-000-045-00 | Leonard | Allan | 4430 Anderson Dr Beaverton Mi 48612 | Gladwin |
| 070-036-400-010-00 | Lester | Larry | 1769 Riverside Dr, Gladwin, MI 48624 | Gladwin |
| 110-250-000-018-00 | Licquia | Gerald & Karen | 380 Laurel Dr, Gladwin,MI 48624 | Gladwin |
| 110-230-000-007-10 | Lindberg | William | 1585 Maple Point Rd., Beaverton, MI 48612 | Gladwin |
| 110-230-000-070-10 | Lindberg | William | 1578 Maple Point Rd., Beaverton, MI 48612 | Gladwin |
| 070-120-000-059-00 | Lindenmuth | Mark& Perri | 1662 E Shore Dr, Gladwin, MI 48610 | Glawin |
| 030-110-000-037-01 | Loose | Dirginia | 3409 Pine Cove Dr, Midland, MI 48640 | Midland |

| | | | | |
|---|---|---|---|---|
| 110-430-004-001-00 | Love | Catherine | 40 Walnut St, Gladwin,MI 48624 | Gladwin |
| 130-047-000-054-00 | Lovejoy | Dave & Rita | 3037 N South Dr,Gladwin MI,48624 | Gladwin |
| 030-185-000-008-00 | Lovelace | Bruce & Karen | 5158 Ostlund Dr, Hope48628 | Sanford |
| 130-165-000-001-00 | Lulewicz | David & Sheryl | 1503 Moose Dr Gladwin Mi,48624 | Gladwin |
| 010-731-500-300-00 | Lunsford | Darin | 4688 N. Verity Rd, Hope,MI 48628 | Midland |
| 030-105-000-000-00 | Lyons | Kriss | 1126 Estey RD, Beaverton, MI 48612 | Gladwin |
| 101-738-600-920-00 | Lyons | Frederick & Nancy | 4545 N. Verity RD, Sanford, MI 48657 | Midland |
| 030-200-000-089-00 | Lyons | Kim | 845 Kaypat Dr, Gladwin, MI 48624 | Gladwin |
| 030-200-000-016-00 | Lyons | Kim | 5300 Midddle Rd, Beaverton, MI 448612 | Gladwin |
| 130-211-000-036-01 | Magee | Randall & Carol | 110 Fawn Lane,Gladwin Mi,48624 | Gladwin |
| 130-045-000-001-00 | Makowski | Steven & Jan | 3067 Lakeshore Dr,Gladwin Mi,48624 | Gladwin |
| 130-165-000-004-00 | Maloney | Mary | 1532 Moose Dr, Glawin,MI 48624 | Gladwin |
| 070-150-000-020-00 | Mannino | Melessa | 4758 Mohawk Trail Gladwin Mi,48624 | Gladwin |
| 110-110-000-011-10 | Marick | Terry | 580 Birchwood LN, Gladwin, MI 48624 | Glawin |
| 070-120-000-036-00 | Mark | Brent | 4707 Middle Point Rd, Alger, MI 48610 | Gladwin |
| 110-250-000-016-00 | Marr | David | 386Laurel Dr,Gladwin MI,48624 | Gladwin |
| 150-290-000-004-00 | Martin | Denzel & Sharon | 345 Twin Lake Rd., Beaverton, MI 48612 | Gladwin |
| 030-210-000-018-00 | Matich | Alvin | 3710 Lakeview Dr,Beaverton,Beaverton,MI 48612 | Gladwin Billings |
| 030-185-000-036-00 | Matthias | Brian | 5163 Ostund Dr., Beaverton, MI 48612 | Gladwin |
| 080-120-500-240-00 | Maxwell | Robert & Penny | 515 W Ccamp Rd, Sanford,MI 48657 | Midland |
| 030-165-000-013-00 | McAteer | Timothy&Melissa | 4832 Beech RD,Hope,MI 48624 | Gladwin |
| 030-165-000-013-00 | McAteer | Patricia & James | 4832 Beech Rd,Hope MI,4832 | Gladwin |
| 150-102-000-023-00 | Mcbride | Dennis&Datricia | 5330 Heron Cove, Beaverton, MI 48612 | Gladwin |
| 030-011-100-003-00 | McCrandall | William & Maretta | 3139 Riverside Dr., Beaverton, MI 48612 | Gladwin |
| 010-734-500-720-00 | McDade | Darlene & James | 4810 N Verity Rd., Sanford, MI 48657 | Midland |
| 030-070-000-023-00 | Mcdonald | Floyd & Carol | 1010 Creek Rd, Beaverton, MI 48612 | Gladwin |
| 030-023-200-004-00 | Mcdonald | Joyce | 1108 Estey Rd,Beaverton MI,48612 | Gladwin |
| 030-023-200-002-02 | Mcdonald | Joyce | 1108 Estey Rd,Beaverton MI,48612 | Gladwin |
| 030-246-000-133-00 | Mcdonald | Randy& Kristina | 2800 S Whintey Beach RD, Beaverton,MI 48612 | Gladwin |
| 030-246-000-135-00 | Mcdonald | Randy& Kristina | 2800 S Whintey Beach Rd, Beaverton,MI 48612 | Gladwin |
| 030-100-000-018-00 | McDonald | Renee | 5143 S Pine St., Beaverton, MI 48612 | Gladwin |
| 110-273-000-054-00 | McEown | Shelly | 948 Rivers Terrace Rd, Gladwin, MI 48624 | Gladwin |
| 030-175-000-005-00 | McKellar | Mac | 1094 Maxson Manor, Hope, MI 48642 | Gladwin |
| 010-035-100-202-00 | McManus JR | Robert | 620 W. Sundown TR, Sanford,MI 48657 | Midland |
| 130-123-000-107-00 | Meylan | Marilyn  Meylan/Trust | 3287 N West Branch Dr Gladwin Mi,48624 | Gladwin |
| 030-222-000-071-10 | Miller | Christopher & Terry | 5286 Deer Ct,Beaverton Mi,48612 | Gladwin |
| 030-222-000-058-00 | Miller | Christopher & Terry | 5291 Deer Ct,Beverton Mi,48612 | Gladwin |
| 150-100-000-018-00 | Miller | Christopher & Terry | 5438 Heron Cove Dr,Beaverton Mi,48612 | Gladwin |
| 010-732-500-391-00 | Miller | Brian & Dawn | 4647 N Verity Rd Sanford Mi,48657 | Midland |
| 010-014-100-109-00 | Mlewis | Andrea | 696 W Shearer Rd, Edenville,MI 48620 | Midland |
| 110-230-000-044-10 | Monday | Darrell&Tamela | 1630 E Long Point Rd, Beaverton,MI 48612 | Gladwin |
| 040-031-100-007-00 | Moore | Kerin | 2259 Tittabawasse Ave,Alger,MI 48610 | Gladwin |
| 110-230-000-041-00 | Morzinski | Connie | 1650 E Long Point, Beaverton,MI 48612 | Gladwin |
| 070-130-000-006-00 | Mott | Daniel | 4194 Cherokee St, Gladwin, MI 48624 | Gladwin |
| 070-120-000-021-00 | Mullin | Betty | 1735 Park DR, Alger,MI 48610 | Gladwin |
| 070-120-000-020-00 | Mullin | Betty | Park Dr,Alger, MI 48610 | Gladwin |
| 070-120-000-022-00 | Mullin | Betty | Park, Dr,Alger MI 48610 | Gladwin |
| 130-212-000-047-00 | Murphy | Timothy | 131 Deer Run Tr, Gladwin, MI 48624 | Gladwin |
| 040-110-000-010-00 | Myers | Dale & Karen | 4553 River Lane, Alger, Mi 48610 | Gladwin |
| 040-031-203-001-00 | Nelson | Greg & Annette | 4324 S.Bensch Rd,Gladwin MI 48624 | Gladwin |
| 070-191-000-001-00 | Nelson | Greg & Annette | 4324 S.Bensch Rd,Gladwin MI 48624 | Gladwin |
| 030-110-000-031-00 | Nickel | Jared | 5300 Heron Cove, Beaverton, MI 48612 | Gladwin |
| 081-720-500-460-00 | Noppe | David & Nadine | 2614 N Peterson Dr., Sanford, MI 48657 | Midland |
| 030-130-000-048-10 | Norris | Hunter &Nicklas Jerman | 4427 Anderson Dr Beaverton MI,48612 | Gladwin |
| 030-221-000-049-11 | Oard | Yvette | 5266 Spine ST, Beaverton, MI 48612 | Gladwin |
| 010-735-600-010-00 | O'Dell | Wayne | 4743 N Verity Rd., Sanford, MI 48657 | Midland |
| 030-135-000-002-00 | Okoniewski | Danny | 3042 Whitney Beach Rd., Beaverton MI 48612 | Gladwin |
| 110-360-000-016-00 | Olson | James & Karen | 2215 Hillside Dr. Beaverton MI 48612 | Gladwin |
| 110-360-000-017-00 | Olson | James & Karen | 2215 Hillside Dr. Beaverton MI 48612 | Gladwin |
| 110-360-000-018-00 | Olson | James & Karen | 2215 Hillside Dr. Beaverton MI 48612 | Gladwin |
| 110-036-200-005-00 | Olson | James & Karen | Hillside Dr. Beaverton MI 48612 | Gladwin |
| 110-036-200-006-00 | Olson | James & Karen | Hillside Dr. Beaverton MI 48612 | Gladwin |
| 110-377-000-388-00 | Olson | Alfred | 1516 Hay Rd,Beaverton,MI 48612 | Gladwin |
| 070-250-000-019-00 | Ostazewski | Erika & Aaron Barnes | 1694 Riverside Dr Gladwin,48624 | Gladwin |

| | | | | |
|---|---|---|---|---|
| 110-230-000-035-00 | Otto | Jeff & Mary | 1690 Maple Point rd,Beaverton MI, 48612 | Gladwin |
| 110-260-000-026-00 | Ovillette | Daniel & Lisa | 811 Bevlah Ct, Gladwin,MI 48624 | Gladwin |
| 110-260-000-003-00 | Ovillette | Daniel & Lisa | 811 Bevlah Ct, Gladwin,MI 48624 | Gladwin |
| 110-260-000-034-00 | Ovillette | Daniel & Lisa | 811 Bevlah Ct, Gladwin,MI 48624 | Gladwin |
| 080-120-500-205-00 | Paetz | Sandra | 489 W Camp Rd, Sanford,MI 48657 | Midland |
| 030-105-000-011-00 | Palmateer | Donald (Robert Bennett) | 4053 Oak Dr., Gladwin, MI 48624 | Gladwin |
| 030-050-000-033-00 | Parsons | Hazel | 4034 Cobble stone CT, Beaverton, MI 48612 | Gladwin |
| 040-132-039-006-00 | Partridge | David & Cindy | 4416 LakeView Dr Alger Mi,78610 | Gladwin |
| 130-054-000-028-00 | Paulsen | Bryce | 2690 Lakeshore Dr,Gladwin Mi,48624 | Gladwin |
| 110-261-000-060-00 | Peelish | Joseph & Kellie | 818 Oren Ct., Gladwin, MI 48624 | Gladwin |
| 030-162-000-041-10 | Peer | Matt & Teri | 5135 Wixom DR, Beaverton, MI 48612 | Gladwin |
| 150-310-000-005-00 | Peil | Nancy | 5359 M 30 Beaverton Mi 48612 | Gladwin |
| 130-127-000-27-00 | Pellar | Christine | 3574 E PInecrest,Gladwin,MI 48612 | Gladwin |
| 110-371-000-009-00 | Penney | Matthew & Nacey | 2572 S Whitney Beach, Beaverton, MI, 48612 | Gladwin |
| 110-375-000-234-00 | Peters | Andrew | 2515 S Whitney Beach Rd., Beaverton MI 48612 | Gladwin |
| 130-070-000-017-00 | Peterson | Douglas & Christine | 3845 Lake Shore Dr Gladwin MI 48624 | Gladwin |
| 030-140-003-003-00 | Pethers | Scott | 4311 Lake Dr Beaverton Mi,48612 | Gladwin |
| 040-132-031-001-10 | PFenninger | Mark | Lakeview Dr. Alger, MI 48610 | Gladwin |
| 110-110-000-003-01 | Phillips | Rochelle | 530 Birchwood Lane, Gladwin, MI 48624 | Gladwin |
| 070-035-300-009-02 | Pinkston | Edward | 1143 Pineway Dr., Gladwin, MI 48624 | Gladwin |
| 040-045-000-002-00 | Pitts | Jeffery & Judia | 5072 Evergreen TR, Alger, MI, 48610 | Gladwin |
| 040-090-000-031-00 | Plowman | Bruce & Lisa | 2564 Riverside Dr,Alger MI 48610 | Gladwin |
| 040-045-000-033-10 | Pope | Darin | 2706 Birchview Dr., Alger, MI 48610 | Gladwin |
| 130-178-000-086-00 | Porter | Ricky & Portem | 3896 E Thendara Dr, Gladwin, MI 48624 | Gladwin |
| 010-023-300-023-00 | Potter | Peter | 5025 N Fox Rd, Sanford, MI 48657 | Midland |
| 010-390-001-760-00 | Potts | Irvin & Rosemarie |  W. Wild Cherry Lane, Sanford, MI 48657 | Midland |
| 010-035-300-196-00 | Potts | Irvin & Rosemarie | 898 W Wild Cherry Lane, Sanford, MI 48657 | Midland |
| 010-035-300-177-00 | Potts | Irvin & Rosemarie | 4155 N Fancis Shores Ave., Sanford, MI 48657 | Midland |
| 130-055-000-019-00 | Poyner | Janeen | 2951 Lakeshore Dr, Gladwin,MI 48624 | Gladwin |
| 070-111-000-035-10 | Radeliffe | Karen&Patricia | 4470 Mohawk TR, Gladwin, MI 48624 | Gladwin |
| 050-065-500-160-00 | Ramirez | Terry & Cheryl | 829 Pawtucker Dr, Hope, MI 48628 | MIldand |
| 110-337-000-390-10 | Ramm | Kevin | 1513 Hay Rd, Beaverton,MI 48612 | Gladwim |
| 150-200-000-068-00 | Rausch | Bradley | 5494 Oakridge Dr., Beaverton, MI 48612 | Gladwin |
| 030-023-201-037-00 | Raymond | Lorraine | 4090 Lakeside Dr Beaverton Mi,48612 | Gladwin |
| 130-126-000-218-00 | Reader | Dean | 3855 N West Branch Dr., Gladwin, MI 48624 | Gladwin |
| 030-140-002-01-00 | Reginek | Amy | 4277 S. Lake Dr, Beaverton,MI 48612 | Gladwin |
| 110-230-000-033-00 | Reilly | Timothy & Diana | 1702 Maple Point Rd., Beaverton, MI 48612 | Gladwin |
| 040-031-203-003-00 | Reis | Craig | 2032 S Bensch Rd Alger Mi,48610 | Gladwin |
| 130-160-000-020-00 | Reske | Jeanna | 1156 Rivers Terrace RD,Gladwin,MI 48624 | Gladwin |
| 130-155-000-004-00 | Retan | David & Amy | 1023 siesta Gladwin, MI 48624 | Gladwin |
| 130-105-000-014-00 | Rex | Doug & Lori | 119 W River Dr, Gladwin,MI 48624 | Gladwin |
| 130-105-000-015-00 | Rex | Doug & Lori | 119 W River Dr, Gladwin, MI 48624 | Gladwin |
| 130-176-000-046-00 | Rhynard | Kathleen & Latasha | 3809 Peninsaular Dr, Gladwin,MI 48624 | Gladwin |
| 070-291-000-045-10 | Rice | Lawrence&Peteina | 4116 Reed CT, Gladwin, MI 48624 | Gladwin |
| 050-050-000-029-00 | Riley | Charlotte & Robert Umphrey | 4046 Cobblestone Ct., Beaverton, MI 48612 | Gladwin |
| 130-211-000-044-00 | Rivas | Adams (William Whitehouse) | 121 Deer Run Trail, Gladwin MI 48624 | Gladwin |
| 030-045-000-036-00 | Robinson | William & Rebecca | 3880 S Lake Dr., Beaverton, MI 48612 | Gladwin |
| 050-071-500-600-00 | Roese | Jacob | 229 E Richmond Dr., Hope, MI 48628 | Midland |
| 030-185-000-045-01 | Rogers | James | 5178 Middle Rd., Gladwin, MI 48624 | Gladwin |
| 130-205-000-019-10 | Rognier | Randall& Patricia | 730 Whispering Pines Dr, Glsdwin,MI 48624 | Gladwin |
| 110-230-000-075-10 | Roll | Carl (Colete Becole) | 1594 Cross Lake Rd., Beaverton, MI 48612 | Gladwin |
| 110-230-000-069-00 | Roll | Carl (Colete Becole) | Cross Lake Rd., Beaverton, MI 48612 | Gladwin |
| 110-110-000-001-10 | Rose | Ashley | 520 Birchwood Ln Gladwin Mi,48624 | Gladwin |
| 110-016-100-001-02 | Rose | Caren& Chris | 494 Heil,Gladwin,MI 48624 | Gladwin |
| 030-235-000-018-00 | Ross | Neil | 4397 Lake Dr, Beaverton,MI 48621 | Gladwin |
| 130-123-000-118-00 | Rossi/Wozniak | Tina | 3349 West Branch Dr Gladwin Mi,48624 | Gladwin |
| 070-120-000-070-00 | Rowley | Cynthia A | 4731 E Shore Dr Alger Mi,48610 | Gladwin |
| 130-066-000-025-00 | Ruppel | Greg & Christy | 3193 Elmor Dr., Gladwin, MI 48624 | Gladwin |
| 070-120-000-071-00 | Rymas | David & Amy | 4739 E Shore Dr., Alger, MI 48610 | Gladwin |
| 130-126-000-191-10 | Saffarian | Reza & Cheryl | 3651 N West Branch Dr., Gladwin, MI 48624 | Gladwin |
| 050-071-500-150-00 | Salisbury | Jennifer | 395 Richmond Dr., Hope, MI 48628 | Midland |
| 110-230-000-060-00 | Saros | William & Laura | 1526 Long Point Beaverton Mi,48612 | Gladwin |
| 110-375-000-237-00 | Saxon | John | 2503 S. Whitney Beach Rd., Beaverton, MI 48612 | Gladwin |
| 080-120-500-200-00 | Schafer | Melissa | 484 W. Camp Rd, Sanford, MI 48657 | Midland |

| | | | | |
|---|---|---|---|---|
| 110-375-000-260-00 | Schaffer | Jeffery | 2331 S Whitney Beach., Beaverton, MI 48612 | Gladwin |
| 110-375-000-259-00 | Schaffer | Jeffery | 2331 S Whitney Beach., Beaverton, MI 48612 | Gladwin |
| 050-071-500-590-00 | Scharbonea | Gregory & Mary Ann | 243 E Richmond Dr., Hope, MI 48628 | Midland |
| 110-350-000-001-00 | Schmidt | Ronald & Pamela | 2183 Hillside Dr,Gladwin Mi,48624 | Gladwin |
| 110-360-000-011-10 | Schmidt | Ronald & Pamela | 2183 Hillside Dr,Gladwin Mi,48624 | Gladwin |
| 010-014-200-070-00 | Schneider | Mark | 5966 North Lake Sanford Rd., Sanford, MI 48657 | Midland |
| 030-170-000-014-00 | Schowalter | Gregory & Tamara | 4505 S Lakeview Dr., Beaverton MI 48612 | Gladwin |
| 130-022-201-001-34 | Schulz | Gary & Kristen | 2425 Lakeshore Dr,Gladwin MI,48624 | Glawin |
| 130-022-201-001-24 | Schulz | Gary & Kristen | 2425 Lakeshore Dr,Gladwin MI,48624 | Glawin |
| 130-06-000-064-00 | Schumacher | Frank | 3664 Pineland,Gladwin,MI 48624 | Gladwin |
| 130-136-000-065-00 | Schumacher | Frank | 3668 Pineland RD, Gladwin, MI 48624 | Gladwin |
| 130-126-000-245-00 | Schutt | June | 186 West Branch Dr Gladwin Mi,48624 | Gladwin |
| 130-126-000-220-00 | Seagraves | Tim & Kathy | 3859 N. West Branch Dr., Gladwin, 48624 | Gladwin |
| 110-380-000-495-00 | Sefcsik | Endre | 1642 S Whitney Rd., Beaverton, MI 48612 | Gladwin |
| 070-200-000-006-00 | Seiberling | Robert | 4915 East Shore Dr,Alger, MI 48610 | Gladwin |
| 030-045-000-051-00 | Seigla | James & Carol | 3812 S Lake Dr,Beaverton Mi,48612 | Gladwin |
| 030-203-000-001-00 | Serrell | Larry | 4608 David Ct., Beaverton, MI 48612 | Gladwin |
| 030-203-000-002-00 | Serrell | Larry | 4608 David Ct., Beaverton, MI 48612 | Gladwin |
| 010-700-500-310-00 | Shattuck | Keith & Kathleen | 532 W Jessie St., Sanford, MI 48657 | Midland |
| 110-110-000-017-01 | Shebester | Marlene & Archie | 614 Birchwood Ln., Gladwin, MI 48624 | Gladwin |
| 040-110-000-011-00 | Sieloff | Keff & Kimberly | 4599 Riverlane Dr., Alger, MI 48610 | Gladwin |
| 130-124-000-144-01 | Sigourney | Wendi | 3495 N West Branch Dr, Gladwin,MI 48624 | Gladwin |
| 070-120-000-075-00 | Sileo | David& Deborah | 4753 E Shoe DR, Alger,MI 48610 | Gladwin |
| 030-200-000-036-20 | Sims | Robert & Tracy | 957 Kaypat Dr,Hope Mi,48628 | Gladwin |
| 030-200-000-083-00 | Sims | Robert & Tracy | 957 Kaypat Dr,Hope Mi,48628 | Gladwin |
| 110-377-000-385-00 | Sisk | Dawn | 1551 Hay Rd., Gladwin, MI 48624 | Gladwin |
| 040-031-204-0063-05 | Sizeland | Ronals& Susan | 4266 River RD, Alger, MI 48610 | Gladwin |
| 030-070-000-157-00 | Smith | Travis | 1147 Creek Rd., Beaverton, MI 48612 | Gladwin |
| 150-100-000-007-00 | Smith | Ronald, George, Gail | 480 Red Oak St., Beaverton, MI 48612 | Gladwin |
| 050-071-500-120-00 | Sneed | Glarland & Lila | 413 E. Richmond Dr., Hope, MI 48628 | Midland |
| 070-030-400-012-00 | Sowg | Edward | 1777 RiversideDR, Alger, MI 48607 | Gladwin |
| 070-112-000-047-00 | Sparbeck | James & Jeffrey | 4500 Mohawk Trail Gladwin Mi,48624 | Gladwin |
| 070-200-000-007-00 | Speckhardt | Edwin | 4923 Eadt Shore,Alger,MI 48610 | Gladwin |
| 010-450-500-161-00 | Sperling | Jim & Marge | 490 W Cedar Dr., Edenville, MI 48620 | MIdland |
| 130-212-000-058-00 | Stalder | Dean & Michelle Zemlickd | 90 White Tail Trail,Gladwin MI,48624 | Gladwin |
| 050-053-500-890-00 | Stankewicz | Dennis& Merrilee | 211  East Lakeshore DR, Hope,MI 48628 | MIdland |
| 130-170-015-001-00 | Stephenson | Andrew & Sharon Gillette | 1204 Center Ave Gladwin Mi,48026 | Gladwin |
| 130-110-000-006-00 | Stock | Marie | 3340 West River Dr, Gladwin, MI 48624 | Gladwin |
| 070-241-000-014-00 | Stocker | Michael & Denver | 4196 Pine St., Gladwin, MI 48624 | Gladwin |
| 030-046-000-105-00 | Stoinski | Larry & Ruth | 3692 S Lake Dr., Beaverton, MI 48612 | Gladwin |
| 150-035-400-001-02 | Stover | Wayne & Linda | 5865 Hunter Rd Beaverton Mi,48612 | Gladwin |
| 030-185-000-038-10 | Streeter | Ronald & Sandra | 5151 Ostund Dr., Hope, MI 48628 | Gladwin |
| 130-028-400-007-00 | Stumpo | Christine | 493 E Ridge RD, Gladwin, MI, 48624 | Gladwin |
| 070-036-300-006-00 | Sullivan | Todd | 1712 Riverside Dr, Gladwin, MI, 48624 | Gladwin |
| 150-051-000-027-00 | Sunde | Rachel &Debbra Beauchamp | 342 Twinlake Rd Beaverton Mi,48612 | Gladwin |
| 130-095-000-101-00 | suwinski | Debarah | 3717 Lakeshore DR, Gladwin,MI 48624 | Gladwin |
| 150-023-300-007-00 | Sydensteicker | John | 4979 Flock RD Beaverton,MI 48612 | Gladwin |
| 110-430-003-004-10 | Taylor | Steven & Loretta | 30 Walnut St, Gladwin MI 48624 | Gladwin |
| 130-075-000-018-00 | Thibodeau | David & Linda | 134 Jennings Terrace Dr Gladwin Mi,48624 | Gladwin |
| 010-035-300-211-00 | Thibodeau | Bruce & Toni | 942 West Maplecrest Dr Sanford MI,48657 | Midland |
| 030-170-000-014-02 | Thomas | Dave & Vicki | 4511 S. Lakeview Dr., Beaverton, MI 48612 | Gladwin |
| 030-026-200-005-06 | Thomas | James & Lowell | 4620 Popular Rd,Beaverton Mi,48612 | Gladwin |
| 110-025-202-002-03 | Thompson | Brian & Carman | 1451 Birma Trial, Beaverton MI, 48612 | Gladwin |
| 040-040-000-012-00 | Thomson | Thomas | 2444 Boman Rd Alger Mi,48610 | Gladwin |
| 040-040-000-012-01 | Thomson | Thomas | 2426 Boman Rd Alger Mi,48610 | Gladwin |
| 010-670-500-050-00 | Thorp | Arlene | 5537 N Clarence Ct. Sanford, MI 48657 | Midland |
| 150-240-000-058-10 | Torrrey | Janice | 673 Quillette, Beaverton, MI 48612 | Gladwin |
| 030-045-000-037-00 | Trelfa | Gary & Diane | 3878 S Lake Dr., Beaverton, MI 48612 | Gladwin |
| 030-046-000-106-00 | Trinklein | Scott | 3688 S Lake Dr, MI 48612 | Gladwin |
| 040-029-201-002-05 | Troia | Lenore & Cynthia Abbs | 4966 Wildwood Trail Alger Mi,48610 | Gladwin |
| 030-205-000-011-00 | Trombley | David | 3441 Lakeview Dr., Beaverton, MI 48612 | Gladwin |
| 050-051-500-140-00 | Trommer | James & Rebecca | 55 E Lakeshore DR, Hope, MI 48628 | Midland |
| 110-430-004-001-00 | Troyanek | Gordon | 2380 Whitney Beech Rd,Gladwin Mi,48624 | Galdwin |
| 080-013-200-242-00 | Turvey | Mary | 500 W Peterson Dr., Sanford, MI 48657 | MIdland |

| | | | | |
|---|---|---|---|---|
| 110-375-000-262-00 | Twitchell | Travis | 2313 South Whitney Beach Rd Beaverton Mi,48612 | Gladwin |
| 030-100-000-039-00 | Tyree | Beatrice | 5211 Maple Ln Beaverton Mi,48612 | Gladwin |
| 130-124-000-137-00 | Valice | David & Linda | 3475 West Branch Dr., Gladwin, MI 48624 | Gladwin |
| 030-246-000-138-00 | Van Horn | James & Debrah | 2828 Whitney Beach Rd., Beaverton, MI 48612 | Gladwin |
| 110-023-100-001-09 | Vance | Marko & Maryann | 1170 Birch Ridge Gladwin Mi,48624 | Gladwin |
| 030-200-000-082-00 | Vasicek | William | 945 KayPat Dr., Hope, MI 48628 | Gladwin |
| 030-200-081-081-00 | Vasicek | William | 945 KayPat Dr., Hope, MI 48628 | Gladwin |
| 030-200-000-035-00 | Vasicek | William | 945 KayPat Dr., Hope, MI 48628 | Gladwin |
| 030-200-000-034-00 | Vasicek | William | 945 KayPat Dr., Hope, MI 48628 | Gladwin |
| 030-120-015-002-00 | Verellen | Michael & Courtney | 4580 Lakeview Dr., Beaverton, MI 48612 | Gladwin |
| 030-105-000-022-00 | Verellen | Michael & Mary Ellen | 4139 S Oak Dr, Beaverton, MI 48612 | Gladwin |
| 030-105-000-053-00 | Vogt | James & Susan | 1181 Walnut St., Beaverton, MI 48612 | Gladwin |
| 130-114-000-152-00 | Wagner | Kristin | 2682 W.River DR, Gladwin,MI 48624 | Gladwin |
| 110-360-000-013-00 | Wallace | Joshua& Andrea | 2195 Hillside DR, Beaverton,MI 48612 | Gladwin |
| 130-126-000-241-00 | Walrath | Michael | 4001 N West Branch Dr., Gladwin, MI 48624 | Gladwin |
| 150-200-000-053-00 | Warner | Michael & Kelly | 5434 Oakridge Dr., Beaverton, MI 48612 | Gladwin |
| 130-021-400-003-00 | Warshefsky | Thomas | M30, Gladwin, MI 48624 | Gladwin |
| 030-150-000-013-10 | Wascher | Ron&Mary | 1195 Short St,Hope,Mi 48628 | Gladwin |
| 030-135-000-018-00 | Wazny | James | 3144 S Whitney Beach Rd., Beaverton, MI 48612 | Gladwin |
| 110-420-003-002-00 | Weirmier | Pamela | 107 Lakeview Dr, Gladwin,MI 48624 | Gladwin |
| 010-023-200-301-00 | Wendling | Matthew & Lori | 5353 N. Fox Rd., Sanford, MI 48657 | Midland |
| 150-016-100-003-00 | West | Gene & Wanda | 4245 Blakely Rd., Beaverton, MI 48612 | Gladwin |
| 130-122-000-096-00 | Westlake | Kevin | 3249 N. West Branch Dr., Gladwin MI 48624 | Gladwin |
| 030-222-000-229-00 | Wheatley | Douglas | 260 Red Oak St., Beaverton, MI 48612 | Gladwin |
| 030-222-000-230-00 | Wheatley | Douglas | 260 Red Oak St., Beaverton, MI 48612 | Gladwin |
| 130-137-000-107-11 | White | LInda | 3838 Pinelands RD, Gladwin,MI 48624 | Gladwin |
| 030-026-300-019-00 | Wieske | Norman | 1186 Leamon Dr, Hope, MI 48628 | Gladwin |
| 130-122-000-081-00 | Williams | Reva | 3203 N West Branch Dr., Gladwin MI 48624 | Gladwin |
| 110-230-000-055-01 | Williams | Samantha | 1550 Long Point Rd., Beaverton, MI 48612 | Gladwin |
| 110-230-000-057-00 | Williams | Timothy | 1544 E Long Point Rd,Beaverton MI,48612 | Glawin |
| 130-175-000-018-00 | Williams | Angela& Jeffery | 3901 W. Thendara Dr,Gladwin,MI 48624 | Gladwin |
| 030-175-000-014-00 | Wilson | Earl | 4918&4919 Maxson Rd,Hope Mi | Gladwin |
| 040-132-031-004-00 | Wing | Richard & Theresa | 4478 Lakeview,Alger,MI 48610 | Gladwin |
| 040-132-031-004-10 | Wing | Richard & Theresa | 4486 Lakeview Alger,MI 48610 | Gladwin |
| 150-260-000-015-00 | Wirtz | Fred & Barb | 5529 Red Oak Rd,Beaverton Mi,48612 | Glawin |
| 030-130-000-023-00 | Wirtz | Fred & Barb | 5529 Red Oak Rd,Beaverton Mi,48612 | Glawin |
| 030-130-000-019-00 | Wirtz | Fred & Barb | 5529 Red Oak Rd,Beaverton Mi,48612 | Glawin |
| 070-061-000-018-00 | Wiskup | George | 1622 Pioneer Rd., Alger, MI 48616 | Gladwin |
| 130-137-000-113-00 | Woods | LeRoy & Glenda | 3882 Pinelands Road, Gladwin, Mi 48624 | Gladwin |
| 130-002-200-008-00 | Wyrybkowski | Ralph & Darlene | 3952 Thendara Dr., Gladwin, MI 48624 | Gladwin |
| 010-731-500-310-00 | Wyzywanyy | Stephen & Karen | 4690 N. Verity Rd., Sanford, MI 48657 | Midland |
| 010-733-500-531-00 | Wyzywanyy | Stephen & Karen | 4690 N. Verity Rd., Sanford, MI 48657 | Midland |
| 130-123-000-105-00 | Yeager | Ken | 3281 N West Branch Dr., Gladwin, MI 48624 | Gladwin |
| 130-210-000-019-00 | Young | James | 101 White Tail Trail Gladwin Mi,48612 | Gladwin |
| 040-031-200-009-01 | Zastrow | Steven & Lori | 2307 Tittabawassee Ave Alger Mi,48610 | Gladwin |
| 040-031-100-005-00 | Zastrow | Steven & Lori | 2253 Tittabawassee Ave Alger Mi,48610 | Gladwin |
| 010-734-500-750-00 | Zawislak | Joseph & Bonnie | 4830 N. Verity Rd., Sanford, MI 48657 | Midland |
| 130-212-000-059-01 | Zemlicka | Maurice | 86 Whitetrail, Gladwin,MI 48624 | Galdwin |
| 130-160-000-014--02 | Zrepskey | Michael & Patrice | 1118 Rivers Terrace RdGladwin Mi,48624 | Gladwin |
| 130-160-000-014-03 | Zrepskey | Michael & Patrice | 1118 Rivers Terrace RdGladwin Mi,48624 | Gladwin |
| 030-215-000-001-00 | Zuniga | Orlando & Margaret | 527 Paradise Dr., Beaverton, MI 48612 | Gladwin |

| Property ID | Name | Property Address | County |
|---|---|---|---|
| 010-382-500-480-00 | Robert Schooley; Anne Schooley | 815 W Sand Beach Dr, Sanford, MI 48657 | MIDLAND |
| 110-300-000-039-01 | Bruce Carter; Sherry Carter | 1151 Radov Dr Gladwin MI 48624 | GLADWIN |
| 010-450-500-145-00 | Andrew Krieger | 450 W. Cedar Dr Hope, MI 48628 | MIDLAND |
| 010-731-500-290-00 | Anthony A Pavone | 9141 Warwick Cr Ct Grand Blanc MI 48439 | GLADWIN |
| 040-131-009-004-00 | David J Murray | 2463 Tittabawassee Ave., Alger, MI 48610 | GLADWIN |
| 110-320-000-031-10 | Nancy Thorp | 398 Lakefront Drive, Gladwin, MI. 48624 | GLADWIN |
| 040-031-204-001-02 | Scott Bigelow | 2045 Tittabawasee, Alger, MI 48610 | GLADWIN |
| 030-065-000-026-00 | Robert Neiiendam; Jennifer Neiiendam | 11018 Hubbard St., Livonia, MI 48150 | GLADWIN |
| 070-036-301-003-03 | Brad Lyon; Kim Lyon | 1220 SW 48th Terrace, Cape Coral, FL 33914 | GLADWIN |
| 130-137-000-097-00 | Lawrence Brady; Carol Brady | 17903 Koogler Clinton Township MI 48038 | GLADWIN |
| 110-420-001-005-00 | David Canning; Helen Canning | 251 Flynn Drive Gladwin Michigan 48624 | GLADWIN |
| 130-095-000-007-00 | Casey Ross | 3687 Lakeshore Dr, Gladwin, MI 48624 | GLADWIN |
| 130-046-000-037-00 | Brenda L. Hilliker, Charles Hilliker | 164 W. Vienna St. Ste. 5, Clio, MI 48420 | GLADWIN |
| 130-114-000-146-00 | Michael Chriss; Sharon Chriss | 3660 Farley Rd Almont MI 48003 | GLADWIN |
| 100-300-000-050-10 | Cynthia Robinson | 1159 Radov Dr., Gladwin, MI 48624 | GLADWIN |
| 130-211-000-029-00 | Christine Douglass | 37778 Ladywood St Livonia MI 48154 | GLADWIN |
| 110-371-000-099-00 | Matthew Penny; Nancy Penny | 2572 S Whitney Beach Beaverton MI 48612 | GLADWIN |
| 070-025-300-001-00 | Chad Toms; Toms Family Trust | 8067 Miller Road Swartz Creek MI 48473 | GLADWIN |
| 010-450-500-010-00 | David Randall | 368 W. Cedar St Hope MI 48628 | MIDLAND |
| 130-002-300-008-00 | Donald Drayton | 4815 Briggs Road, Otter Lake, MI 48464 | GLADWIN |
| 110-260-000-027-00 | Daniel Ouillette; Lisa Ouillette | 811 Beulah Ct, Gladwin, MI 48624 | GLADWIN |
| 070-200-000-007-00 | Edwin Speckhardt; Monica Speckhardt | 41640 Garden Way Dr. Sterling Heights, MI. 48314 | GLADWIN |
| 130-126-000-238-00 | James Hardy; Tonya Hardy | 539 Juniper Dr Davison MI 48423 | GLADWIN |
| 111-230-000-034-00 | Loren Brunger; Glenda Brunger | 6396 Maple Point Road, Beaverton, MI 48612 | GLADWIN |
| 030-235-000-012-00 | Lorraine Hedrick | 26190 Duchess Lane Bonita Springs, FL 34135 | GLADWIN |
| 050-013-300-001-01 | Jeff Kinne; Sandy Kinne | 256 Winegars Rd. Gladwin MI 48624 | GLADWIN |
| 070-145-000-004-00 | Marjorie Allman | 10260 N Lewis Rd Clio MI 48420 | GLADWIN |
| 130-206-000-059-00 | Jennifer Auty; Estate of Mark Auty | 6527 Challis Rd, Brighton, MI 48116 | GLADWIN |
| 150-200-000-066-00 | John Smilnak; Julie Ann Van Ameyde | 48920 Running Trout Ln, Northville, MI 48168 | GLADWIN |
| 070-111-000-035-10 | Karen Centofanti; Dennis Radcliffe | 26530 Collingwood St, Roseville, MI 48066 | GLADWIN |
| 050-07100-270-00 | Robert Kelley; Wendy Faber | 307 E Grace Ct, Hope, MI 48628 | MIDLAND |
| 130-137-000-107-11 | White Family Trust | 34443 Grove Drive Liviona MI 48154 | GLADWIN |
| 040-031-200-004-00 | George Ferguson; Lynda Ferguson | 2142 Boman, Alger MI 48610 | GLADWIN |
| 110-023-100-001-03 | Alexandra Murphy; Michael Murphy | 601 N. Center St Royal Oak , MI 48067 | GLADWIN |
| 130-122-000-087-00 | Michelynne Addington; Charles Addington | 37800 Saddle Lane Clinton MI 48036 | GLADWIN |
| 030-246-000-147-00 | William Mascaro Jr; Kitty Mascaro | 7615 Margaret St., Taylor, MI 48180 | GLADWIN |
| 030-220-000-065-00 | Mark L. Ramer | 5460 S. Pine St., Beaverton, MI 48612 | GLADWIN |
| 040-090-000-027-00 | Frank Levenick; Michelle Levenick | 3270 S Milford Rd Milford MI 48381 | GLADWIN |
| 070-111-000-018-00 | John McCann; Mary McCann | 7723 Briarwood Circle, Brighton, MI 46116 | GLADWIN |
| 110-370-000-008-00 | Michael Mercier; Tarah Mercier | 230 Arbutus Street, Gladwin, MI 48624 | GLADWIN |
| 070-250-000-008-00 | Tony Reedy; Maureen Reedy | 515 Sarsfield Rochester Hills. MI. 48307 | GLADWIN |
| 110-377-000-386-00 | Nicholas Phillips; Karena Phillips | 1547 Hay Rd Beaverton MI 48612 | GLADWIN |
| 070-291-000-044-00 | William Hogrebe; Patricia Hogrebe | 4120 Pineway Drive Gladwin MI 48624 | GLADWIN |
| 110-300-000-041-00 | Sandra Priemer | 1163 Radov Drive, Gladwin, MI 48624 | GLADWIN |
| 150-016-100-004-00 | Daniel Ritter; Etoile Ritter | 1510 Blakely Rd Beaverton MI 48612 | GLADWIN |
| 150-120-000-012-00 | Richard Miller; Judy Miller | 1191 McKimmy Dr., Beaverton, MI 48612 | GLADWIN |
| 030-011-100-003-00 | William McRandall; Maretta McCrandall | PO Box 144, Beaverton, MI 48612 | GLADWIN |
| 070-151-000-030-00 | Jeffrey Kaleto; Ryan Kaleto | 370 Clendening Rd, Gladwin, MI 48624 | GLADWIN |
| 040-029-200-002-03 | Roger Anteau; Wendy Anteau | 8155 Roundstone Ct, Canton, MI 48187 | GLADWIN |
| 150-100-000-009-00 | Ronald Smith; Laurie Smith | 5481 Heron Cove Dr Beaverton MI 48612 | GLADWIN |
| 110-375-000-274-10 | Daniel Brodak | 8075 Sterling Centerline MI 48015 | GLADWIN |
| 130-071.000.030.00 | Bonnie Hargraves | 1227 Nokomis, Gladwin, MI 48624 | GLADWIN |
| 150-223-000-077-00 | Larry Schmidt; Sharon Schmidt | 702 Kathy Court, Beaverton, MI 48612 | GLADWIN |
| 010-014-200-280-00; 010-640-500-140-00 | Duane Lee Paul; Sheryl Denmark | 5726 N Sanford Beach Rd Sanford MI 48657 | GLADWIN |
| 030-135-000-009-00 | Brian Braden; Sarah Braden | 34254 Munger Drive Liviona MI 48154 | GLADWIN |
| 110-300-000-030-00 | Michael Griffin | 1119 Radov Drive Gladdwin MI 48624 | GLADWIN |
| 150-170-000-004-00 | Joseph Kellogg; Stacie Kellogg | 1029 McKimmy Dr Beaverton MI 48612 | GLADWIN |
| 070-035-400-006-03 | Mark Sullivan; Latasha Sullivan | 914 Briarwood Ln Fenton MI 48430 | GLADWIN |
| 040-132-035-005-00 | George Patterson; Tammy Patterson | 4464 Lakeview Dr Alger, MI 48610 | GLADWIN |
| 070-241-000-012-00 | Brad Auer; Kristy Auer | 1621 Cass Ave Bay City MI 48708 | GLADWIN |
| 130-177-000-055-00 | Jerry Atkinson; Theresa Atkinson | 171 Rodd Dr, Caro, MI 48723 | GLADWIN |
| 110-340-000-012-00 | Steve Worpell Terri Worpell | 411 Spencer St, Gladwin, MI 48624 | GLADWIN |
| 130-137-000-123-00 | Anthony Grohman | 3932 Pinelands Rd, Gladwin, MI 48624 | GLADWIN |
| 010-735-600-010-00 | Wayne Odell | 4734 N Verity Rd Sanford MI 48657 | MIDLAND |
| 150-016-100-006-10 | Robert Woodruff; Cindy Woodruff | 3924 Shock Rd., Beaverton, MI 48612 | GLADWIN |
| 030-130-000-006-00 | Michael Berger; Ashley Lothian | 4476 Anderson Dr, Beaverton, MI 48612 | GLADWIN |
| 070-111-000-015-00 | Jeffrey Zaporski; Joan Zaporski | 4370 Mohawk Trail, Gladwin, MI 48624 | GLADWIN |
| 110-376-000-377-00; 110-376-000-378-00 | Gerard McGowan | 1715 Bertha Beaverton MI 48612 | GLADWIN |
| 010-382-500-490-00; 010-382-500-480-00 | Robert Schooley; Anne Schooley | 815 W Sand Beach Dr, Sanford, MI 48657 | MIDLAND |
| 110-302-000-103-10; 110-302-000-106-10; 110-302-000-107-00; 120-300-000-037-10 | Bruce Carter; Sherry Carter | 1151 Radov Dr Gladwin MI 48624 | GLADWIN |
| 110-260-000-033-00; 110-260-000-034-00 | Daniel and Lisa Ouillette | 811 Beulah Ct, Gladwin, MI 48624 | GLADWIN |
| 040-090-000-029-00; 040-090-000-030-00; 040-110-000-021-00 | Frank Levenick; Michelle Levenick | 3270 S Milford Rd Milford MI 48381 | GLADWIN |
| 150-120-000-055-00 | Richard Miller; Judy Miller | 1191 McKimmy Dr., Beaverton, MI 48612 | GLADWIN |
| 040-029-200-002-04 | Roger Anteau; Wendy Anteau | 8155 Roundstone Ct, Canton, MI 48187 | GLADWIN |
| 110-375-000-312-00 | Daniel Brodak | 8075 Sterling Centerline MI 48015 | GLADWIN |
| 150-223-000-078-00 | Larry Schmidt; Sharon Schmidt | 702 Kathy Court, Beaverton, MI 48612 | GLADWIN |
| 030-136-000-035-00 | Brian Braden; Sarah Braden | 34254 Munger Drive, Livonia, MI 48154 | GLADWIN |
| 030-130-000-084-10. | Michael Berger; Ashley Berger | 4476 Anderson Dr, Beaverton, MI 48612 | GLADWIN |
| 150-290-000-026-00 | Lynda Mieske | 271 Twin Lake Rd. Beaverton, MI 48612 | GLADWIN |
| 007-036-400-015-00 | Lost Arrow Resort | 1749 Bowmanville Rd Gladwin MI 48624 | GLADWIN |
| 030-026-300-017-00 | Carlton Mills; Janice Mills | 1188 Leaman St, Beaverton, MI 48612 | GLADWIN |
| <mark>030-033-302-001-00.</mark> | <mark>Charles and Geri Ireland</mark> | <mark>5240 Heron Cove Beaverton MI 48612</mark> | GLADWIN |
| 030-140-006-001-00 | Susan Gritzinger, Leslie Hess; Stephanie Sabin | 4667 S Lake Dr Beaverton, Mi 48612 | GLADWIN |
| 030-185-000-010-00 | Waltraud Fusco | 5170 Ostlund Hope MI 48628 | GLADWIN |
| 030-200-000-049-00 | Patricia Spencer | 5690 General Squier Dryden MI 48426 | GLADWIN |
| 030-210-010-018-00 | Alvin Matich | 3710 Lakeview Dr Beaverton MI 48612 | GLADWIN |
| 030-246-000-119-00 | Allan Innes | 115 Crocker Blvd, Mount Clemens, MI 48043 | GLADWIN |

| | | | |
|---|---|---|---|
| 040-045-000-033-10 | Darin Pole | 220 Madison Howell MI 48843 | GLADWIN |
| 040-131-018-010-00 | Timothy Long; Roxanne Long | 2681 Lakeshore Dr Gladwin MI 48624 | GLADWIN |
| 070-036-400-007-00 | Lost Arrow Resort | 1749 Bowmanville Rd Gladwin MI 48624 | GLADWIN |
| 070-080-000-011-00 | Velma Germain | 1808 Deer Haven Rd Alger MI 48612 | GLADWIN |
| 070-120-000-069-00 | Michael G Bartlett | 8312 Lambs Rd Wales MI 48027 | GLADWIN |
| 110-360-000-005-00; 110-350-000-006-00; 110-350-000-007-00 | Fredrick & Rosemarie Murray | 2216 Hillwood Dr Davison MI 48423 | GLADWIN |
| 130-027-200-001-09 | Terrie Babbitt | 8540 Vermont Ave Warren MI 48039 | GLADWIN |
| 130-054-000-012-00 | Timothy Long; Roxanne Long | 2681 Lakeshore Dr Gladwin MI 48624 | GLADWIN |
| 130-125-000-163-00 | Robert Bazinet | 3575 N West Branch Dr Gladwin MI | GLADWIN |
| 130-205-000-019-10 | Randal Regnier; Patricia Regnier | 730 Whispering Pines Drive Gladwin MI 48624 | GLADWIN |
| 010-001-200-010-00 | Preston L Marsh Trust; Derald Marsh | 74 W Curtis Rd, Hope, MI 48628 | MIDLAND |
| 010-001-300-070-00 | Daniel Dionne | 6679 N M-30, Hope, MI 48628 | MIDLAND |
| 120-123-000-107-00 | Gary L Meylan Trust | 3287 N West Branch Dr, Gladwin, MI 48624 | GLADWIN |
| 050-081-500-021-00 | Aricka Mealback | 856 Pawtucket Drive Hope, MI 48628 | MIDLAND |
| 110-230-000-013-10; 110-230-000-015-00; 110-230-000-073-20; 110-230-000-079-10 | Robert Price | 1619 Maple Point Rd, Beaverton, MI 48612 | GLADWIN |
| 150-290-000-042-00 | Ray Bauers; Marie Riste | 296 Island Dr, Beaverton, MI 48612 | GLADWIN |
| 150-310-000-016-00 | **Janis A.E. Colton** | 5283 M-30, Beaverton, MI 48612 | GLADWIN |
| 130-028-104-001-00 | Jason Kozak, Kaleigh Kozak | 39760 Wayne Rd, Livonia, MI 48150 | GLADWIN |
| 130-160-000-020-00 | Jeanne Reske | 2811 Jane St Clair MI 48081 | |
| 110-036-200-005-00 | **James Olson; Karen Olson; Janet Olson** | 345 Green Ave Bay City MI 48708 | GLADWIN |
| 030-085-000-031-00 | Aaron & Shanda Johnston | 1098 Burling Dr Beaverton MI 48612 | GLADWIN |
| 110-015-200-008-00 | Kari W Farling; Beth Mansfield | 555 Bushong Beach Drive Gladwin MI 48624 | GLADWIN |
| 130-122-000-096-00 | Kevin and Sarah Westlake | 10191 Davisburg Rd Davisburg, MI 48350 | GLADWIN |
| 070-111-000-031-01 | Kevin S Hennessy; Sandra J Hennessy | 4458 Mohawk Trail, Gladwin, MI 48624 | GLADWIN |
| 010-387-000-136-00 | Ryan Benjamin Wahl | 4398 N Francis Shores Ave, Sanford, MI 48657 | MIDLAND |
| 040-029-201-002-05 | Cynthia E. Abbs; Lenore Troia | 4966 Wildwood Trail, Alger, MI 48610 | GLADWIN |
| 030-130-000-012-00 | Leonard Allen | 4430 Anderson Dr. Beaverton MI 48612 | GLADWIN |
| 150-023-300-007-00 | John Sydenstricker; Teresa Sydenstricker | 4979 Flock Rd., Beaverton, MI 48612 | GLADWIN |
| 070-120-000-020-00; 070-120-000-021-00 | Edward Mullin; Betty Mullin | 9662 E Pickard Rd, Mt. Pleasant MI 48858 | GLADWIN |
| 040-031-100-007-00 | Kevin Moore | 13221 Baumgartner Rd, Saint Charles, MI | GLADWIN |
| 030-105-000-022-00 | Michael L. Verellen; Mary Ellen Verellen | 4139 South Oak Drive, Beaverton, MI 48612 | GLADWIN |
| 130-136-000-062-00 | Michelle Farrington; John Kapral | 3056 Primrose Dr. Rochester Hills MI. 48307 | GLADWIN |
| 030-125-000-017-00 | Mary Jo Hommel; Gary Hommel | 5456 Columbia, Clarkston, MI 48346 | GLADWIN |
| 130-212-000-059-01 | Maurice L. Zemlicka; Elizabeth C Morse | 86 Whitetail Trail Gladwin MI 48624 | GLADWIN |
| 040-132-031-001-10 | Mark Pfenninger; Pamela Lawrence | 27975 Quail Hollow Ct, Farmington Hills, Mi. 48331 | GLADWIN |
| 130-126-000-217-00 | Paul Degasperis; Patricia Degasperis | 3837 N West Branch Drive Gladwin MI 48624 | GLADWIN |
| 070-291-000-045-10 | Lawrence Rice; Petrina Rice | 4116 Reed Ct., Gladwin MI 48624 | GLADWIN |
| 010-734-500-621-00 | Lawrence Phillips; Rochelle Phillips | 4758 N. Verity, Sanford, MI 48657 | MIDLAND |
| 110-230-000-041-00 | Randall Morzinski; Connie Morzinski | 1650 E. Long Point Rd., Beaverton, MI 48612 | GLADWIN |
| 030-105-000-026-00 | Susan E Beyer | 4149 South Oak Drive Beaverton MI 48612 | GLADWIN |
| 130-205-000-016 | Edward Leach; Sharon Leach | 183 Philadelphia St Lake Orion, MI 48362 | GLADWIN |
| 030-107-000-019-10 | Sheryl Walding | 4246 Grant Rd, Beaverton, MI 48612 | GLADWIN |
| 030-046-000-106-00 | Scott Trinklein; Doug Kruger | 3688 S Lake Dr, Beaverton, MI 48612-8858 | GLADWIN |
| 130-028-400-007-00 | Christine Stumpo; Joseph Stumpo | 493 E Ridge Rd Gladwin MI 48624 | GLADWIN |
| 130-210-000-019-00 | Tracy Zwick Young; James Young | 101 White Tail Trail Gladwin MI 48624 | GLADWIN |
| 130-212-000-047-00 | Timothy Murphy; Kraig Oliver | 508 Steele Wood Dr., Richmond Hill, GA 31324 | GLADWIN |
| 130-123-000-118-00 | Tina Rossi; Daniel Wozniak | 2443 Correll Dr Lake Orion MI 48360 | GLADWIN |
| 040-040-000-012-00 | Thomas Thomson; Kelly Thomson | 50581 Cedargrove, Shelby Township, MI 48317 | GLADWIN |
| 040-040-000-012-01 | Thomas J Thomson; Linda C Thomson | 2426 Boman Rd, Alger, MI 48610 | GLADWIN |
| 130-204-000-013-00; 130-204-000-014-00 | Mary Beth Bechtel & Caroline Goick | P.O. Box 730 Standish, MI 48658 | GLADWIN |
| 110-110-000-011-10 | Kevin Marick; Terry Marick | 580 Birchwood Lane, Gladwin, MI 48624 | GLADWIN |
| 070-036-200-007-02 | Elaine Brancheau; Shawn Brancheau | 4349 N Baker Rd Alger MI 48610 | GLADWIN |
| 030-130-000-045-00 | Leonard Allen | 4430 Anderson Dr. Beaverton MI 48612 | GLADWIN |
| 130-136-000--062--00 | Michelle Farrington and John Kapral | 3056 Primrose Dr | GLADWIN |
| 010-734-500-640-00 | Lawrence Phillips; Rochelle Phillips | 4762 N. Verity Dr., Sanford, MI 48657 | MIDLAND |
| 120-033-200-002-06 | Rhonda Goodwin; Art Goodwin | 3328 S Bench Rd Alger MI 48610 | GLADWIN |
| 010-035-100-202-00 | Robert McManus; Michelle McManus | 620 W Sundown Trl Sanford MI 48657 | MIDLAND |
| 030-185-000-036-00 | Brian Matthias; Cindy Matthias | 5163 Ostlund Dr Gladwin MI 48624 | GLADWIN |
| 030-203-000-001-00; 030-203-000-002-00 | Larry Serrell; Barbara Serrell | 4608 David Ct Beaverton MI 48612 | GLADWIN |
| 040-045-000-002-00 | Jeffery Potts; Judith Pitts | 5072 Evergreen Trail Alger MI 48610 | GLADWIN |
| 070-130-000-006-00 | Daniel Mott; Karen Mott | 4194 Cherokee St Gladwin MI 48624 | GLADWIN |
| 080-700-500-440-00 | Nicholas Coon; Ann Coon | 3317 N. Douglas Dr Sanford Mi,48657 | GLADWIN |
| 110-377-000--388-00 | Alfred C Olson III: Debra Olson | 1519 Hay Rd Beaverton Mi48612 | GLADWIN |
| 130-045-000-001-00 | Steven Makowski; Janine Makowski | 3067 Lakeshore Dr Gladwin, Mi 48624 | GLADWIN |
| 130-127-000-267-00 | Donald Gunther; Norma J Gunther | 5628 Pinkerton Rd Vassar Mi 48768 | GLADWIN |
| 130-136-000-093-00 | Rod Denmark; Dawn Denmark | 1821 Oakland Dr Madison Heights MI 48071 | GLADWIN |
| 130-137-000-099-10 | Ronald Kline; Michelle Kline | 451 Lehigh Rochester Hills MI 48307 | GLADWIN |
| 130-165-000-022-00 | Crystal Lathrop; Martin Lathrop | 1600 Moose Dr Gladwin MI 48624 | GLADWIN |
| 130-167-000-019-00; 130-167-000-020-00 | George Hilliard; Lori Hilliard | 3324 E Pinecrest Dr Gladwin MI 48624 | GLADWIN |
| 150-102-000-024-00 | Kal Kaufmann; Gina Kaufmann | 5324 Heron Cove Beaverton MI 48612 | GLADWIN |
| 010-450-500-050-00 | **JAMES L BEDELL; LINDA L BEDELL** | 388 W CEDAR DR, EDENVILLE, MI, 48620 | MIDLAND |
| 130-123-000-105-00 | Kenneth Yeager; Cathryn Yeager | 3281 N West Branch Dr. | GLADWIN |
| 070-250-500-019-00 | Charles Barnes, Aaron Ostaszewski; Erika Ostaszewski | 28201 Nieman Sainy Clair Shores MI 48081 | MIDLAND |
| 010-731-500-010-00 | Gordon Jewett; Pat Jewett | 4506 N Verity Rd Sanford, MI 48657 | MIDLAND |
| 130-095-000-010-00 | Lawrence Suwinski; Deborah Suwinski | 40630 Skender Clinton ., MI 48038 | GLADWIN |
| 130-126-000-218-00 | Dean A. Reader; Tamra L. Reader; Reader Family Trust | 1085 Crystal Wood Drive, Davison, Michigan 48423 | GLADWIN |
| 110-004-302-003-00 | David Kingsbury; Rita Kingsbury | 23704 West Manor Genoa Oh 43430 | GLADWIN |
| 030-135-000-004-00 | Robert J Ferguson; Sharon Ferguson | 36495 Joy Rd, Westland, MI 48185 | GLADWIN |
| 030-180-00-001-00 | Gail Post-Herold | 4245 Wieman Rd., Beaverton, MI 48612 | GLADWIN |
| 110-009-200-019-00 | Kratz Co. LLC, George Kratz | 13750 Common Rd Warren MI 48088 | GLADWIN |
| 070-291-000-027-00 | James Geromettee Giovanna Geromettee | 1165 Wheatona Ct. Gladwin MI 48624 | GLADWIN |
| 081-600-500-630-00 | Sylvia Gilvidis | 104 W. Center Street, Sanford, MI 48657 | GLADWIN |
| 030-165-000-011-00 | Deidre Donald; Julie Mills | 9489 Cherrywood Rd Clarkston, MI 48628 | GLADWIN |
| 040-031-203-003-00 | CRAIG REIS;  KIMBERLY REIS | 2032 S. Bensch Rd., Gladwin, MI 48624 | GLADWIN |

STATE OF MICHIGAN
IN THE 42nd CIRCUIT COURT FOR THE COUNTY OF MIDLAND

---

HERON COVE ASSOCIATION, et al,

          Appellants,

v.

MIDLAND COUNTY BOARD OF
COMMISSIONERS, and GLADWIN
COUNTY BOARD OF
COMMISSIONERS, and FOUR LAKES
TASK FORCE

          Appellees.

Case No. 24-2751-AA

Hon. Stephen P. Carras

---

Michael D. Homier (P60318)
Laura J. Genovich (P72278)
Keith T. Brown (84193)
FOSTER, SWIFT, COLLINS & SMITH, PC
*Attorneys for Appellant*
1700 E. Beltline Ave. NE, Suite 200
Grand Rapids, MI 49525
(616) 726-2200
mhomier@fosterswift.com
lgenovich@fosterswift.com
kbrown@fosterswift.com

---

**Appellants' Statement Pursuant to MCR 7.104(D(2)**

    Pursuant to the above-cited rule, Appellants, through their counsel, FOSTER, SWIFT, COLLINS & SMITH, P.C., state that there is nothing to be transcribed.

                    FOSTER, SWIFT, COLLINS & SMITH, P.C.

Dated: February 20, 2023      By: _____

Michael D. Homier (P60318)
Laura J. Genovich (P72278)
Keith T. Brown (P84193)
FOSTER, SWIFT, COLLINS & SMITH, PC
*Attorneys for Appellant*
1700 E. Beltline Ave. NE, Suite 200
Grand Rapids, MI 49525
(616) 726-2200
mhomier@fosterswift.com
lgenovich@fosterswift.com
kbrown@fosterswift.com

89232:00001:200312865-1