# **<u>Exhibit E</u>**

01278652-1

| S. No | PID | Landowner Name | County | In FLTF SAD | Listed in HCA Appeal | Listed in HCA Federal Lawsuit | Capital Assessment |
|---|---|---|---|---|---|---|---|
| 29 | 030-136-000-035-00 | AYERS KEVIN & MADELINE | Gladwin | No | Yes | Yes | - |
| 30 | 150-100-000-011-00 | AYERS KEVIN & MADELINE | Gladwin | No | No | Yes | - |
| 128 | 110-260-000-003-00 | Daniel & Lisa Ovillette | - | No | Yes | Yes | - |
| 130 | 070-120-000-064-00 | David & Robin Ebendick | - | No | Yes | Yes | - |
| 148 | - | DONALD DEIDRA | Midland | No | No | Yes | - |
| 195 | - | GOIK CAROLINE | Midland | - | No | Yes | - |
| 199 | 120-033-200-002-06 | GOODWIN ARTHUR L & RHONDA L TRUST | - | No | Yes | Yes | - |
| 212 | - | GRUND KATIE & BRANDON | Midland | No | No | Yes | - |
| 231 | 010-017-200-005-00 | HASENFRATZ KELLY | Gladwin | No | No | Yes | - |
| 244 | 130-167-000-020-00 | HILLIARD GEORGE & LORI | Gladwin | No | Yes | Yes | - |
| 245 | 130-167-000-019-00 | HILLIARD GEORGE & LORI | Gladwin | No | Yes | Yes | - |
| 274 | 010-035-300-196-00 | Irvin & Rosemarie Potts | - | No | Yes | Yes | - |
| 276 | - | JANEAU NANCY | Midland | No | No | Yes | - |
| 289 | 150-007-300-004-00 | KEELEY KIM | Gladwin | No | No | Yes | - |
| 293 | 130-130-000-087-10 | Keith Foren | - | No | Yes | Yes | - |
| 306 | 050-013-300-001-01 | KINNE JEFFERY B & SANDY K | - | No | Yes | | - |
| 351 | 040-132-031-001-00 | LAWRENCE PAMELA | Gladwin | No | No | Yes | - |
| 372 | 040-131-018-010-00 | LONG TIMOTHY & WITTER ROXANN | Gladwin | No | Yes | | - |
| 445 | - | MORRISON LISA | Midland | No | No | Yes | - |
| 501 | - | PELLAR CHRISTINE | Midland | No | No | Yes | - |
| 597 | 130-120-002-001-10 | Shannon & Jamie Adams | Gladwin | No | Yes | Yes | - |
| 610 | - | SMILNAK JOHN | Midland | No | No | Yes | - |
| 640 | 081-600-500-630-00 | Sylvia Gilvids | - | No | Yes | Yes | - |
| 667 | 170-265-000-007-00 | TURNER ROBERT & JOAN | Gladwin | No | No | Yes | - |
| 696 | - | WERNER DENNIS & LEYNA | Midland | No | No | Yes | - |
| 738 | 130-160-000-014-02 | | - | No | Yes | No | - |
| 739 | 010-731-500-101-00 | | - | No | Yes | No | - |