# **Exhibit F**

01278652-1

| S. No | PID | Landowner Name | County | In FLTF SAD | Listed in HCA Appeal | Listed in HCA Federal Lawsuit | Capital Assessment |
|---|---|---|---|---|---|---|---|
| 7 | 030-075-000-001-99 | ADER RIC & SALLY | Gladwin | Yes | Yes | Yes | $ - |
| 9 | 110-200-000-029-00 | ADOLPH, MICHAEL & DARLENE | Gladwin | Yes | Yes | Yes | $ - |
| 51 | 130-204-000-014-00 | BECHTEL MARY E & | Gladwin | Yes | Yes | Yes | $ - |
| 52 | 130-204-000-013-00 | BECHTEL MARY E & | Gladwin | Yes | Yes | Yes | $ - |
| 82 | 130-075-000-025-00 | BRICHACEK SCOTT L & RACHELE | Gladwin | Yes | Yes | Yes | $ - |
| 108 | 110-300-000-039-01 | CARTER, BRUCE & SHERRY | Gladwin | Yes | Yes | Yes | $ - |
| 110 | 030-125-000-026-10 | CASTRO RICHARD | Gladwin | Yes | No | Yes | $ - |
| 120 | 030-155-000-025-00 | COX CAROLYN S & HEISER BRIANT D | Gladwin | Yes | Yes | Yes | $ - |
| 122 | 110-120-000-034-00 | COX, RICHARD | Gladwin | Yes | Yes | Yes | $ - |
| 186 | 030-107-000-021-10 | GIERALTOWSKI THADDEUS J & MARY A | Gladwin | Yes | Yes | Yes | $ - |
| 191 | 040-110-000-002-00 | GLINSKI JILL & JEROME V | Gladwin | Yes | Yes | Yes | $ - |
| 239 | 030-180-000-002-01 | HEROLD GAIL POST | Gladwin | Yes | Yes | Yes | $ - |
| 349 | 110-275-000-111-00 | LATHROP MICHAEL | Gladwin | Yes | Yes | Yes | $ - |
| 403 | 080-011-400-410-00 | MAXWELL, ROBERT J | Midland | Yes | Yes | Yes | $ - |
| 404 | 080-120-500-260-00 | MAXWELL, ROBERT J | Midland | Yes | Yes | Yes | $ - |
| 408 | 030-140-011-035-00 | MCATEER PATRICIA | Gladwin | Yes | Yes | Yes | $ - |
| 409 | 030-140-011-021-00 | MCATEER PATRICIA & JAMES B | Gladwin | Yes | Yes | Yes | $ - |
| 415 | 030-070-000-023-00 | MCDONALD FLOYD & CAROL | Gladwin | Yes | Yes | Yes | $ - |
| 417 | 030-246-000-135-00 | MCDONALD RANDALL T | Gladwin | Yes | Yes | Yes | $ - |
| 435 | 030-222-000-071-10 | MILLER CHRISTOPHER & TERRY LEE | Gladwin | Yes | Yes | Yes | $ - |
| 451 | 070-120-000-022-00 | MULLIN, EDWARD & BETTY | Gladwin | Yes | Yes | Yes | $ - |
| 457 | 110-350-000-007-00 | MURRAY, FREDERICK & ROSEMARIE | Gladwin | Yes | Yes | Yes | $ - |
| 469 | 030-130-000-048-00 | NOPPE, NADINE & DAVID | Gladwin | Yes | Yes | Yes | $ - |
| 486 | 110-260-000-027-00 | OUILLETTE, DANIEL & LISA | Gladwin | Yes | Yes | Yes | $ - |
| 487 | 110-260-000-033-00 | OUILLETTE, DANIEL & LISA | Gladwin | Yes | Yes | Yes | $ - |
| 504 | 110-375-000-233-00 | PETERS, ANDREW | Gladwin | Yes | Yes | Yes | $ - |
| 511 | 030-125-000-026-00 | PIETZ NANCY A | Gladwin | Yes | Yes | Yes | $ - |
| 512 | 070-035-300-009-02 | PINKSTON EDWARD & LENA | Gladwin | Yes | Yes | Yes | $ - |
| 565 | 110-230-000-060-00 | SAROS, WILLIAM & LAURA | Gladwin | Yes | Yes | Yes | $ - |
| 573 | 110-375-000-259-00 | SCHAFFER, JEFFERY | Gladwin | Yes | Yes | Yes | $ - |
| 578 | 110-350-000-001-00 | SCHMIDT, RONALD & PAMELA | Gladwin | Yes | Yes | Yes | $ - |
| 590 | 070-200-000-006-00 | SEIBERLING, ROBERT & ERIKA | Gladwin | Yes | Yes | Yes | $ - |
| 596 | 070-060-000-042-00 | SESTO, KENNETH & CATHERINE | Gladwin | Yes | Yes | Yes | $ - |
| 625 | 110-350-000-006-00 | STICKNEY, BRENDA LEE | Gladwin | Yes | Yes | Yes | $ - |
| 688 | 030-107-000-019-10 | WALDING CHERYL | Gladwin | Yes | Yes | Yes | $ - |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 625 | 110-350-000-006-00 | STICKNEY, BRENDA LEE | Gladwin | Yes | Yes | Yes | $ | - |
| 692 | 130-021-400-003-00 | WARSCHEFSKY JAMESLELANDTHOMAS | Gladwin | Yes | Yes | Yes | $ | - |
| 707 | 040-132-031-005-10 | WING RICHARD & THERESA TRUST | Gladwin | Yes | Yes | Yes | $ | - |
| 733 | 030-070-000-093-00 | ZOMERFELD CASMIER E & ANDREA M | Gladwin | Yes | Yes | Yes | $ | - |