## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

HERON COVE ASSOCIATION, et al.

    Plaintiffs,                              Case No.: 1:24-cv-11473-TLL-PTM

v                                           HON. THOMAS L. LUDINGTON

GLADWIN COUNTY BOARD OF     Magistrate Judge Patricia T. Morris
COMMISSIONERS, et al.,

    Defendants.

_____/

## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | June 20, 2024 Opinion and Order |
| Exhibit B | Gladwin County Resolution |
| Exhibit C | Midland County Resolution |
| Exhibit D | Lake Level Order |
| Exhibit E | Notice of Hearing |
| Exhibit F | FLSAD Summary Table |
| Exhibit G | Amended Claim of Appeal |
| Exhibit H | Plaintiffs' Brief on Appeal |
| Exhibit I | Response Brief |
| Exhibit J | *Lathfield Investments, LLC v. City of Lathrup Village* |
| Exhibit K | *Rush v. Federal Home Loan Mortg. Corp.* |