# EXHIBIT E

**NOTICE OF PUBLIC HEARING TO REVIEW**
**OPERATIONS AND MAINTENANCE SPECIAL ASSESSMENT ROLL**
**AND CAPITAL IMPROVEMENTS SPECIAL ASSESSMENT ROLL**

**FOUR LAKES SPECIAL ASSESSMENT DISTRICT**
**COUNTIES OF GLADWIN AND MIDLAND**

**TO ALL RECORD OWNERS OF OR PERSONS OF INTEREST IN PROPERTY WITHIN THE LAKE LEVEL SPECIAL ASSESSMENT DISTRICT FOR SECORD LAKE, SMALLWOOD LAKE, WIXOM LAKE, AND SANFORD LAKE:**

**NOTICE IS HEREBY GIVEN** that on January 15, 2024, the Board of Directors for the Four Lakes Task Force (the "Board"), as the delegated authority for the Four Lakes Special Assessment District, will hold a public hearing at **Beaverton Activity Center, 106 Tonkin Street, Beaverton, Michigan 48612, from 9:00 a.m. to 12:00 p.m., and then from 1:00 p.m. to 3:30 p.m.**, to review: (1) the computation of cost in connection with the 5-year cost and expenses for administration, operations and maintenance of the lake levels and related facilities of the Secord Lake, Smallwood Lake, Wixom Lake and Sanford Lake ("Four Lakes") for the years 2025, 2026, 2027, 2028 and 2029, (2) a 5-year operations and maintenance special assessment roll ("O&M special assessment roll") for the years 2025, 2026, 2027, 2028 and 2029; (3) the computation of cost in connection with the capital improvements cost and expenses of the lake levels and related facilities of the Four Lakes; (4) a capital improvements special assessment roll ("capital improvements special assessment roll"); and (5) hear any objections. At this hearing, the Board may revise or approve the O&M special assessment roll or the capital improvements special assessment roll. The hearing may be adjourned from time-to-time without further notice.

**NOTICE IS FURTHER GIVEN** that the O&M special assessment roll and the capital improvements special assessment roll have been prepared and are on file for public examination at the office of the Four Lakes Task Force during ordinary business hours, on the Four Lakes website at [Special Assessment District - FOUR LAKES TASK FORCE (four-lakes-taskforce-mi.com)](#), and will be available at the public hearing. The special assessment rolls have been prepared for the purpose of defraying the costs of (1) the administration, operations and maintenance of the lake levels and related facilities of the lake levels of the Four Lakes, and (2) the capital improvements of the lake levels and related facilities of the lake levels of the Four Lakes.

**NOTICE IS FURTHER GIVEN** that appearance and protest at the hearing **is required** in order to appeal the amount of the O&M special assessment and/or the capital improvements special assessment. Any person or entity objecting to the O&M special assessment roll and/or the capital improvements special assessment roll shall appear at the above stated time and place and/or file his or her objection in writing with the Four Lakes Task Force no later than the close of the public hearing; or any such person or entity may file an appearance and protest by e-mail to [info@fourlakestaskforce.org](mailto:info@fourlakestaskforce.org) with "Objection" in the subject line, or by letter addressed to the Four Lakes Task Force, on behalf of the Four Lakes Special Assessment District, 233 E. Larkin Street, Midland, Michigan 48640, and received no later than the date of the public hearing, in which case, his or her personal appearance at the public hearing shall not be required. The Four Lakes Special Assessment District shall maintain a record of parties who appear to protest at the public hearing. If the public hearing is terminated or adjourned for the day before a party is provided an opportunity to be heard, a party whose appearance was recorded shall be considered to have protested the O&M special assessment and/or the capital improvements special assessment in person.

      Proceedings conducted at this public hearing will be subject to the provisions of the Michigan Open Meetings Act. You are further notified that information regarding this hearing may be obtained from the office of the Four Lakes Task Force. Persons with disabilities needing accommodations for effective participation in the hearing should contact the Four Lakes Task Force at (989) 941-3005 or through the Michigan Relay Center at 7-1-1 (TDD) at least 24 hours in advance of the meeting to request mobility, visual, hearing, or other assistance. Minutes of the hearing will be on file in the office of the Four Lakes Task Force.

      The O&M special assessment and the capital improvements special assessment shall be final and conclusive unless appealed to the Midland County Circuit Court having jurisdiction within fifteen (15) days after approval by the Midland and Gladwin County Board of Commissioners. Pursuant to Section 30707 of Part 307, Inland Lake Levels, Michigan Natural Resources and Environmental Protection Act, Michigan Public Act 451 of the Public Acts of 1994, as amended, MCL 324.30701 et seq., the circuit court has continuing jurisdiction (*In the matter of: Wixom Lake, Sanford Lake, Smallwood Lake and Secord Lake*, Midland County Circuit Court Case No. 19-5980-PZ). By order from the State Court Administrator dated March 12, 2019, Midland County Circuit Court was also assigned to the lake level matter filed in Gladwin County Circuit Court (*In the matter of: Wixom Lake, Sanford Lake, Smallwood Lake and Secord Lake*, Gladwin County Circuit Court Case No. 19-009892-PZ).

Dated: December 13, 2023                                      David Kepler, Chairperson
                                                                   Four Lakes Task Force