# EXHIBIT F

Four Lakes - HCA Appeal and Lawsuit Comparison
Landowners NOT in District
July 2 2024

| S. No | PID (From Appeal Filing) | Landowner Name (from Appeal Filing) | County | Owns Property in FLTF SAD | Listed in HCA Appeal | Listed in HCA Federal Lawsuit | Capital Assessment | Other PID Owned in SAD (Not referenced in Filing | Landowner Name (Not Part of Filing but associated with other PID) |
|---|---|---|---|---|---|---|---|---|---|
| 29 | 030-136-000-035-00 | AYERS KEVIN & MADELINE | Gladwin | No | Yes | Yes | - | - | - |
| 148 | - | DONALD DEIDRA | Midland | No | No | Yes | - | - | - |
| 195 | - | GOIK CAROLINE | Midland | No | No | Yes | - | - | - |
| 212 | - | GRUND KATIE & BRANDON | Midland | No | No | Yes | - | - | - |
| 231 | 010-017-200-005-00 | HASENFRATZ KELLY | Gladwin | No | No | Yes | - | - | - |
| 276 | - | JANEAU NANCY | Midland | No | No | Yes | - | - | - |
| 351 | 040-132-031-001-00 | LAWRENCE PAMELA | Gladwin | No | No | Yes | - | - | - |
| 445 | - | MORRISON LISA | Gladwin | No | No | Yes | - | - | - |
| 501 | - | PELLAR CHRISTINE | Midland | No | No | Yes | - | - | - |
| 610 | - | SMILNAK JOHN | Midland | No | No | Yes | - | - | - |
| 640 | 081-600-500-630-00 | Sylvia Gilvids | Gladwin | No | Yes | Yes | - | - | - |
| 696 | - | WERNER DENNIS & LEYNA | Midland | No | No | Yes | - | - | - |
| 738 | 130-160-000-014-02 | Combs Daniel W | Gladwin | No | Yes | No | - | - | - |
| 739 | 010-731-500-101-00 | | - | No | Yes | No | - | - | - |