UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERON COVE ASSOCIATION, et al.,

    Plaintiffs,

v.

Case No. 24-cv-11473
Hon. Matthew F. Leitman

GLADWIN COUNTY BOARD OF
COMMISSIONERS, et al.,

    Defendants.

_____/

## ORDER DENYING MOTION TO EXPEDITE (ECF No. 11)

Now before the Court is a motion to expedite consideration of Defendant Four Lakes Task Force's Motion to Expedite Consideration of its Motion to Dismiss. The motion is **DENIED** because the Court is not persuaded that it is necessary to expedite consideration of the motion.

    **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: July 29, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 29, 2024, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126