UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| HERON COVE ASSOCIATION, et al, <br><br> Plaintiffs, <br><br> v <br><br> MIDLAND COUNTY BOARD OF COMMISSIONERS, and FOUR LAKES TASK FORCE, <br><br> Defendants. | Case No. 1:14-cv-11473 <br><br> Hon. Matthew F. Leitman <br><br> Magistrate Judge Patricia T. Morris |
| HERON COVE ASSOCIATION, et al, <br><br> Plaintiffs, <br><br> v <br><br> GLADWIN COUNTY BOARD OF COMMISSIONERS, and FOUR LAKES TASK FORCE, <br><br> Defendants. | Case No. 1:14-cv-11458 <br><br> Hon. Matthew F. Leitman <br><br> Magistrate Judge Patricia T. Morris |

Michael D. Homier (P60318)
Laura J. Genovich (P72278)
FOSTER, SWIFT, COLLINS & SMITH, PC
*Attorneys for Plaintiffs*
1700 E. Beltline Ave. NE, Suite 200
Grand Rapids, MI 49525
(616) 726-2200

Joseph W. Colaianne (P47404)
Zachary C. Larsen (P72189)
Bethany G. Stawasz (P75578)
CLARK HILL PLC
*Attorneys for Defendant Four Lakes Task Force*
215 S. Washington Square, St. 200

<table>
<tr><td>

mhomier@fosterswift.com  
lgenovich@fosterswift.com

</td><td>

Lansing, MI 48933  
(517) 318-3100  
Jcolaianne@clarkhill.com  
zlarsen@clarkhill.com  
bstawasz@clarkhill.com  

Timothy S. Ferrand (P39583)  
CUMMINS, MCCLOREY, DAVIS &  
ACHO, P.L.C.  
*Attorneys for Defendant Gladwin County Board of Commissioners & Defendant Midland County Board of Commissioners*  
19176 Hall Road, Suite 205  
Clinton Township, MI 48038  
(586) 228-5600  
tferrand@cmda-law.com

</td></tr>
</table>

### INDEX OF EXHIBITS TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS

| A | HCA Amended Articles of Incorporation |
|---|---|
| B | HCA Circuit Court Claim of Appeal |
| C | Circuit Court Opinion & Order |
| D | HCA Michigan Court of Appeals Claim of Appeal |
| E | HCA Michigan Court of Appeals Application for Leave to Appeal |
| F | Table of Questioned Property Interests & Excerpts of Capital Assessment Roll |
| G | *NDC, LTD v. Twp of Sylvan* |

Respectfully submitted,

FOSTER, SWIFT, COLLINS & SMITH, P.C.  
*Attorneys for Plaintiffs*

2

Dated: July 30, 2024

By: /s/ Michael D. Homier

Michael D. Homier (P60318)
Laura J. Genovich (P72278)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
1700 E. Beltline NE Suite 200
Grand Rapids, Michigan 49525
(616) 726-2230
mhomier@fosterswift.com
lgenovich@fosterswift.com

89232:00001:200700498-4

3