# EXHIBIT B

STATE OF MICHIGAN
IN THE 42ND CIRCUIT COURT FOR THE COUNTY OF MIDLAND

| | |
|---|---|
| HERON COVE ASSOCIATION, on behalf of its members, and individually by its members: JEFFERY DANA; JUDY DANA; BRIAN ABRAHAM; JAYNA ABRAHAM; DEBORA ADAMS; MICHAEL ADAMS; SHANNON ADAMS; JAMIE ADAMS; RIC ADER; SALLY ADER; MICHAEL ADOLPH; DARLENE ADOLPH; CLIFFORD ALLEN; ANDREW ALLEN; PAUL ALLEN; JAYNE ALLEN; PAMELA ALLEN; JULIE ALLEN; CHRISTINE ALLEN; LEONARD ALLEN; DAVID ALTENBERNT; JACOB ALTENBERNT; CONNIE ALTENBERNT; BRITTANY ALTENBERNT; EDWARD ARSENEAULT; AMY ARSENEAULT; DICK ARTHUR; DOREEN ARTHUR; DENNIS ATHEY; PATRICIA ATHEY; BRAD AVER; KRISTY AVER; KURT BAKER; SANDRA BAKER; CYNTHIA BALHORN; JAQUELINE BALHORN; JOSEPH BALHORN; JANA BARINGER; RICHARD BARLOW; RAYMOND BARTON; PAMELA BARTON; DOUGLAS BASHUR; MELANIE BASHUR; RAY BAUERS; MARIE RISTE; SCOTT BAUMGART; ROBERT BAZINET; MICHAEL BAZZLE; AMY BAZZLE; ROBERT BEAUCHAMP; DEBRA BEAUCHAMP; MARY BETH BECHTEL; CAROLINE GOICK; MICHAEL BECKHAM; KEN BELLHORN; GEORGE BENCI; JOHN BENCI; SHARON BENCI; ROBERT BENNETT; TAMMY BENNETT; GILBERT BERNIER; JACQUELINE BERNINGER; ALYSIA BERTHIAUME; LINDA BEVERIN; SUSAN E. BEYER; GARY BISHOP; KRYSTAL BISHOP; JASON BISKNER; STACEY BISKNER; JUDY BOMAN; GARY BOOTH; HOLLY | Case No. 24-2751-AA |

BOOTH; RONALD BOWMAN; CLARA BOWMAN; STACI BOYNTON; ELAINE BRANCHEAU; SHAWN BRANCHEAU; KATHLEEN BREWIS; CARY BREWIS; SCOTT BRICHACEK; RACHELE BRICHACEK; JIM BRINK; AMY BRINK; AJ BROCK; CYNTHIA BROCK; JAMES BROSIER; PAULA BROSIER; DAVID BROWN; FRED BRYAN; LISA KINSEY; FRED KINSEY; HALINA BULAT; JOZEF BULAT; ROBERT BUNKER; JANICE BUNKER; JACK BURNIAC, JR.; ANDREW BYCE; KAREN BYCE; JIMMY CAIN; CATHY CAIN; PAT CALAHAN; JENNIFER CALAHAN; JAMES CALDWELL; PATRICIA CALDWELL; RENEE CALHOUN; MICHAEL CAMPBELL; MELANIE CAMPBELL; ROBERT CAPELING; JENNIFER CAPELING; WAYNE CASKEY; JOSETTA CASKEY; JANIS A.E. COLTON; TIMOTHY COOK; NICHOLAS COON; ANN COON; ROBERT COWGILL; RICHARD COX; CAROLYN COX; ROBERT CUBBA; RITA CUBBA; KEITH DANIELS; PATRICIA DANIELS; DONNA DAVIS; BRADLY DAVIS; LOU ANN DAVIS; STACY DAVIS; GENE DAVIS; KIM DAVIS; JO ELLEN DE VUYST; KENDALL DE VUYST; KRISTINA DELISLE; KEVIN DELISLE; GARY DELONG; BELINDA DELONG; DAWN DENMARK; ROD DENMARK; BRADLEY DENNINGTON; DAVID DINSMORE; PAMELA DINSMORE; TERRIL DISCH; TERRY DONAKOWSKI; CHERYL DONAKOWSKI; RICHARD DOWNING; SUSAN DOWNING; LEANNA DOYLE; NICK DRYE; TIFFANY DRYE; TERESA DUFRESNE; MICHAEL DUNCAN; SCOTT DUNCANSON; CAREY DUNCANSON; JOHN DURANCZYK; THOMAS DWYER; STEPHANIE DWYER; DAVID EBENDICK; ROBIN

EBENDICK; DAN EICKHOFF; JULIE EICKHOFF; KARI W. FARLING; BETH MANSFIELD; MICHELLE FARRINGTON; JOHN KAPRAL; BOBERT FAVREALL; CHARLES FEGREUS; PATRICK FELD; ROBERT J. FERGUSON; SHARON FERGUSON; REBECCA FIELD; JESSICA FINNERTY; LUANN FOLLETT; KEITH FOREN; CHARLOTTE FOSGARD; WALTRAUD FUSCO; MARK GAHRY; CARL GARBACIK; KAREN GAWRON; JAMES GEROMETTEE; GIOVAINA GEROMETTEE; THADDEUS GIERALTOWSKI; MARY ANN GIERALTOWSKI; JEFFERY GIGNAC; BARBARA GIGNAC; JILL GLINSKI; JEROME GLINSKI; GARY GNYP; MARY GNYP; EILEEN GOLDSWORTHY; CURTIS GOLL; MARTHA GOLL; JILL R. GOODEMOOT; TIMOTHY GORDERT; GERARD GOWAN; MICHAEL GREEN; JEFF GRONAU; DONNA GRONAU; DOUG GROSSMAN; CONNIE GROVE; RON GUSTINE; LISA GUSTINE; JANET HABERLAND; JAMES HANKERD; KIMBERLY HANKERD; JEREMIE HANNA; DANIELLE HANNA; MICHELE HARDY; HARRY HARTFIELD; KENNETH HARVILLE; JOSHUA HARVILLE; JESSICA MINARD; JAMES HAWLEY; KIM HAWLEY; LORRAINE HEDRICH; BRIANT HEISER; KEVIN HENNESSY; SANDRA HENNESSY; JUDY GERRIE HERNANDEZ; GAIL POST-HEROLD; JOHN HIGHFIELD; JENNIFER HIGHFIELD; DAVID HILDEN; SALLY HILDEN; GEORGE HILLIARD; LORI HILLIARD; CHARLES HILLIKER; RUSS HIUMENIAK; JENNIFER HIUMENIAK; JAY HOCKING; SUSAN HOCKING; MARIANN HODGE; GARY HOMMEL; MARY JO HOMMEL; MICHAEL HOPKINS; CHARLENE HOPKINS;

JONATHAN HOZESKA; CARRIE HOZESKA; MICHAEL HUBER; CARRIE HUCKINS; GORDON HUCKINS; BEHZAD HUSSEINZADEH; PAMELA HUSSEINZADEH; DANIEL IGNACE; DANA IGNACE; DAN INMAN; BEVERLY INMAN; CHARLES IRELAND; GERI IRELAND; JOHN JAKUBIEC; DENNIS JOHNSON; ROGER JOHNSON; KIM JOHNSON; SONG CHA KANG; KAL KAUFMANN; GINA KAUFMANN; RICHARD KEDZIOREK; DIANE KEDZIOREK; ALBERT KEEN; CYNTHIA KEHOE; MELISSA KELLER; JOE KELLOGG; STACIE KELLOGG; IRENE KENNEDY; KVLA KENNETH; KATHLEEN KENWORTHY; DAVID KINGSBURY; RITA KINGSBURY; DANIEL KINNER; CHERYL KINNER; RONALD KLINE; MICHELLE KLINE; JAMES KNIEPER; MICHAEL KOLANOWSKI; VICKY KOLANOWSKI; JASON KOZAK; KATIE KOZAK; KEVIN KRAFT; DONA KRAFT; GEORGE KRATZ; KRATZ CO. LLC, RAYMOND KRUEGER; JOSEPH KRUEGER; SYLVESTER KIM; RODNEY KRUGER; SHARON KRUGER; THERESA KRYS; LYLE SHIFFER; PATRICK KUCHER; MONICA KUCHER; KATIE GRUND; BRANDON GRUND; DEREK KUNDINGER; ANGELA KUNDINGER; ARTHUR KUPIEC; LOUISE KUPIEC; MICHELL LAFOND; ROBERT LAGRAFF; BRENDA LAGRAFF; JOHN LANG; BETHANY LANG; RICHARD LAPOINTE; CHRISTINE LAPOINTE; ALAN LARSON; ANDREA LARSON; ED LASKE; COLLEEN LASKE; MICHAEL LATHROP; MARTIN LATHROP; CRYSTAL LATHROP; TYLER LATHROP; CHRISTAL LATHROP; SHARON LEACH; EDWARD LEACH; ED LEE; KIMBERLY LEE; LARRY LESTER; GERALD LICQUIA; KAREN

LICQUIA; WILLIAM LINDBERG; MARK LINDENMUTH; PERRI LINDENMUTH; CATHERINE LOVE; DAVE LOVEJOY; RITA LOVEJOY; BRUCE LOVELACE; KAREN LOVELACE; DAVID LULEWICZ; SHERYL LULEWICZ; KRISS LYONS; KIM LYONS; RANDALL MAGEE; CAROL MAGEE; STEVEN MAKOWSKI; JANINE MAKOWSKI; MARY MALONEY; TERRY MARICK; KEVIN MARICK; BRENT MARKO; DAVID MARR; DENZEL MARTIN; SHARON MARTIN; ALVIN MATICH; BRIAN MATTHIAS; CINDY MATTHIAS; TIMOTHY MCATEER; PATRICIA MCATEER; MELISSA MCATEER; JAMES MCATEER; DENNIS MCBRIDE; PATRICIA MCBRIDE; WILLIAM MCCRANDALL; MARETTA MCCRANDALL; FLOYD MCDONALD; JOYCE MCDONALD; RANDY MCDONALD; RENEE MCDONALD; CAROL MCDONALD; KRISTINA MCDONALD; SHELLY MCEOWN; MAC MCKELLAR; CHRISTOPHER MILLER; DARRELL MONDAY; TAMELA MONDAY; KEVIN MOORE; JAMES MORSE; CONNIE MORZINSKI; RANDALL MORZINSKI; DANIEL MOTT; KAREN MOTT; BETTY MULLIN; EDWARD MULLIN; TIMOTHY MURPHY; KRAIG OLIVER; KAREN MYERS; GREG NELSON; ANNETTE NELSON; JARED NICKEL; HUNTER NORRIS; NICHOLAS JERMAN; YVETTE OARD; DANNY OKONIEWSKI; JAMES OLSON; JANET OLSON; KAREN OLSON; ALFRED C. OLSON III; DEBRA OLSON; ERIKA OSTASZEWSKI; AARON OSTASZEWSKI; CHARLES BARNES; JEFF OTTO; MARY OTTO; DANIEL OUILETTE; LISA OUILETTE; DONALD PALMATEER; BENNETT PALMATEER; HAZEL PARSONS; DAVID PARTRIDGE;

CINDY PARTRIDGE; BRYCE PAULSEN; JOSEPH PEELISH; KELLIE PEELISH; MATT PEER; TERI PEER; NANCY PEIL; CHRISTINE PELLAR; DONALD GUNTHER; NORMA GUNTHER; MATTHEW PENNEY; NACEY PENNEY; ANDREW PETERS; DOUGLAS PETERSON; CHRISTINE PETERSON; SCOTT PETHERS; MARK PFENNINGER; PAMELA PHILLIPS; LAWRENCE PHILLIPS; ROCHELLE PHILLIPS; EDWARD PINKSTON; JEFFERY PITTS; JUDIA PITTS; BRUCE PLOWMAN; LISA PLOWMAN; DARIN POPE; RICKY PORTER; JAN PORTER; DANNY POYNER; JANEEN POYNER; HOLLI POYNER; KAREN RADCLIFFE; PATRICIA RADCLIFFE; KEVIN RAMM; BRADLEY RAUSCH; LORRAINE RAYMOND; DEAN A. READER; TAMRA L. READER; READER FAMILY TRUST; AMY REGINEK; TIMOTHY REILLY; DIANA REILLY; CRAIG REIS; KIMBERLY REIS; JEANNE RESKE; DAVID RETAN; AMY RETAN; DOUG REX; LORI REX; KATHLEEN RHYNARD; LATASHA RHYNARD; LAWRENCE RICE; PETRENIA RICE; CHARLOTTE RILEY; ROBERT UMPHREY; ADAMS RIVAS; WILLIAM ROBINSON; REBECCA ROBINSON; JAMES ROGERS; RANDALL ROGNIER; PATRICIA ROGNIER; CARL ROLL; COLETE BECOLE; ASHLEY ROSE; CAREN ROSE; CHRIS ROSE; NEIL ROSS; TINA ROSSI; DANIEL WOZNIAK; CYNTHIA ROWLEY; GREG RUPPEL; CHRISTY RUPPEL; DAVID RYMAS; AMY RYMAS; REZA SAFFARIAN; CHERYL SAFFARIAN; WILLIAM SAROS; LAURA SAROS; JOHN SAXON; JEFFERY SCHAFFER; RONALD SCHMIDT; PAMELA SCHMIDT; GREGORY SCHOWALTER; TAMARA SCHOWALTER; GARY SCHULZ; KRISTEN SCHULZ; FRANK

SCHUMACHER; JUNE SCHUTT; TIM SEAGRAVES; KATHY SEAGRAVES; ENDRE SEFCSIK; ROBERT SEIBERLING; JAMES SEIGLA; CAROL SEIGLA; LARRY SERRELL; BARBARA SERRELL; MARLENE SHEBESTER; ARCHIE SHEBESTER; KEFF SIELOFF; KIMBERLY SIELOFF; WENDI SIGOURNEY; DAVID SILEO; DEBORAH SILEO; ROBERT SIMS; TRACY SIMS; DAWN SISK; RONALD SIZELAND; SUSAN SIZELAND; TRAVIS SMITH; RONALD SMITH; GEORGE SMITH; RONDA SMITH; EDWARD SOWA; DINA FRANCESCUTTI; MONIKA SPALLINGER; JAMES SPARBECK; JEFFREY SPARBECK; EDWIN SPECKHAEDT; ANTHONY STAHL; DAVID STAHL; NORA STAHL; DEAN STALDER; ANDREW STEPHENSON; MARIE STOCK; MICHAEL STOCKER; DENVER STOCKER; LARRY STOINSKI; RUTH STOINSKI; WAYNE STOVER; LINDA STOVER; JAMES STRADTNER; KELLY STRADTNER; RONALD STREETER; SANDRA STREETER; CHRISTINE STUMPO; JOSEPH STUMPO; TODD SULLIVAN; RACHEL SUNDE; DEBARAH SUWINSKI; LAWRENCE SUWINSKI; JOHN SYDENSTRICKER; THERESA SYDENSTRICKER; STEVEN TAYLOR; LORETTA TAYLOR; DAVID THIBODEAU; LINDA THIBODEAU; DAVE THOMAS; JAMES THOMAS; MARK THOMAS; VICKI THOMAS; LOWELL THOMAS; BRIAN THOMPSON; CARMAN THOMPSON; THOMAS THOMSON; KELLY THOMSON; THOMAS J. THOMPSON; LINDA C. THOMSON; JANICE TORREY; GARY TRELFA; DIANE TRELFA; SCOTT TRINKLEIN; DOUG KRUGER; LENORE TROIA; CYNTHIA ABBS; DAVID TROMBLEY; GORDON

TROYANEK; TRAVIS TWITCHELL; BEATRICE TYREE; DAVID VALICE; LINDA VALICE; JAMES VAN HORN; DEBORAH VAN HORN; MARKO VANCE; MARYANN VANCE; WILLIAM VASICEK; MICHAEL L. VERELLEN; COURTNEY VERELLEN; MARY ELLEN VERELLEN; JAMES VOGT; SUSAN VOGT; KRISTIN WAGNER; RYAN BENJAMIN WAHL; JOSHUA WALLACE; ANDREA WALLACE; MICHAEL WALRATH; MICHAEL WARNER; KELLY WARNER; THOMAS WARSHEFSKY; RON WASCHER; MARY WASCHER; JAMES WAZNY; PAMELA WEIRMIER; GENE WEST; WANDA WEST; KEVIN WESTLAKE; SARAH WESTLAKE; DOUGLAS WHEATLEY; LINDA WHITE; NORMAN WIESKE; REVA WILLIAMS; SAMANTHA WILLIAMS; TIMOTHY WILLIAMS; ANGELA WILLIAMS; JEFFERY WILLIAMS; EARL WILSON; RICHARD WING; THERESA WING; BARB WIRTZ; GEORGE WISKUP; LEROY WOODS; GLENDA WOODS; RALPH WYRYBKOWSKI; DARLENE WYRYBKOWSKI; KENNETH YEAGER; CATHRYN YEAGER; JAMES YOUNG; TRACY ZWICK YOUNG; STEVEN ZASTROW; LORI ZASTROW; MAURICE L. ZEMLICKA; ELIZABETH C. MORSE; MICHAEL ZREPSKEY; PATRICE ZREPSKEY; ORLANDO ZUNIGA; MARGARET ZUNIGA; ALBERT VARDUKYAN; TED YANKO; KIM KEELEY; DAVID TAYLOR; VERNON VERKENNES; SHERYL WALDING; ROBERT PRICE; KAREN PRICE; THOMAS ROGERS; MELESSA MANNINO; ALLAN LEONARD; JOHN KRETZSCHMAR; CRYSTAL MCMAHAN; LISA MORRISON; PETER SARACINO; COLLEEN TAYLOR; RUTH ANN BAZZANI; LYNN MARIE RAU; EDWARD RAU; HARRY WAGNER;

MELISSA FRANKEL-WAGNER; JAY RICKERT; KRISTINE K. RICKERT; TERRY YORK; DENISE YORK; CASMIER ZOMERFELD; ANDREA ZOMERFELD; SHERRY DICK; MARTHA DICK; NOLAN HARVEY, II; DIANE HAMMOND; JESSICA FESING; NATHAN FESING; MICHAEL RYBAK; CHRISTINE RYBAK; MICHAEL MIKOLAJEWSKI; GARY HORNE; ROBERT GRADOWSKI; NICOLE MIKOLAJEWSKI; DIANE HORNE; JULIE GRADOWSKI; HAROLD MERTZ, JR.; DIANA MERTZ; ALBERT; ANGEL HARRISON; ROBERT YAGER KELLAN; DANIEL KELLAN; PAUL LAY; DENNIS KLOTT; AARON JOHNSTON; SHANDA JOHNSTON; DENNIS LYONS; SANDY LAY; DEBORAH KLOTT; VICKI LYONS; JACQUELINE BALHORN; GAIL BARRON; RHONDA GOODWIN; ART GOODWIN; MATTHEW FINNERTY; SCOTT HOUSER; THOMAS JONES; JENNIFER LINTS; MARY KENNEDY; JEFFREY KLINE, SR.; KENNETH KULA; KELLY MCGRATH; DONNA KULA; DUANE BARRON; TRAVIS BARRON; DOUGLAS C. PETERSON; CHRISTINE M. PETERSON; MICHAEL SANDER; JOANN SANDER; JULIE MILLS; DEIDRE DONALD; HENRY DONALD; CHARLES AGUIRRE; LAURIE AGUIRRE; TIMOTHY ALVESTEFFER; BILL BACON; LINDA L. BEDELL; JAMES L. BEDDELL; KIMBERLY BORCHARD; TIMOTHY DANA; TOM BOWLAND; TERRY BUSHRE; DIAWA BUSHRE; GAYLORD CHENEY; SHARON CHENEY; DAVE CIANEK; TRACY COATES; BRETT COTTON; BOBBIE CRAWFORD; SUSAN CURRY; CLEMENT CURRY; KENNETH DENMARK; ROXANNE FETTIG; ANDREW GIEDROCZ; RUTH GIEDROCZ; SYLVIA GILVIDIS;

LELAND GORMLEY; KENNETH HOWDEN; MICHAEL JERRY; KATHY JERRY; PATRICIA JEWETT; GORDON JEWETT; KARL KACEL; NEHIL KEELEY; LEONA KOZLOWSKI; RICHARD LABRENZ; VIRGINIA LOOSE; DOUGLAS LOOSE; DARIN LUNSFORD; FREDERICK LYONS; NANCY LYONS; ROBERT MAXWELL; PENNY MAXWELL; DARLENE MCDADE; JAMES MCDADE; ROBERT MCMANUS; MICHELLE MCMANUS; BRIAN MILLER; TERRY MILLER; DAWN MILLER; DAVID NOPPE; NADINE NOPPE; WAYNE O'DELL; WALDEMAR PAETZ; SANDRA PAETZ; MARSHA DELISO; PETER DELISO; IRVIN POTTS; ROSEMARIE POTTS; JEFFREY POTTS; JUDITH POTTS; TERRY RAMIREZ; CHERYL RAMIREZ; JACOB ROESE; JENNIFER SALISBURY; MELISSA SCHAFER; GREGORY SCHARBONEAU; MARY ANN SCHARBONEAU; MARK SCHNEIDER; KEITH SHATTUCK; KATHLEEN SHATTUCK; GARLAND SNEED; LILA SNEED; JIM SPERLING; MARGE SPERLING; DENNIS STANKEWICZ; MERRILEE STANKEWICZ; BRUCE THIBODEAU; TONI THIBODEAU; ARLENE THORP; JAMES TROMMER; REBECCA TROMMER; MARY TURVEY; MATTHEW WENDLING; LORI WENDLING; STEPHEN WYZYWANY; KAREN WYZYWANY; JOSEPH ZAWISLAK; BONNIE ZAWISLAK; MICHELLE ZEMLICAK; SHARON MAXWELL; JOHN PESSINA; PHYLLIS BOMAN; LINDA BOMAN; CAROL KUBINSKI; LISA DIESBOURG; LEYNA WERNER; DENNIS WERNER; MICHAEL BACHER; MELINDA BACHER; JOHN BOOS; MARY BOOS; SUSAN BURTCH; ROBIN BUSECK; RICHARD CASTRO; PATRICIA DEGASPERIS; PAUL DEGASPERIS;

DIANA L. COLE TRUST; KAY DURANCZYK; TONY DURANCZYK; SHARON GILLETTE; ANDREW STEPHENSON; RICHARD GRZEGORCZYK; LEZLEY GRZEGORCZYK; NICHOLAS HOLLY; DEENA HOLLY; D. JOAN JOHNS; DIANE KOSHT; WILLIAM LAI; MARINA LAI; HENRY LEICH; CHERYL LEICH; ANDREA LEWIS; ANDREA LOPEZ; MARILYN MEYLAN TRUST; DALE MYERS; ROBERT NIENHAUS; SHERYL NIENHAUS; CAROL OUELLETTE; NANCY PIETZ; RICHARD & DONNA LABRENZ TRUST; KELLY RUSSELL; VIRGINIA RUSSELL; ROSEMARY SAVAGE; KENNETH SAVAGE; KENNETH SESTO; DENISE SESTO; CATHERINE SESTO; JAMES SESTO; TORY SHOWEK; LISA SHOWEK; JOHN TRACY; LORRAINE TRACY; LOST ARROW RESORT; TITTABAWASEE RESORT LLC; MICHELYNNE ADDINGTON; CHARLES ADDINGTON; MARJORIE ALLMAN; ROGER ANTEAU; WENDY ANTEAU; JERRY ATKINSON; THERESA ATKINSON; BRAD AUER; KRISTY AUER; JENNIFER AUTY; TERRIE BABBITT; MICHAEL G. BARTLETT; MICHAEL BERGER; ASHLEY BERGER; SCOTT BIGELOW; BRIAN BRADEN; SARAH BRADEN; LAWRENCE BRADY; CAROL BRADY; DANIEL BRODAK; LOREN BRUNGER; GLENDA BRUNGER; DAVID CANNING; HELEN CANNING; BRUCE CARTER; SHERRY CARTER; KAREN CENTOFANTI; MICHAEL CHRISS; SHARON CHRISS; SHERYL DENMARK; DANIEL DIONNE; DAWN DIONNE; CHRISTINE DOUGLASS; DONALD DRAYTON; WENDY FABER; ROBERT FABER; ROBERT KELEY; GEORGE FERGUSON; LYNDA FERGUSON; VELMA GERMAIN;

MICHAEL GRIFFIN; SUSAN GRITZINGER; ANTHONY GROHMAN; JAMES HARDY; TONYA HARDY; BONNIE HARGRAVES; LORRAINE HEDRICK; LESLIE HESS; BRENDA L. HILLIKER; WILLIAM HOGREBE; PATRICIA HOGREBE; ALLAN INNES; JEFFREY KALETO; RYAN KALETO; ROBERT KELLEY; JOSEPH KELLOGG; JEFF KINNE; SANDY KINNE; ANDREW KRIEGER; FRANK LEVENICK; MICHELLE LEVENICK; TIMOTHY LONG; ROXANNE LONG; ASHLEY LOTHIAN; BRAD LYON; KIM LYON; DERALD MARSH; KITTY MASCARO; WILLIAM MASCARO, JR.; JOHN MCCANN; MARY MCCANN; GERARD MCGOWAN; ARICKA MEALBACK; MICHAEL MERCIER; TARAH MERCIER; LYNDA MIESKE; RICHARD MILLER; JUDY MILLER; CARLTON MILLS; JANICE MILLS; ALEXANDRA MURPHY; MICHAEL MURPHY; DAVID J. MURRAY; FREDRICK MURRAY; ROSEMARIE MURRAY; ROBERT NEIIENDAM; JENNIFER NEIIENDAM; WAYNE ODELL; DANIEL OUILLETTE; LISA OUILLETTE; GEORGE PATTERSON; TAMMY PATTERSON; DUANE LEE PAUL; ANTHONY A. PAVONE; MATTHEW PENNY; NANCY PENNY; NICHOLAS PHILLIPS; KARENA PHILLIPS; DARIN POLE; SANDRA PRIEMER; DENNIS RADCLIFFE; MARK L. RAMER; DAVID RANDALL; TONY REEDY; MAUREEN REEDY; RANDAL REGNIER; PATRICIA REGNIER; PETRINA RICE; DANIEL RITTER; ETOILE RITTER; CYNTHIA ROBINSON; CASEY ROSS; STEPHANIE SABIN; LARRY SCHMIDT; SHARON SCHMIDT; ROBERT SCHOOLEY; ANNE SCHOOLEY; PAUL SHERYL; JOHN SMILNAK; LAURIE SMITH; EDWIN SPECKHARDT; MONICA SPECKHARDT; PATRICIA SPENCER;

MARK SULLIVAN; LATASHA SULLIVAN; NANCY THORP; CHAD TOMS; JULIE ANN VAN AMEYDE; ROBERT WOODRUFF; CINDY WOODRUFF; STEVE WORPELL; TERRI WORPELL; JEFFREY ZAPORSKI; JOAN ZAPORSKI; WHITE FAMILY TRUST; LOST ARROW RESORT; PRESTON L. MARSH TRUST; GARY L. MEYLAN TRUST; TOMS FAMILY TRUST; ESTATE OF MARK AUTY; LANCE HUGHES; and JOYCE SCHOFIELD, DONALD KEARNS; DIANE KEARNS; JEFFREY FLETCHER; RICHARD GREGOR; ANGELA GREGOR; JERRY ATKENSON; THERESA ATKENSON; RICHARD KOVALCIK; SUSAN MONROE; GEORGE E. MONROE; ANDREW KRIEGER

   Appellants,

v.

MIDLAND COUNTY BOARD OF COMMISSIONERS, and GLADWIN COUNTY BOARD OF COMMISSIONERS, and FOUR LAKES TASK FORCE

   Appellees.

Hon. Judge Stephen P. Carras

---

Michael D. Homier (P60318)
Laura J. Genovich (P72278)
Keith T. Brown (84193)
FOSTER, SWIFT, COLLINS & SMITH, PC
*Attorneys for Appellant*
1700 E. Beltline Ave. NE, Suite 200
Grand Rapids, MI 49525
(616) 726-2200
mhomier@fosterswift.com
lgenovich@fosterswift.com
kbrown@fosterswift.com

**AMENDED CLAIM OF APPEAL**

Appellants, Heron Cove Association, on behalf of its above-named members, and by its above-named individual members, through their counsel, FOSTER, SWIFT, COLLINS & SMITH, P.C., state as follows, pursuant to MCR 7.123:

1. Appellants claim an appeal from the decisions on February 6, 2024 by the Midland County Board of Commissioners and Gladwin County Board of Commissioners (the "Counties") to each approve a "Resolution Approving Four Lakes Special Assessment District 5-Year Operation and Maintenance Project Cost and Operation and Maintenance Assessment Roll, and Capital Improvement Project Cost Special Assessment Roll." The resolutions are attached as **Exhibit A**.

2. In 2019, under Part 307 of the Natural Resources and Environmental Protection Act, Act 451 of 1994, as amended, MCL 307.30701 *et seq.*, the Counties by resolution appointed the Four Lakes Task Force ("FLTF") as their delegated authority to cause to be determined the normal lake levels for Wixom Lake, Sanford Lake, Smallwood Lake, and Secord Lake (collectively, the "Lakes"), and to establish the Four Lakes Special Assessment District.

3. The Counties then jointly filed petitions to determine normal lake levels and to establish the Four Lakes Special Assessment District in Midland County Circuit Court and Gladwin County Circuit Court.

4. On May 28, 2019, the Honorable Stephen P. Carras entered an order in Midland County Circuit Court setting normal lake levels for the Lakes and establishing the boundaries of the Four Lakes Special Assessment District. On July 18, 2019 (following an order from the Supreme Court Administrative Office appointing him to that court), Judge Carras entered that order in Gladwin County Circuit Court.

5. Under MCL 324.3014(3), a county "shall approve the cost and the special assessment roll by resolution" "[b]efore construction of a project is begun."

6. Upon information and belief, construction on the improvements began before the Counties confirmed the special assessment rolls.

7. On February 6, 2024, the Counties approved a 5-year operation and maintenance assessment roll and a 40-year capital assessment roll.

8. Under MCL 324.30714(4), "the special assessment roll with the assessments listed shall be final and conclusive unless appealed in a court within 15 days after county board approval."

9. Part 307 defines "court" as "a circuit court, and if more than 1 judicial circuit is involved, the circuit court designated by the county board or otherwise authorized by to preside over an action." MCL 324.30701(c).

10. On January 23, 2024, the Gladwin County Board of Commissioners adopted a resolution "To Designate Venue/Court For Appeals of Four Lakes Task Force Special Assessment Matters, Pursuant to Statute," which designated venue and conferred jurisdiction upon the Midland County Circuit Court "for all matters relative to the Four Lakes Task Force, and/or special assessments for it as Gladwin County's Delegated Authority," attached as **Exhibit B**.

11. The Michigan Court of Appeals has held that appeals from the apportionment of a special assessment under the Inland Lake Level Act are properly heard in circuit court. *In re Project Cost and Special Assessment Roll for Chappel Dam*, 282 Mich App 142, 145; 762 NW2d 192 (2009).

12. Appellant Heron Cove Association is a Michigan nonprofit corporation organized "[t]o promote the general welfare of its members, owners of any property along or near Secord,

Smallwood, Wixom, and Sanford Lakes, including backlot properties with dedicated access. . .., or any property in or touching the Four Lakes Special Assessment District in or around Gladwin and Midland Counties, Michigan." It is comprised of property owners and those with property interests within the Four Lakes Special Assessment District or adjacent to it. Individual appellants are members of the Heron Cove Association who own or have interest in property within the Four Lakes Special Assessment District. Each appellant has standing to claim this appeal, and proceeding in one appeal is the most expeditious use of judicial resources. The members appealing and their addresses and Parcel IDs are listed in **Exhibit C**.

13. Appellants appeal the Counties' levying and apportionment of the special assessment rolls on the following grounds and as further detailed below:

    a. The Counties' decisions were not authorized to law.

    b. The Counties' decisions were not supported by competent, material, and substantial evidence on the whole record.

14. The Counties began construction on the improvement before they approved the cost and the special assessment roll by resolution.

    a. The Counties' decisions were not authorized by law.

15. Appellants' properties derive little to no special benefit or gain in market value from the assessment beyond that provided to the community as a whole. *Kadzban v City of Grandville*, 442 Mich 495 (1993).

    a. The Counties' decisions were not authorized by law.

    b. The Counties' decisions were not supported by competent, material, and substantial evidence on the whole record.

16. The amount of the assessment imposed on Appellants' properties is grossly disproportionate to the increase in market value to the properties and constitutes a taking of property without due process of law, *Dixon Road Group v City of Novi*, 426 Mich 390 (1986), and an unconstitutional taking of property without just compensation.

    a. The Counties' decisions were not authorized by law.

    b. The Counties' decisions were not supported by competent, material, and substantial evidence on the whole record.

17. Appellants request the following relief:

    a. That this court vacate the special assessment rolls.

    b. That this court order a reapportionment of the special assessment roll so that the assessments are proportional to the increase in market value derived from the improvement.

    c. Any other relief the Court finds just and equitable.

18. No bond is required by this appeal.

Respectfully Submitted,

FOSTER, SWIFT, COLLINS & SMITH, P.C.

Dated: February 21, 2023    By: *[signature: Michael Homier]*

Michael D. Homier (P60318)
Laura J. Genovich (P72278)
Keith T. Brown (P84193)
FOSTER, SWIFT, COLLINS & SMITH, PC
*Attorneys for Appellant*
1700 E. Beltline Ave. NE, Suite 200
Grand Rapids, MI 49525
(616) 726-2200
mhomier@fosterswift.com
lgenovich@fosterswift.com
kbrown@fosterswift.com

88770:00001:7168463-3
89232:00001:200315218-1