# EXHIBIT D

JIS Code: COA

| | | | |
|---|---|---|---|
| 42nd Midland | STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY ☑ IN THE COURT OF APPEALS | **CLAIM OF APPEAL** | CASE NO. CIRCUIT 24-2751-AA DISTRICT PROBATE |

**Court address**
301 W. Main Street, Midland, MI 48640

**Court telephone no.**
989-832-6735

| Plaintiff's/Petitioner's name(s) and address(es)  ☑ Appellant  ☐ Appellee | v | Defendant's/Respondent's name(s) and address(es)  ☐ Appellant  ☑ Appellee |
|---|---|---|
| Heron Cove Association et al. Please see Attachments A and B to this Claim of Appeal form. | | Midland County Board of Commissioners, Gladwin County Board of Commissioners, and Four Lakes Task Force |
| **Plaintiff's attorney, bar no., address, and telephone no.** Michael D. Homier (P60318) Laura J. Genovich (P72278) Keith T. Brown (P84193) Foster, Swift, Collins & Smith, PC 1700 E. Beltline Ave. NE, Ste. 200, Grand Rapids, MI 49525 | | **Defendant's attorney, bar no., address, and telephone no.** Joseph W. Colaianne (P47404) Zachary C. Larsen (P72189) Lauren K. Burton (P76471) Clark Hill PLC 215 S. Washington Square, Ste. 200, Lansing, MI 48933 |

In the matter of _____

Other interested party(ies) of probate matter

1. **Name** Heron Cove Association, et al. _____ claims an appeal from a final judgment or final order entered on **Date** June 20, 2024 _____ in the **Court name and number or county** Midland County Circuit _____ Court of the State of Michigan, by ☐ district judge  ☑ circuit judge  ☐ probate judge  ☐ district court magistrate

   **Name of judge or district court magistrate** Michael J. Beale    **Bar no.** 44233.

2. Bond on appeal is  ☐ filed.  ☐ attached.  ☐ waived.  ☑ not required.

3. ☐ a. The transcript has been ordered.
   ☑ b. The transcript has been filed.
   ☐ c. No record was made.

4. ☐ THIS CASE INVOLVES
   ☐ a. A CONTEST AS TO THE CUSTODY OF A MINOR CHILD.
   ☐ b. AN ADULT OR MINOR GUARDIANSHIP UNDER THE ESTATES AND PROTECTED INDIVIDUALS CODE OR UNDER THE MENTAL HEALTH CODE.
   ☐ c. AN INVOLUNTARY MENTAL HEALTH TREATMENT CASE UNDER THE MENTAL HEALTH CODE.
   ☐ d. A RULING THAT A PROVISION OF THE MICHIGAN CONSTITUTION, A MICHIGAN STATUTE, A RULE OR REGULATION INCLUDED IN THE MICHIGAN ADMINISTRATIVE CODE, OR ANY OTHER ACTION OF THE LEGISLATIVE OR EXECUTIVE BRANCH OF STATE GOVERNMENT IS INVALID.
   ☐ e. AN ADOPTION ORDER UNDER CHAPTER X OF THE PROBATE CODE.
   ☐ f. A FREEDOM OF INFORMATION ACT ISSUE.

**Date** July 11, 2024

**Appellant/Attorney signature** /s/ Michael D. Homier

Approved, SCAO
Form MC 55, Rev. 9/23
MCL 15.240, MCL 710.65, MCR 4.401(D), MCR 7.104(C), MCR 7.108(C)(3), MCR 7.204(D)
Page 1 of 2

Distribute form to:
Court of Appeals/Circuit court
Trial court
Appellee
Appellant

RECEIVED by MCOA 7/11/2024 3:11:44 PM

**Claim of Appeal**   (9/23)
Page 2 of 2

Case No. __24-2751-AA__

**PROOF OF SERVICE**

I certifiy that copies of this claim of appeal and bond (if required) were served on

_____ on _____ by ☐ personal service.   ☐ first-class mail.
Name                                              Date

_____ on _____ by ☐ personal service.   ☐ first-class mail.
Name                                              Date

_____ on _____ by ☐ personal service.   ☐ first-class mail.
Name                                              Date


_____                    _____
Date                                                                Signature

RECEIVED by MCOA 7/11/2024 3:11:44 PM

## Attachment A: Individual Appellants

The individuals on this list were named as plaintiffs below and are also appellants in this appeal.

HERON COVE ASSOCIATION, on behalf of its members, and individually by its members: JEFFERY DANA; JUDY DANA; DEBORA ADAMS; MICHAEL ADAMS; SHANNON ADAMS; JAMIE ADAMS; RIC ADER; SALLY ADER; MICHAEL ADOLPH; DARLENE ADOLPH; CLIFFORD ALLEN; ANDREW ALLEN; PAUL ALLEN; JAYNE ALLEN; PAMELA ALLEN; JULIE ALLEN; CHRISTINE ALLEN; LEONARD ALLEN; DAVID ALTENBERNT; JACOB ALTENBERNT; CONNIE ALTENBERNT; BRITTANY ALTENBERNT; EDWARD ARSENEAULT; AMY ARSENEAULT; DICK ARTHUR; DOREEN ARTHUR; DENNIS ATHEY; PATRICIA ATHEY; BRAD AVER; KRISTY AVER; KURT BAKER; SANDRA BAKER; CYNTHIA BALHORN; JAQUELINE BALHORN; JOSEPH BALHORN; RICHARD BARLOW; RAYMOND BARTON; PAMELA BARTON; DOUGLAS BASHUR; MELANIE BASHUR; RAY BAUERS; MARIE RISTE; SCOTT BAUMGART; ROBERT BAZINET; MICHAEL BAZZLE; AMY BAZZLE; ROBERT BEAUCHAMP; DEBRA BEAUCHAMP; MARY BETH BECHTEL; CAROLINE GOICK; MICHAEL BECKHAM; KEN BELLHORN; GEORGE BENCI; JOHN BENCI; SHARON BENCI; ROBERT BENNETT; TAMMY BENNETT; GILBERT BERNIER; JACQUELINE BERNINGER; ALYSIA BERTHIAUME; LINDA BEVERIN; SUSAN E. BEYER; GARY BISHOP; KRYSTAL BISHOP; JASON BISKNER; STACEY BISKNER; JUDY BOMAN; GARY BOOTH; HOLLY BOOTH; RONALD BOWMAN; CLARA BOWMAN; STACI BOYNTON; ELAINE BRANCHEAU; SHAWN BRANCHAEU; KATHLEEN BREWIS; CARY BREWIS; SCOTT BRICHACEK; RACHELE BRICHACEK; JIM BRINK; AMY BRINK; AJ BROCK; CYNTHIA BROCK; JAMES BROSIER; PAULA BROSIER; DAVID BROWN; FRED BRYAN; LISA KINSEY; FRED KINSEY; ROBERT BUNKER; JANICE BUNKER; JACK BURNIAC, JR.; ANDREW BYCE; KAREN BYCE; JIMMY CAIN; CATHY CAIN; PAT CALAHAN; JENNIFER CALAHAN; JAMES CALDWELL; PATRICIA CALDWELL; RENEE CALHOUN; MICHAEL CAMPBELL; MELANIE CAMPBELL; ROBERT CAPELING; JENNIFER CAPELING; WAYNE CASKEY; JOSETTA CASKEY; JANIS A.E. COLTON; TIMOTHY COOK; NICHOLAS COON; ANN COON; ROBERT COWGILL; RICHARD COX; CAROLYN COX; ROBERT CUBBA; RITA CUBBA; KEITH DANIELS; PATRICIA DANIELS; DONNA DAVIS; BRADLY DAVIS; LOU ANN DAVIS; STACY DAVIS; GENE DAVIS; KIM DAVIS; JO ELLEN DE VUYST; KENDALL DE VUYST; KRISTINA DELISLE; KEVIN DELISLE; GARY DELONG; BELINDA DELONG; DAWN DENMARK; ROD DENMARK; BRADLEY DENNINGTON; DAVID DINSMORE; PAMELA DINSMORE; TERRIL DISCH; TERRY DONAKOWSKI; CHERYL DONAKOWSKI; RICHARD DOWNING; SUSAN DOWNING; LEANNA DOYLE; NICK DRYE; TIFFANY DRYE; TERESA DUFRESNE; MICHAEL DUNCAN; SCOTT DUNCANSON; CAREY DUNCANSON; JOHN DURANCZYK; THOMAS DWYER; STEPHANIE DWYER; DAVID EBENDICK; ROBIN EBENDICK; KARI W. FARLING; BETH MANSFIELD; MICHELLE FARRINGTON; JOHN KAPRAL; BOBERT FAVREALL; CHARLES FEGREUS; PATRICK FELD; ROBERT J. FERGUSON; SHARON FERGUSON; REBECCA FIELD; JESSICA FINNERTY; LUANN FOLLETT; KEITH FOREN; CHARLOTTE FOSGARD; WALTRAUD FUSCO; MARK GAHRY; CARL GARBACIK;

KAREN GAWRON; JAMES GEROMETTEE; GIOVAINA GEROMETTEE; THADDEUS GIERALTOWSKI; MARY ANN GIERALTOWSKI; JEFFERY GIGNAC; BARBARA GIGNAC; JILL GLINSKI; JEROME GLINSKI; GARY GNYP; MARY GNYP; EILEEN GOLDSWORTHY; CURTIS GOLL; MARTHA GOLL; JILL R. GOODEMOOT; TIMOTHY GORDERT; GERARD GOWAN; MICHAEL GREEN; JEFF GRONAU; DONNA GRONAU; DOUG GROSSMAN; CONNIE GROVE; RON GUSTINE; LISA GUSTINE; JANET HABERLAND; JAMES HANKERD; KIMBERLY HANKERD; JEREMIE HANNA; DANIELLE HANNA; HARRY HARTFIELD; KENNETH HARVILLE; JOSHUA HARVILLE; JESSICA MINARD; JAMES HAWLEY; KIM HAWLEY; LORRAINE HEDRICH; BRIANT HEISER; KEVIN HENNESSY; SANDRA HENNESSY; JUDY GERRIE HERNANDEZ; GAIL POST-HEROLD; JOHN HIGHFIELD; JENNIFER HIGHFIELD; DAVID HILDEN; SALLY HILDEN; GEORGE HILLIARD; LORI HILLIARD; CHARLES HILLIKER; RUSS HIUMENIAK; JENNIFER HIUMENIAK; JAY HOCKING; SUSAN HOCKING; MARIANN HODGE; GARY HOMMEL; MARY JO HOMMEL; MICHAEL HOPKINS; CHARLENE HOPKINS; JONATHAN HOZESKA; CARRIE HOZESKA; MICHAEL HUBER; CARRIE HUCKINS; GORDON HUCKINS; BEHZAD HUSSEINZADEH; PAMELA HUSSEINZADEH; DANIEL IGNACE; DANA IGNACE; DAN INMAN; BEVERLY INMAN; CHARLES IRELAND; GERI IRELAND; JOHN JAKUBIEC; DENNIS JOHNSON; ROGER JOHNSON; KIM JOHNSON; SONG CHA KANG; KAL KAUFMANN; GINA KAUFMANN; RICHARD KEDZIOREK; DIANE KEDZIOREK; ALBERT KEEN; CYNTHIA KEHOE; MELISSA KELLER; JOE KELLOGG; STACIE KELLOGG; IRENE KENNEDY; KVLA KENNETH; KATHLEEN KENWORTHY; DAVID KINGSBURY; RITA KINGSBURY; DANIEL KINNER; CHERYL KINNER; JAMES KNIEPER; MICHAEL KOLANOWSKI; VICKY KOLANOWSKI; JASON KOZAK; KATIE KOZAK; KEVIN KRAFT; DONA KRAFT; GEORGE KRATZ; KRATZ CO. LLC, RAYMOND KRUEGER; JOSEPH KRUEGER; SYLVESTER KIM; RODNEY KRUGER; SHARON KRUGER; THERESA KRYS; LYLE SHIFFER; PATRICK KUCHER; MONICA KUCHER; KATIE GRUND; BRANDON GRUND; DEREK KUNDINGER; ANGELA KUNDINGER; ARTHUR KUPIEC; LOUISE KUPIEC; MICHELL LAFOND; ROBERT LAGRAFF; BRENDA LAGRAFF; JOHN LANG; BETHANY LANG; ALAN LARSON; ANDREA LARSON; ED LASKE; COLLEEN LASKE; MICHAEL LATHROP; MARTIN LATHROP; CRYSTAL LATHROP; TYLER LATHROP; CHRISTAL LATHROP; SHARON LEACH; EDWARD LEACH; ED LEE; KIMBERLY LEE; LARRY LESTER; GERALD LICQUIA; KAREN LICQUIA; WILLIAM LINDBERG; MARK LINDENMUTH; PERRI LINDENMUTH; CATHERINE LOVE; DAVE LOVEJOY; RITA LOVEJOY; BRUCE LOVELACE; KAREN LOVELACE; DAVID LULEWICZ; SHERYL LULEWICZ; KRISS LYONS; KIM LYONS; RANDALL MAGEE; CAROL MAGEE; STEVEN MAKOWSKI; JANINE MAKOWSKI; MARY MALONEY; TERRY MARICK; KEVIN MARICK; BRENT MARKO; DAVID MARR; DENZEL MARTIN; SHARON MARTIN; ALVIN MATICH; BRIAN MATTHIAS; CINDY MATTHIAS; TIMOTHY MCATEER; PATRICIA MCATEER; MELISSA MCATEER; JAMES MCATEER; DENNIS MCBRIDE; PATRICIA MCBRIDE; WILLIAM MCCRANDALL; MARETTA MCCRANDALL; FLOYD MCDONALD; JOYCE MCDONALD; RANDY MCDONALD; RENEE MCDONALD; CAROL MCDONALD; KRISTINA MCDONALD; SHELLY MCEOWN; MAC MCKELLAR; CHRISTOPHER MILLER; DARRELL MONDAY; TAMELA MONDAY; KEVIN MOORE; JAMES MORSE; CONNIE MORZINSKI; RANDALL MORZINSKI; DANIEL MOTT; KAREN MOTT; BETTY MULLIN; EDWARD MULLIN;

RECEIVED by MCOA 7/11/2024 3:11:44 PM

TIMOTHY MURPHY; KRAIG OLIVER; KAREN MYERS; GREG NELSON; ANNETTE NELSON; JARED NICKEL; HUNTER NORRIS; NICHOLAS JERMAN; YVETTE OARD; DANNY OKONIEWSKI; JAMES OLSON; JANET OLSON; KAREN OLSON; ALFRED C. OLSON III; DEBRA OLSON; ERIKA OSTASZEWSKI; AARON OSTASZEWSKI; CHARLES BARNES; JEFF OTTO; MARY OTTO; DANIEL OUILETTE; LISA OUILETTE; DONALD PALMATEER; BENNETT PALMATEER; HAZEL PARSONS; DAVID PARTRIDGE; CINDY PARTRIDGE; JOSEPH PEELISH; KELLIE PEELISH; MATT PEER; TERI PEER; NANCY PEIL; CHRISTINE PELLAR; DONALD GUNTHER; NORMA GUNTHER; MATTHEW PENNEY; NACEY PENNEY; ANDREW PETERS; DOUGLAS PETERSON; CHRISTINE PETERSON; SCOTT PETHERS; MARK PFENNINGER; PAMELA PHILLIPS; LAWRENCE PHILLIPS; ROCHELLE PHILLIPS; EDWARD PINKSTON; JEFFERY PITTS; JUDIA PITTS; BRUCE PLOWMAN; LISA PLOWMAN; DARIN POPE; RICKY PORTER; JAN PORTER; DANNY POYNER; JANEEN POYNER; HOLLI POYNER; KAREN RADCLIFFE; PATRICIA RADCLIFFE; KEVIN RAMM; BRADLEY RAUSCH; LORRAINE RAYMOND; DEAN A. READER; TAMRA L. READER; READER FAMILY TRUST; AMY REGINEK; TIMOTHY REILLY; DIANA REILLY; CRAIG REIS; KIMBERLY REIS; JEANNE RESKE; DAVID RETAN; AMY RETAN; DOUG REX; LORI REX; KATHLEEN RHYNARD; LATASHA RHYNARD; LAWRENCE RICE; PETRENIA RICE; CHARLOTTE RILEY; ROBERT UMPHREY; ADAMS RIVAS; WILLIAM ROBINSON; REBECCA ROBINSON; JAMES ROGERS; RANDALL ROGNIER; PATRICIA ROGNIER; CARL ROLL; COLETE BECOLE; ASHLEY ROSE; CAREN ROSE; CHRIS ROSE; NEIL ROSS; CYNTHIA ROWLEY; GREG RUPPEL; CHRISTY RUPPEL; DAVID RYMAS; AMY RYMAS; REZA SAFFARIAN; CHERYL SAFFARIAN; WILLIAM SAROS; LAURA SAROS; JOHN SAXON; JEFFERY SCHAFFER; RONALD SCHMIDT; PAMELA SCHMIDT; GREGORY SCHOWALTER; TAMARA SCHOWALTER; GARY SCHULZ; KRISTEN SCHULZ; FRANK SCHUMACHER; JUNE SCHUTT; TIM SEAGRAVES; KATHY SEAGRAVES; ENDRE SEFCSIK; ROBERT SEIBERLING; JAMES SEIGLA; CAROL SEIGLA; LARRY SERRELL; BARBARA SERRELL; MARLENE SHEBESTER; ARCHIE SHEBESTER; KEFF SIELOFF; KIMBERLY SIELOFF; DAVID SILEO; DEBORAH SILEO; ROBERT SIMS; TRACY SIMS; DAWN SISK; RONALD SIZELAND; SUSAN SIZELAND; TRAVIS SMITH; RONALD SMITH; GEORGE SMITH; RONDA SMITH; EDWARD SOWA; DINA FRANCESCUTTI; JAMES SPARBECK; JEFFREY SPARBECK; EDWIN SPECKHAEDT; ANTHONY STAHL; DAVID STAHL; NORA STAHL; DEAN STALDER; ANDREW STEPHENSON; MARIE STOCK; MICHAEL STOCKER; DENVER STOCKER; LARRY STOINSKI; RUTH STOINSKI; WAYNE STOVER; LINDA STOVER; JAMES STRADTNER; KELLY STRADTNER; RONALD STREETER; SANDRA STREETER; CHRISTINE STUMPO; JOSEPH STUMPO; TODD SULLIVAN; RACHEL SUNDE; DEBARAH SUWINSKI; LAWRENCE SUWINSKI; JOHN SYDENSTRICKER; THERESA SYDENSTRICKER; STEVEN TAYLOR; LORETTA TAYLOR; DAVID THIBODEAU; LINDA THIBODEAU; DAVE THOMAS; JAMES THOMAS; MARK THOMAS; VICKI THOMAS; LOWELL THOMAS; BRIAN THOMPSON; CARMAN THOMPSON; THOMAS THOMSON; KELLY THOMSON; THOMAS J. THOMPSON; LINDA C. THOMSON; JANICE TORREY; GARY TRELFA; DIANE TRELFA; SCOTT TRINKLEIN; DOUG KRUGER; LENORE TROIA; CYNTHIA ABBS; DAVID TROMBLEY; GORDON TROYANEK; TRAVIS TWITCHELL; BEATRICE TYREE; DAVID VALICE; LINDA VALICE; JAMES VAN HORN; DEBORAH VAN HORN; MARKO VANCE; MARYANN VANCE; WILLIAM VASICEK; MICHAEL L. VERELLEN; COURTNEY

RECEIVED by MCOA 7/11/2024 3:11:44 PM

VERELLEN; MARY ELLEN VERELLEN; JAMES VOGT; SUSAN VOGT; KRISTIN WAGNER; RYAN BENJAMIN WAHL; JOSHUA WALLACE; ANDREA WALLACE; MICHAEL WALRATH; MICHAEL WARNER; KELLY WARNER; THOMAS WARSHEFSKY; RON WASCHER; MARY WASCHER; JAMES WAZNY; PAMELA WEIRMIER; GENE WEST; WANDA WEST; KEVIN WESTLAKE; SARAH WESTLAKE; DOUGLAS WHEATLEY; LINDA WHITE; NORMAN WIESKE; SAMANTHA WILLIAMS; TIMOTHY WILLIAMS; ANGELA WILLIAMS; JEFFERY WILLIAMS; EARL WILSON; RICHARD WING; THERESA WING; BARB WIRTZ; LEROY WOODS; GLENDA WOODS; RALPH WYRYBKOWSKI; DARLENE WYRYBKOWSKI; KENNETH YEAGER; CATHRYN YEAGER; JAMES YOUNG; TRACY ZWICK YOUNG; STEVEN ZASTROW; LORI ZASTROW; MAURICE L. ZEMLICKA; ELIZABETH C. MORSE; MICHAEL ZREPSKEY; PATRICE ZREPSKEY; ORLANDO ZUNIGA; MARGARET ZUNIGA; ALBERT VARDUKYAN; TED YANKO; KIM KEELEY; DAVID TAYLOR; VERNON VERKENNES; SHERYL WALDING; ROBERT PRICE; KAREN PRICE; THOMAS ROGERS; MELESSA MANNINO; ALLAN LEONARD; JOHN KRETZSCHMAR; CRYSTAL MCMAHAN; LISA MORRISON; PETER SARACINO; COLLEEN TAYLOR; RUTH ANN BAZZANI; LYNN MARIE RAU; EDWARD RAU; HARRY WAGNER; MELISSA FRANKEL-WAGNER; JAY RICKERT; KRISTINE K. RICKERT; TERRY YORK; DENISE YORK; CASMIER ZOMERFELD; ANDREA ZOMERFELD; MARTHA DICK; NOLAN HARVEY, II; DIANE HAMMOND; JESSICA FESING; NATHAN FESING; MICHAEL RYBAK; CHRISTINE RYBAK; MICHAEL MIKOLAJEWSKI; GARY HORNE; ROBERT GRADOWSKI; NICOLE MIKOLAJEWSKI; DIANE HORNE; JULIE GRADOWSKI; HAROLD MERTZ, JR.; DIANA MERTZ; ALBERT; ANGEL HARRISON; DANIEL KELLAN; PAUL LAY; DENNIS KLOTT; AARON JOHNSTON; SHANDA JOHNSTON; DENNIS LYONS; SANDY LAY; DEBORAH KLOTT; VICKI LYONS; JACQUELINE BALHORN; GAIL BARRON; RHONDA GOODWIN; ART GOODWIN; MATTHEW FINNERTY; JONES; JENNIFER LINTS; MARY KENNEDY; JEFFREY KLINE, SR.; KENNETH KULA; KELLY MCGRATH; DONNA KULA; DUANE BARRON; TRAVIS BARRON; DOUGLAS C. PETERSON; CHRISTINE M. PETERSON; MICHAEL SANDER; JOANN SANDER; JULIE MILLS; DEIDRE DONALD; HENRY DONALD; TIMOTHY ALVESTEFFER; BILL BACON; LINDA L. BEDELL; JAMES L. BEDDELL; KIMBERLY BORCHARD; TIMOTHY DANA; TOM BOWLAND; TERRY BUSHRE; DIAWA BUSHRE; GAYLORD CHENEY; SHARON CHENEY; DAVE CIANEK; TRACY COATES; BRETT COTTON; BOBBIE CRAWFORD; SUSAN CURRY; CLEMENT CURRY; KENNETH DENMARK; ROXANNE FETTIG; ANDREW GIEDROCZ; RUTH GIEDROCZ; SYLVIA GILVIDIS; LELAND GORMLEY; KENNETH HOWDEN; MICHAEL JERRY; KATHY JERRY; PATRICIA JEWETT; GORDON JEWETT; KARL KACEL; NEHIL KEELEY; LEONA KOZLOWSKI; RICHARD LABRENZ; VIRGINIA LOOSE; DOUGLAS LOOSE; DARIN LUNSFORD; FREDERICK LYONS; NANCY LYONS; ROBERT MAXWELL; PENNY MAXWELL; DARLENE MCDADE; JAMES MCDADE; ROBERT MCMANUS; MICHELLE MCMANUS; BRIAN MILLER; TERRY MILLER; DAWN MILLER; DAVID NOPPE; NADINE NOPPE; WAYNE O'DELL; WALDEMAR PAETZ; SANDRA PAETZ; MARSHA DELISO; PETER DELISO; IRVIN POTTS; ROSEMARIE POTTS; JEFFRERY POTTS; JUDITH POTTS; TERRY RAMIREZ; CHERYL RAMIREZ; JACOB ROESE; JENNIFER SALISBURY; MELISSA SCHAFER; GREGORY SCHARBONEAU; MARY ANN SCHARBONEAU; MARK SCHNEIDER; KEITH SHATTUCK; KATHLEEN SHATTUCK; GARLAND SNEED; LILA SNEED; JIM SPERLING;

RECEIVED by MCOA 7/11/2024 3:11:44 PM

MARGE SPERLING; DENNIS STANKEWICZ; MERRILEE STANKEWICZ; BRUCE THIBODEAU; TONI THIBODEAU; ARLENE THORP; MARY TURVEY; STEPHEN WYZYWANY; KAREN WYZYWANY; JOSEPH ZAWISLAK; BONNIE ZAWISLAK; MICHELLE ZEMLICAK; SHARON MAXWELL; JOHN PESSINA; PHYLLIS BOMAN; LINDA BOMAN; CAROL KUBINSKI; LISA DIESBOURG; LEYNA WERNER; DENNIS WERNER; MICHAEL BACHER; MELINDA BACHER; JOHN BOOS; MARY BOOS; SUSAN BURTCH; ROBIN BUSECK; RICHARD CASTRO; PATRICIA DEGASPERIS; PAUL DEGASPERIS; DIANA L. COLE TRUST; KAY DURANCZYK; TONY DURANCZYK; SHARON GILLETTE; ANDREW STEPHENSON; RICHARD GRZEGORCZYK; LEZLEY GRZEGORCZYK; D.; JOAN JOHNS; DIANE KOSHT; WILLIAM LAI; MARINA LAI; HENRY LEICH; CHERYL LEICH; ANDREA LEWIS; MARILYN MEYLAN TRUST; DALE MYERS; ROBERT NIENHAUS; SHERYL NIENHAUS; CAROL OUELLETTE; NANCY PIETZ; RICHARD & DONNA LABRENZ TRUST; KELLY RUSSELL; VIRGINIA RUSSELL; ROSEMARY SAVAGE; KENNETH SAVAGE; KENNETH SESTO; DENISE SESTO; CATHERINE SESTO; JAMES SESTO; LISA SHOWEK; JOHN TRACY; LORRAINE TRACY; LOST ARROW RESORT; TITTABAWASEE RESORT LLC; MICHELYNNE ADDINGTON; CHARLES ADDINGTON; MARJORIE ALLMAN; ROGER ANTEAU; WENDY ANTEAU; JERRY ATKINSON; THERESA ATKINSON; BRAD AUER; KRISTY AUER; JENNIFER AUTY; TERRIE BABBITT; MICHAEL G. BARTLETT; MICHAEL BERGER; ASHLEY BERGER; SCOTT BIGELOW; BRIAN BRADEN; SARAH BRADEN; LAWRENCE BRADY; CAROL BRADY; DANIEL BRODAK; LOREN BRUNGER; GLENDA BRUNGER; DAVID CANNING; HELEN CANNING; BRUCE CARTER; SHERRY CARTER; KAREN CENTOFANTI; MICHAEL CHRISS; SHARON CHRISS; SHERYL DENMARK; DANIEL DIONNE; DAWN DIONNE; DONALD DRAYTON; WENDY FABER; ROBERT FABER; ROBERT KELEY; GEORGE FERGUSON; LYNDA FERGUSON; MICHAEL GRIFFIN; SUSAN GRITZINGER; ANTHONY GROHMAN; JAMES HARDY; TONYA HARDY; BONNIE HARGRAVES; LORRAINE HEDRICK; LESLIE HESS; BRENDA L. HILLIKER; WILLIAM HOGREBE; PATRICIA HOGREBE; ALLAN INNES; JEFFREY KALETO; ROBERT KELLEY; JOSEPH KELLOGG; JEFF KINNE; SANDY KINNE; ANDREW KRIEGER; FRANK LEVENICK; MICHELLE LEVENICK; TIMOTHY LONG; ROXANNE LONG; ASHLEY LOTHIAN; BRAD LYON; KIM LYON; DERALD MARSH; KITTY MASCARO; WILLIAM MASCARO, JR.; JOHN MCCANN; MARY MCCANN; GERARD MCGOWAN; ARICKA MEALBACK; CARLTON MILLS; JANICE MILLS; ALEXANDRA MURPHY; MICHAEL MURPHY; DAVID J. MURRAY; FREDRICK MURRAY; ROSEMARIE MURRAY; ROBERT NEIIENDAM; JENNIFER NEIIENDAM; WAYNE ODELL; DANIEL OUILLETTE; LISA OUILLETTE; GEORGE PATTERSON; TAMMY PATTERSON; DUANE LEE PAUL; ANTHONY A. PAVONE; MATTHEW PENNY; NANCY PENNY; NICHOLAS PHILLIPS; KARENA PHILLIPS; DARIN POLE; DENNIS RADCLIFFE; MARK L. RAMER; DAVID RANDALL; TONY REEDY; MAUREEN REEDY; RANDAL REGNIER; PATRICIA REGNIER; PETRINA RICE; DANIEL RITTER; ETOILE RITTER; CYNTHIA ROBINSON; CASEY ROSS; STEPHANIE SABIN; LARRY SCHMIDT; SHARON SCHMIDT; ROBERT SCHOOLEY; ANNE SCHOOLEY; PAUL SHERYL; JOHN SMILNAK; LAURIE SMITH; EDWIN SPECKHARDT; MONICA SPECKHARDT; PATRICIA SPENCER; MARK SULLIVAN; LATASHA SULLIVAN; NANCY THORP; CHAD TOMS; JULIE ANN VAN AMEYDE; ROBERT WOODRUFF; CINDY WOODRUFF; STEVE WORPELL; TERRI WORPELL; WHITE FAMILY TRUST; PRESTON L. MARSH TRUST;

RECEIVED by MCOA 7/11/2024 3:11:44 PM

GARY L. MEYLAN TRUST; ESTATE OF MARK AUTY; LANCE HUGHES; JOYCE SCHOFIELD; JEFFREY FLETCHER; RICHARD GREGOR; ANGELA GREGOR; JERRY ATKENSON; THERESA ATKENSON; RICHARD KOVALCIK; SUSAN MONROE; GEORGE E. MONROE; and ANDREW KRIEGER

**[End of Attachment A]**

RECEIVED by MCOA 7/11/2024 3:11:44 PM

**Attachment B: Non-Appellant Individual Plaintiffs Below**

The individuals on this list were named as plaintiffs below but are not proceeding as appellants in this Court.

Diane Oliver; Wendi Sigourney; Brian Abraham; Jayna Abraham; Toms Family Trust; Bryce Paulsen; Sue Beyer; Jana Barringer; Laurie Aguirre; Charles Aguirre; Ronald Kline; Michelle Kline; Tina Rossi; Daniel Wozniak; Roberta Yager Kellan; Rebecca Trommer; James Trommer; Sandra Priemer; Michele Hardy; Andrea Lopez; Elise Allie; Scott Houser; Reva Williams; Halina Bulat; Michael Mercier; Tarah Mercier; John Carey; Beverly Carey; Richard Miller; Judy Miller; Ryan Kelato; Sherry Dick; Missy Keller; Gary Keller; Tory Showek; Julie Wiskup; George Wiskup; Richard Lapointe; Christine Lapointe; Lori Wendling; Matthew Wendling; Daneil Eickhoff; Julie Eickhoff; Brian Dankert; Patricia Dankert; Scott Bigelow; Michael Criss; Sharon Criss; Christine Douglass; Velma Germain; Nicholas Holly; Deena Holly; Donald Kearns; Diane Kearns; Lynda Mieske; Monika M. Spallinger; Jeffrey Zaporski; Joan Zaporski; and George Wiskup;

**[End of Attachment B]**