UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---

| | |
|---|---|
| HERON COVE ASSOCIATION, et al, | Case No. 1:14-cv-11473 |
| Plaintiffs, | |
| | Hon. Matthew F. Leitman |
| | Magistrate Judge Patricia T. Morris |
| v | |
| MIDLAND COUNTY BOARD OF COMMISSIONERS, and FOUR LAKES TASK FORCE, | |
| Defendants. | |

---

| | |
|---|---|
| HERON COVE ASSOCIATION, et al, | Case No. 1:14-cv-11458 |
| Plaintiffs, | |
| | Hon. Matthew F. Leitman |
| | Magistrate Judge Patricia T. Morris |
| v | |
| GLADWIN COUNTY BOARD OF COMMISSIONERS, and FOUR LAKES TASK FORCE, | |
| Defendants. | |

---

| | |
|---|---|
| Michael D. Homier (P60318) | Joseph W. Colaianne (P47404) |
| Laura J. Genovich (P72278) | Zachary C. Larsen (P72189) |
| FOSTER, SWIFT, COLLINS & SMITH, PC | Bethany G. Stawasz (P75578) |
| *Attorneys for Plaintiffs* | CLARK HILL PLC |
| 1700 E. Beltline Ave. NE, Suite 200 | *Attorneys for Defendant Four Lakes Task Force* |
| Grand Rapids, MI 49525 | |
| (616) 726-2200 | 215 S. Washington Square, St. 200 |

| | |
|---|---|
| mhomier@fosterswift.com<br>lgenovich@fosterswift.com | Lansing, MI 48933<br>(517) 318-3100<br>Jcolaianne@clarkhill.com<br>zlarsen@clarkhill.com<br>bstawasz@clarkhill.com |
| | Timothy S. Ferrand (P39583)<br>CUMMINS, MCCLOREY, DAVIS & ACHO, P.L.C.<br>*Attorneys for Defendant Gladwin County Board of Commissioners & Defendant Midland County Board of Commissioners*<br>19176 Hall Road, Suite 205<br>Clinton Township, MI 48038<br>(586) 228-5600<br>tferrand@cmda-law.com |

### INDEX OF EXHIBITS TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS

| | |
|---|---|
| A | HCA Amended Articles of Incorporation |
| B | HCA Circuit Court Claim of Appeal |
| C | Circuit Court Opinion & Order |
| D | HCA Michigan Court of Appeals Claim of Appeal |
| E | HCA Michigan Court of Appeals Application for Leave to Appeal |
| F | Table of Questioned Property Interests & Excerpts of Capital Assessment Roll |
| G | *NDC, LTD v. Twp of Sylvan* |

Respectfully submitted,

FOSTER, SWIFT, COLLINS & SMITH, P.C.
*Attorneys for Plaintiffs*

2

3

Dated: July 30, 2024

By: /s/ Michael D. Homier

Michael D. Homier (P60318)
Laura J. Genovich (P72278)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
1700 E. Beltline NE Suite 200
Grand Rapids, Michigan 49525
(616) 726-2230
mhomier@fosterswift.com
lgenovich@fosterswift.com

89232:00001:200700498-4

3