# EXHIBIT D

JIS Code: COA

| | | |
|---|---|---|
| **STATE OF MICHIGAN** 42nd Midland JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY ☑ IN THE COURT OF APPEALS | **CLAIM OF APPEAL** | **CASE NO.** CIRCUIT 24-2751-AA DISTRICT PROBATE |

**Court address**
301 W. Main Street, Midland, MI 48640

**Court telephone no.**
989-832-6735

| Plaintiff's/Petitioner's name(s) and address(es) ☑ Appellant ☐ Appellee | | Defendant's/Respondent's name(s) and address(es) ☐ Appellant ☑ Appellee |
|---|---|---|
| Heron Cove Association et al. Please see Attachments A and B to this Claim of Appeal form. | v | Midland County Board of Commissioners, Gladwin County Board of Commissioners, and Four Lakes Task Force |
| **Plaintiff's attorney, bar no., address, and telephone no.** Michael D. Homier (P60318) Laura J. Genovich (P72278) Keith T. Brown (P84193) Foster, Swift, Collins & Smith, PC 1700 E. Beltline Ave. NE, Ste. 200, Grand Rapids, MI 49525 | | **Defendant's attorney, bar no., address, and telephone no.** Joseph W. Colaianne (P47404) Zachary C. Larsen (P72189) Lauren K. Burton (P76471) Clark Hill PLC 215 S. Washington Square, Ste. 200, Lansing, MI 48933 |

In the matter of _____

Other interested party(ies) of probate matter

1. Heron Cove Association, et al. _____ claims an appeal from a final judgment or final order entered on
   Name
   June 20, 2024 _____ in the Midland County Circuit _____ Court of the State of Michigan,
   Date                                    Court name and number or county

   by   ☐ district judge   ☑ circuit judge   ☐ probate judge   ☐ district court magistrate

   Michael J. Beale _____ 44233 _____ .
   Name of judge or district court magistrate                      Bar no.

2. Bond on appeal is   ☐ filed.   ☐ attached.   ☐ waived.   ☑ not required.

3. ☐ a. The transcript has been ordered.
   ☑ b. The transcript has been filed.
   ☐ c. No record was made.

4. ☐ THIS CASE INVOLVES
   ☐ a. A CONTEST AS TO THE CUSTODY OF A MINOR CHILD.
   ☐ b. AN ADULT OR MINOR GUARDIANSHIP UNDER THE ESTATES AND PROTECTED INDIVIDUALS CODE OR UNDER THE MENTAL HEALTH CODE.
   ☐ c. AN INVOLUNTARY MENTAL HEALTH TREATMENT CASE UNDER THE MENTAL HEALTH CODE.
   ☐ d. A RULING THAT A PROVISION OF THE MICHIGAN CONSTITUTION, A MICHIGAN STATUTE, A RULE OR REGULATION INCLUDED IN THE MICHIGAN ADMINISTRATIVE CODE, OR ANY OTHER ACTION OF THE LEGISLATIVE OR EXECUTIVE BRANCH OF STATE GOVERNMENT IS INVALID.
   ☐ e. AN ADOPTION ORDER UNDER CHAPTER X OF THE PROBATE CODE.
   ☐ f. A FREEDOM OF INFORMATION ACT ISSUE.

July 11, 2024 _____          /s/ Michael D. Homier _____
Date                                    Appellant/Attorney signature

Approved, SCAO
Form MC 55, Rev. 9/23
MCL 15.240, MCL 710.65, MCR 4.401(D), MCR 7.104(C), MCR 7.108(C)(3), MCR 7.204(D)
Page 1 of 2

Distribute form to:
Court of Appeals/Circuit court
Trial court
Appellee
Appellant

RECEIVED by MCOA 7/11/2024 3:11:44 PM

**Claim of Appeal**   (9/23)  
Page 2 of 2

Case No. __24-2751-AA__

### PROOF OF SERVICE

I certifiy that copies of this claim of appeal and bond (if required) were served on

_____ on _____ by ☐ personal service.   ☐ first-class mail.  
Name                                                                    Date

_____ on _____ by ☐ personal service.   ☐ first-class mail.  
Name                                                                    Date

_____ on _____ by ☐ personal service.   ☐ first-class mail.  
Name                                                                    Date

_____  
Date

_____  
Signature

RECEIVED by MCOA 7/11/2024 3:11:44 PM

**Attachment A: Individual Appellants**

The individuals on this list were named as plaintiffs below and are also appellants in this appeal.

HERON COVE ASSOCIATION, on behalf of its members, and individually by its members: JEFFERY DANA; JUDY DANA; DEBORA ADAMS; MICHAEL ADAMS; SHANNON ADAMS; JAMIE ADAMS; RIC ADER; SALLY ADER; MICHAEL ADOLPH; DARLENE ADOLPH; CLIFFORD ALLEN; ANDREW ALLEN; PAUL ALLEN; JAYNE ALLEN; PAMELA ALLEN; JULIE ALLEN; CHRISTINE ALLEN; LEONARD ALLEN; DAVID ALTENBERNT; JACOB ALTENBERNT; CONNIE ALTENBERNT; BRITTANY ALTENBERNT; EDWARD ARSENEAULT; AMY ARSENEAULT; DICK ARTHUR; DOREEN ARTHUR; DENNIS ATHEY; PATRICIA ATHEY; BRAD AVER; KRISTY AVER; KURT BAKER; SANDRA BAKER; CYNTHIA BALHORN; JAQUELINE BALHORN; JOSEPH BALHORN; RICHARD BARLOW; RAYMOND BARTON; PAMELA BARTON; DOUGLAS BASHUR; MELANIE BASHUR; RAY BAUERS; MARIE RISTE; SCOTT BAUMGART; ROBERT BAZINET; MICHAEL BAZZLE; AMY BAZZLE; ROBERT BEAUCHAMP; DEBRA BEAUCHAMP; MARY BETH BECHTEL; CAROLINE GOICK; MICHAEL BECKHAM; KEN BELLHORN; GEORGE BENCI; JOHN BENCI; SHARON BENCI; ROBERT BENNETT; TAMMY BENNETT; GILBERT BERNIER; JACQUELINE BERNINGER; ALYSIA BERTHIAUME; LINDA BEVERIN; SUSAN E. BEYER; GARY BISHOP; KRYSTAL BISHOP; JASON BISKNER; STACEY BISKNER; JUDY BOMAN; GARY BOOTH; HOLLY BOOTH; RONALD BOWMAN; CLARA BOWMAN; STACI BOYNTON; ELAINE BRANCHEAU; SHAWN BRANCHAEU; KATHLEEN BREWIS; CARY BREWIS; SCOTT BRICHACEK; RACHELE BRICHACEK; JIM BRINK; AMY BRINK; AJ BROCK; CYNTHIA BROCK; JAMES BROSIER; PAULA BROSIER; DAVID BROWN; FRED BRYAN; LISA KINSEY; FRED KINSEY; ROBERT BUNKER; JANICE BUNKER; JACK BURNIAC, JR.; ANDREW BYCE; KAREN BYCE; JIMMY CAIN; CATHY CAIN; PAT CALAHAN; JENNIFER CALAHAN; JAMES CALDWELL; PATRICIA CALDWELL; RENEE CALHOUN; MICHAEL CAMPBELL; MELANIE CAMPBELL; ROBERT CAPELING; JENNIFER CAPELING; WAYNE CASKEY; JOSETTA CASKEY; JANIS A.E. COLTON; TIMOTHY COOK; NICHOLAS COON; ANN COON; ROBERT COWGILL; RICHARD COX; CAROLYN COX; ROBERT CUBBA; RITA CUBBA; KEITH DANIELS; PATRICIA DANIELS; DONNA DAVIS; BRADLY DAVIS; LOU ANN DAVIS; STACY DAVIS; GENE DAVIS; KIM DAVIS; JO ELLEN DE VUYST; KENDALL DE VUYST; KRISTINA DELISLE; KEVIN DELISLE; GARY DELONG; BELINDA DELONG; DAWN DENMARK; ROD DENMARK; BRADLEY DENNINGTON; DAVID DINSMORE; PAMELA DINSMORE; TERRIL DISCH; TERRY DONAKOWSKI; CHERYL DONAKOWSKI; RICHARD DOWNING; SUSAN DOWNING; LEANNA DOYLE; NICK DRYE; TIFFANY DRYE; TERESA DUFRESNE; MICHAEL DUNCAN; SCOTT DUNCANSON; CAREY DUNCANSON; JOHN DURANCZYK; THOMAS DWYER; STEPHANIE DWYER; DAVID EBENDICK; ROBIN EBENDICK; KARI W. FARLING; BETH MANSFIELD; MICHELLE FARRINGTON; JOHN KAPRAL; BOBERT FAVREALL; CHARLES FEGREUS; PATRICK FELD; ROBERT J. FERGUSON; SHARON FERGUSON; REBECCA FIELD; JESSICA FINNERTY; LUANN FOLLETT; KEITH FOREN; CHARLOTTE FOSGARD; WALTRAUD FUSCO; MARK GAHRY; CARL GARBACIK;

KAREN GAWRON; JAMES GEROMETTEE; GIOVAINA GEROMETTEE; THADDEUS GIERALTOWSKI; MARY ANN GIERALTOWSKI; JEFFERY GIGNAC; BARBARA GIGNAC; JILL GLINSKI; JEROME GLINSKI; GARY GNYP; MARY GNYP; EILEEN GOLDSWORTHY; CURTIS GOLL; MARTHA GOLL; JILL R. GOODEMOOT; TIMOTHY GORDERT; GERARD GOWAN; MICHAEL GREEN; JEFF GRONAU; DONNA GRONAU; DOUG GROSSMAN; CONNIE GROVE; RON GUSTINE; LISA GUSTINE; JANET HABERLAND; JAMES HANKERD; KIMBERLY HANKERD; JEREMIE HANNA; DANIELLE HANNA; HARRY HARTFIELD; KENNETH HARVILLE; JOSHUA HARVILLE; JESSICA MINARD; JAMES HAWLEY; KIM HAWLEY; LORRAINE HEDRICH; BRIANT HEISER; KEVIN HENNESSY; SANDRA HENNESSY; JUDY GERRIE HERNANDEZ; GAIL POST-HEROLD; JOHN HIGHFIELD; JENNIFER HIGHFIELD; DAVID HILDEN; SALLY HILDEN; GEORGE HILLIARD; LORI HILLIARD; CHARLES HILLIKER; RUSS HIUMENIAK; JENNIFER HIUMENIAK; JAY HOCKING; SUSAN HOCKING; MARIANN HODGE; GARY HOMMEL; MARY JO HOMMEL; MICHAEL HOPKINS; CHARLENE HOPKINS; JONATHAN HOZESKA; CARRIE HOZESKA; MICHAEL HUBER; CARRIE HUCKINS; GORDON HUCKINS; BEHZAD HUSSEINZADEH; PAMELA HUSSEINZADEH; DANIEL IGNACE; DANA IGNACE; DAN INMAN; BEVERLY INMAN; CHARLES IRELAND; GERI IRELAND; JOHN JAKUBIEC; DENNIS JOHNSON; ROGER JOHNSON; KIM JOHNSON; SONG CHA KANG; KAL KAUFMANN; GINA KAUFMANN; RICHARD KEDZIOREK; DIANE KEDZIOREK; ALBERT KEEN; CYNTHIA KEHOE; MELISSA KELLER; JOE KELLOGG; STACIE KELLOGG; IRENE KENNEDY; KVLA KENNETH; KATHLEEN KENWORTHY; DAVID KINGSBURY; RITA KINGSBURY; DANIEL KINNER; CHERYL KINNER; JAMES KNIEPER; MICHAEL KOLANOWSKI; VICKY KOLANOWSKI; JASON KOZAK; KATIE KOZAK; KEVIN KRAFT; DONA KRAFT; GEORGE KRATZ; KRATZ CO. LLC, RAYMOND KRUEGER; JOSEPH KRUEGER; SYLVESTER KIM; RODNEY KRUGER; SHARON KRUGER; THERESA KRYS; LYLE SHIFFER; PATRICK KUCHER; MONICA KUCHER; KATIE GRUND; BRANDON GRUND; DEREK KUNDINGER; ANGELA KUNDINGER; ARTHUR KUPIEC; LOUISE KUPIEC; MICHELL LAFOND; ROBERT LAGRAFF; BRENDA LAGRAFF; JOHN LANG; BETHANY LANG; ALAN LARSON; ANDREA LARSON; ED LASKE; COLLEEN LASKE; MICHAEL LATHROP; MARTIN LATHROP; CRYSTAL LATHROP; TYLER LATHROP; CHRISTAL LATHROP; SHARON LEACH; EDWARD LEACH; ED LEE; KIMBERLY LEE; LARRY LESTER; GERALD LICQUIA; KAREN LICQUIA; WILLIAM LINDBERG; MARK LINDENMUTH; PERRI LINDENMUTH; CATHERINE LOVE; DAVE LOVEJOY; RITA LOVEJOY; BRUCE LOVELACE; KAREN LOVELACE; DAVID LULEWICZ; SHERYL LULEWICZ; KRISS LYONS; KIM LYONS; RANDALL MAGEE; CAROL MAGEE; STEVEN MAKOWSKI; JANINE MAKOWSKI; MARY MALONEY; TERRY MARICK; KEVIN MARICK; BRENT MARKO; DAVID MARR; DENZEL MARTIN; SHARON MARTIN; ALVIN MATICH; BRIAN MATTHIAS; CINDY MATTHIAS; TIMOTHY MCATEER; PATRICIA MCATEER; MELISSA MCATEER; JAMES MCATEER; DENNIS MCBRIDE; PATRICIA MCBRIDE; WILLIAM MCCRANDALL; MARETTA MCCRANDALL; FLOYD MCDONALD; JOYCE MCDONALD; RANDY MCDONALD; RENEE MCDONALD; CAROL MCDONALD; KRISTINA MCDONALD; SHELLY MCEOWN; MAC MCKELLAR; CHRISTOPHER MILLER; DARRELL MONDAY; TAMELA MONDAY; KEVIN MOORE; JAMES MORSE; CONNIE MORZINSKI; RANDALL MORZINSKI; DANIEL MOTT; KAREN MOTT; BETTY MULLIN; EDWARD MULLIN;

RECEIVED by MCOA 7/11/2024 3:11:44 PM

TIMOTHY MURPHY; KRAIG OLIVER; KAREN MYERS; GREG NELSON; ANNETTE NELSON; JARED NICKEL; HUNTER NORRIS; NICHOLAS JERMAN; YVETTE OARD; DANNY OKONIEWSKI; JAMES OLSON; JANET OLSON; KAREN OLSON; ALFRED C. OLSON III; DEBRA OLSON; ERIKA OSTASZEWSKI; AARON OSTASZEWSKI; CHARLES BARNES; JEFF OTTO; MARY OTTO; DANIEL OUILETTE; LISA OUILETTE; DONALD PALMATEER; BENNETT PALMATEER; HAZEL PARSONS; DAVID PARTRIDGE; CINDY PARTRIDGE; JOSEPH PEELISH; KELLIE PEELISH; MATT PEER; TERI PEER; NANCY PEIL; CHRISTINE PELLAR; DONALD GUNTHER; NORMA GUNTHER; MATTHEW PENNEY; NACEY PENNEY; ANDREW PETERS; DOUGLAS PETERSON; CHRISTINE PETERSON; SCOTT PETHERS; MARK PFENNINGER; PAMELA PHILLIPS; LAWRENCE PHILLIPS; ROCHELLE PHILLIPS; EDWARD PINKSTON; JEFFERY PITTS; JUDIA PITTS; BRUCE PLOWMAN; LISA PLOWMAN; DARIN POPE; RICKY PORTER; JAN PORTER; DANNY POYNER; JANEEN POYNER; HOLLI POYNER; KAREN RADCLIFFE; PATRICIA RADCLIFFE; KEVIN RAMM; BRADLEY RAUSCH; LORRAINE RAYMOND; DEAN A. READER; TAMRA L. READER; READER FAMILY TRUST; AMY REGINEK; TIMOTHY REILLY; DIANA REILLY; CRAIG REIS; KIMBERLY REIS; JEANNE RESKE; DAVID RETAN; AMY RETAN; DOUG REX; LORI REX; KATHLEEN RHYNARD; LATASHA RHYNARD; LAWRENCE RICE; PETRENIA RICE; CHARLOTTE RILEY; ROBERT UMPHREY; ADAMS RIVAS; WILLIAM ROBINSON; REBECCA ROBINSON; JAMES ROGERS; RANDALL ROGNIER; PATRICIA ROGNIER; CARL ROLL; COLETE BECOLE; ASHLEY ROSE; CAREN ROSE; CHRIS ROSE; NEIL ROSS; CYNTHIA ROWLEY; GREG RUPPEL; CHRISTY RUPPEL; DAVID RYMAS; AMY RYMAS; REZA SAFFARIAN; CHERYL SAFFARIAN; WILLIAM SAROS; LAURA SAROS; JOHN SAXON; JEFFERY SCHAFFER; RONALD SCHMIDT; PAMELA SCHMIDT; GREGORY SCHOWALTER; TAMARA SCHOWALTER; GARY SCHULZ; KRISTEN SCHULZ; FRANK SCHUMACHER; JUNE SCHUTT; TIM SEAGRAVES; KATHY SEAGRAVES; ENDRE SEFCSIK; ROBERT SEIBERLING; JAMES SEIGLA; CAROL SEIGLA; LARRY SERRELL; BARBARA SERRELL; MARLENE SHEBESTER; ARCHIE SHEBESTER; KEFF SIELOFF; KIMBERLY SIELOFF; DAVID SILEO; DEBORAH SILEO; ROBERT SIMS; TRACY SIMS; DAWN SISK; RONALD SIZELAND; SUSAN SIZELAND; TRAVIS SMITH; RONALD SMITH; GEORGE SMITH; RONDA SMITH; EDWARD SOWA; DINA FRANCESCUTTI; JAMES SPARBECK; JEFFREY SPARBECK; EDWIN SPECKHAEDT; ANTHONY STAHL; DAVID STAHL; NORA STAHL; DEAN STALDER; ANDREW STEPHENSON; MARIE STOCK; MICHAEL STOCKER; DENVER STOCKER; LARRY STOINSKI; RUTH STOINSKI; WAYNE STOVER; LINDA STOVER; JAMES STRADTNER; KELLY STRADTNER; RONALD STREETER; SANDRA STREETER; CHRISTINE STUMPO; JOSEPH STUMPO; TODD SULLIVAN; RACHEL SUNDE; DEBARAH SUWINSKI; LAWRENCE SUWINSKI; JOHN SYDENSTRICKER; THERESA SYDENSTRICKER; STEVEN TAYLOR; LORETTA TAYLOR; DAVID THIBODEAU; LINDA THIBODEAU; DAVE THOMAS; JAMES THOMAS; MARK THOMAS; VICKI THOMAS; LOWELL THOMAS; BRIAN THOMPSON; CARMAN THOMPSON; THOMAS THOMSON; KELLY THOMSON; THOMAS J. THOMPSON; LINDA C. THOMSON; JANICE TORREY; GARY TRELFA; DIANE TRELFA; SCOTT TRINKLEIN; DOUG KRUGER; LENORE TROIA; CYNTHIA ABBS; DAVID TROMBLEY; GORDON TROYANEK; TRAVIS TWITCHELL; BEATRICE TYREE; DAVID VALICE; LINDA VALICE; JAMES VAN HORN; DEBORAH VAN HORN; MARKO VANCE; MARYANN VANCE; WILLIAM VASICEK; MICHAEL L. VERELLEN; COURTNEY

RECEIVED by MCOA 7/11/2024 3:11:44 PM

VERELLEN; MARY ELLEN VERELLEN; JAMES VOGT; SUSAN VOGT; KRISTIN WAGNER; RYAN BENJAMIN WAHL; JOSHUA WALLACE; ANDREA WALLACE; MICHAEL WALRATH; MICHAEL WARNER; KELLY WARNER; THOMAS WARSHEFSKY; RON WASCHER; MARY WASCHER; JAMES WAZNY; PAMELA WEIRMIER; GENE WEST; WANDA WEST; KEVIN WESTLAKE; SARAH WESTLAKE; DOUGLAS WHEATLEY; LINDA WHITE; NORMAN WIESKE; SAMANTHA WILLIAMS; TIMOTHY WILLIAMS; ANGELA WILLIAMS; JEFFERY WILLIAMS; EARL WILSON; RICHARD WING; THERESA WING; BARB WIRTZ; LEROY WOODS; GLENDA WOODS; RALPH WYRYBKOWSKI; DARLENE WYRYBKOWSKI; KENNETH YEAGER; CATHRYN YEAGER; JAMES YOUNG; TRACY ZWICK YOUNG; STEVEN ZASTROW; LORI ZASTROW; MAURICE L. ZEMLICKA; ELIZABETH C. MORSE; MICHAEL ZREPSKEY; PATRICE ZREPSKEY; ORLANDO ZUNIGA; MARGARET ZUNIGA; ALBERT VARDUKYAN; TED YANKO; KIM KEELEY; DAVID TAYLOR; VERNON VERKENNES; SHERYL WALDING; ROBERT PRICE; KAREN PRICE; THOMAS ROGERS; MELESSA MANNINO; ALLAN LEONARD; JOHN KRETZSCHMAR; CRYSTAL MCMAHAN; LISA MORRISON; PETER SARACINO; COLLEEN TAYLOR; RUTH ANN BAZZANI; LYNN MARIE RAU; EDWARD RAU; HARRY WAGNER; MELISSA FRANKEL-WAGNER; JAY RICKERT; KRISTINE K. RICKERT; TERRY YORK; DENISE YORK; CASMIER ZOMERFELD; ANDREA ZOMERFELD; MARTHA DICK; NOLAN HARVEY, II; DIANE HAMMOND; JESSICA FESING; NATHAN FESING; MICHAEL RYBAK; CHRISTINE RYBAK; MICHAEL MIKOLAJEWSKI; GARY HORNE; ROBERT GRADOWSKI; NICOLE MIKOLAJEWSKI; DIANE HORNE; JULIE GRADOWSKI; HAROLD MERTZ, JR.; DIANA MERTZ; ALBERT; ANGEL HARRISON; DANIEL KELLAN; PAUL LAY; DENNIS KLOTT; AARON JOHNSTON; SHANDA JOHNSTON; DENNIS LYONS; SANDY LAY; DEBORAH KLOTT; VICKI LYONS; JACQUELINE BALHORN; GAIL BARRON; RHONDA GOODWIN; ART GOODWIN; MATTHEW FINNERTY; JONES; JENNIFER LINTS; MARY KENNEDY; JEFFREY KLINE, SR.; KENNETH KULA; KELLY MCGRATH; DONNA KULA; DUANE BARRON; TRAVIS BARRON; DOUGLAS C. PETERSON; CHRISTINE M. PETERSON; MICHAEL SANDER; JOANN SANDER; JULIE MILLS; DEIDRE DONALD; HENRY DONALD; TIMOTHY ALVESTEFFER; BILL BACON; LINDA L. BEDELL; JAMES L. BEDDELL; KIMBERLY BORCHARD; TIMOTHY DANA; TOM BOWLAND; TERRY BUSHRE; DIAWA BUSHRE; GAYLORD CHENEY; SHARON CHENEY; DAVE CIANEK; TRACY COATES; BRETT COTTON; BOBBIE CRAWFORD; SUSAN CURRY; CLEMENT CURRY; KENNETH DENMARK; ROXANNE FETTIG; ANDREW GIEDROCZ; RUTH GIEDROCZ; SYLVIA GILVIDIS; LELAND GORMLEY; KENNETH HOWDEN; MICHAEL JERRY; KATHY JERRY; PATRICIA JEWETT; GORDON JEWETT; KARL KACEL; NEHIL KEELEY; LEONA KOZLOWSKI; RICHARD LABRENZ; VIRGINIA LOOSE; DOUGLAS LOOSE; DARIN LUNSFORD; FREDERICK LYONS; NANCY LYONS; ROBERT MAXWELL; PENNY MAXWELL; DARLENE MCDADE; JAMES MCDADE; ROBERT MCMANUS; MICHELLE MCMANUS; BRIAN MILLER; TERRY MILLER; DAWN MILLER; DAVID NOPPE; NADINE NOPPE; WAYNE O'DELL; WALDEMAR PAETZ; SANDRA PAETZ; MARSHA DELISO; PETER DELISO; IRVIN POTTS; ROSEMARIE POTTS; JEFFRERY POTTS; JUDITH POTTS; TERRY RAMIREZ; CHERYL RAMIREZ; JACOB ROESE; JENNIFER SALISBURY; MELISSA SCHAFER; GREGORY SCHARBONEAU; MARY ANN SCHARBONEAU; MARK SCHNEIDER; KEITH SHATTUCK; KATHLEEN SHATTUCK; GARLAND SNEED; LILA SNEED; JIM SPERLING;

MARGE SPERLING; DENNIS STANKEWICZ; MERRILEE STANKEWICZ; BRUCE THIBODEAU; TONI THIBODEAU; ARLENE THORP; MARY TURVEY; STEPHEN WYZYWANY; KAREN WYZYWANY; JOSEPH ZAWISLAK; BONNIE ZAWISLAK; MICHELLE ZEMLICAK; SHARON MAXWELL; JOHN PESSINA; PHYLLIS BOMAN; LINDA BOMAN; CAROL KUBINSKI; LISA DIESBOURG; LEYNA WERNER; DENNIS WERNER; MICHAEL BACHER; MELINDA BACHER; JOHN BOOS; MARY BOOS; SUSAN BURTCH; ROBIN BUSECK; RICHARD CASTRO; PATRICIA DEGASPERIS; PAUL DEGASPERIS; DIANA L. COLE TRUST; KAY DURANCZYK; TONY DURANCZYK; SHARON GILLETTE; ANDREW STEPHENSON; RICHARD GRZEGORCZYK; LEZLEY GRZEGORCZYK; D.; JOAN JOHNS; DIANE KOSHT; WILLIAM LAI; MARINA LAI; HENRY LEICH; CHERYL LEICH; ANDREA LEWIS; MARILYN MEYLAN TRUST; DALE MYERS; ROBERT NIENHAUS; SHERYL NIENHAUS; CAROL OUELLETTE; NANCY PIETZ; RICHARD & DONNA LABRENZ TRUST; KELLY RUSSELL; VIRGINIA RUSSELL; ROSEMARY SAVAGE; KENNETH SAVAGE; KENNETH SESTO; DENISE SESTO; CATHERINE SESTO; JAMES SESTO; LISA SHOWEK; JOHN TRACY; LORRAINE TRACY; LOST ARROW RESORT; TITTABAWASEE RESORT LLC; MICHELYNNE ADDINGTON; CHARLES ADDINGTON; MARJORIE ALLMAN; ROGER ANTEAU; WENDY ANTEAU; JERRY ATKINSON; THERESA ATKINSON; BRAD AUER; KRISTY AUER; JENNIFER AUTY; TERRIE BABBITT; MICHAEL G. BARTLETT; MICHAEL BERGER; ASHLEY BERGER; SCOTT BIGELOW; BRIAN BRADEN; SARAH BRADEN; LAWRENCE BRADY; CAROL BRADY; DANIEL BRODAK; LOREN BRUNGER; GLENDA BRUNGER; DAVID CANNING; HELEN CANNING; BRUCE CARTER; SHERRY CARTER; KAREN CENTOFANTI; MICHAEL CHRISS; SHARON CHRISS; SHERYL DENMARK; DANIEL DIONNE; DAWN DIONNE; DONALD DRAYTON; WENDY FABER; ROBERT FABER; ROBERT KELEY; GEORGE FERGUSON; LYNDA FERGUSON; MICHAEL GRIFFIN; SUSAN GRITZINGER; ANTHONY GROHMAN; JAMES HARDY; TONYA HARDY; BONNIE HARGRAVES; LORRAINE HEDRICK; LESLIE HESS; BRENDA L. HILLIKER; WILLIAM HOGREBE; PATRICIA HOGREBE; ALLAN INNES; JEFFREY KALETO; ROBERT KELLEY; JOSEPH KELLOGG; JEFF KINNE; SANDY KINNE; ANDREW KRIEGER; FRANK LEVENICK; MICHELLE LEVENICK; TIMOTHY LONG; ROXANNE LONG; ASHLEY LOTHIAN; BRAD LYON; KIM LYON; DERALD MARSH; KITTY MASCARO; WILLIAM MASCARO, JR.; JOHN MCCANN; MARY MCCANN; GERARD MCGOWAN; ARICKA MEALBACK; CARLTON MILLS; JANICE MILLS; ALEXANDRA MURPHY; MICHAEL MURPHY; DAVID J. MURRAY; FREDRICK MURRAY; ROSEMARIE MURRAY; ROBERT NEIIENDAM; JENNIFER NEIIENDAM; WAYNE ODELL; DANIEL OUILLETTE; LISA OUILLETTE; GEORGE PATTERSON; TAMMY PATTERSON; DUANE LEE PAUL; ANTHONY A. PAVONE; MATTHEW PENNY; NANCY PENNY; NICHOLAS PHILLIPS; KARENA PHILLIPS; DARIN POLE; DENNIS RADCLIFFE; MARK L. RAMER; DAVID RANDALL; TONY REEDY; MAUREEN REEDY; RANDAL REGNIER; PATRICIA REGNIER; PETRINA RICE; DANIEL RITTER; ETOILE RITTER; CYNTHIA ROBINSON; CASEY ROSS; STEPHANIE SABIN; LARRY SCHMIDT; SHARON SCHMIDT; ROBERT SCHOOLEY; ANNE SCHOOLEY; PAUL SHERYL; JOHN SMILNAK; LAURIE SMITH; EDWIN SPECKHARDT; MONICA SPECKHARDT; PATRICIA SPENCER; MARK SULLIVAN; LATASHA SULLIVAN; NANCY THORP; CHAD TOMS; JULIE ANN VAN AMEYDE; ROBERT WOODRUFF; CINDY WOODRUFF; STEVE WORPELL; TERRI WORPELL; WHITE FAMILY TRUST; PRESTON L. MARSH TRUST;

RECEIVED by MCOA 7/11/2024 3:11:44 PM

GARY L. MEYLAN TRUST; ESTATE OF MARK AUTY; LANCE HUGHES; JOYCE SCHOFIELD; JEFFREY FLETCHER; RICHARD GREGOR; ANGELA GREGOR; JERRY ATKENSON; THERESA ATKENSON; RICHARD KOVALCIK; SUSAN MONROE; GEORGE E. MONROE; and ANDREW KRIEGER

**[End of Attachment A]**

RECEIVED by MCOA 7/11/2024 3:11:44 PM

**Attachment B: Non-Appellant Individual Plaintiffs Below**

The individuals on this list were named as plaintiffs below but are not proceeding as appellants in this Court.

Diane Oliver; Wendi Sigourney; Brian Abraham; Jayna Abraham; Toms Family Trust; Bryce Paulsen; Sue Beyer; Jana Barringer; Laurie Aguirre; Charles Aguirre; Ronald Kline; Michelle Kline; Tina Rossi; Daniel Wozniak; Roberta Yager Kellan; Rebecca Trommer; James Trommer; Sandra Priemer; Michele Hardy; Andrea Lopez; Elise Allie; Scott Houser; Reva Williams; Halina Bulat; Michael Mercier; Tarah Mercier; John Carey; Beverly Carey; Richard Miller; Judy Miller; Ryan Kelato; Sherry Dick; Missy Keller; Gary Keller; Tory Showek; Julie Wiskup; George Wiskup; Richard Lapointe; Christine Lapointe; Lori Wendling; Matthew Wendling; Daneil Eickhoff; Julie Eickhoff; Brian Dankert; Patricia Dankert; Scott Bigelow; Michael Criss; Sharon Criss; Christine Douglass; Velma Germain; Nicholas Holly; Deena Holly; Donald Kearns; Diane Kearns; Lynda Mieske; Monika M. Spallinger; Jeffrey Zaporski; Joan Zaporski; and George Wiskup;

**[End of Attachment B]**