UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Heron Cove Association, et al.,

                Plaintiff(s),

v.                                          Case No. 1:24−cv−11473−MFL−PTM
                                          Hon. Matthew F. Leitman

Gladwin County Board of
Commissioners, et al.,

                Defendant(s),

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Matthew F. Leitman as follows:

- STATUS CONFERENCE: November 6, 2024 at 01:30 PM

The Court will host the hearing. Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys. Be advised that this is an attorneys−only proceeding. Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/Holly A Ryan
                                                    Case Manager

Dated: November 4, 2024