UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERON COVE ASSOCIATION, *et al.*,

    Plaintiffs,

v.

Case No. 24-cv-11473
Hon. Matthew F. Leitman

GLADWIN COUNTY BOARD OF
COMMISSIONERS, *et al.*,

    Defendants.

_____/

**ORDER DENYING PLAINTIFFS'**
**MOTION TO MODIFY OPINION AND ORDER (ECF No. 21)**

On July 17, 2024, the Judge previously assigned to this case issued an Opinion and Order granting Plaintiffs' motion to disqualify him and to have the case re-assigned to a new Judge. (*See* Op. and Order, ECF No. 13.) Plaintiffs have now moved to modify that Opinion and Order. (*See* Mot., ECF No. 21.) For the reasons explained on the record during a November 6, 2024, status conference, and for the reasons explained in Defendants' responses to the motion (*see* ECF Nos. 22, 23), the motion is **DENIED**.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 7, 2024

1

   I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 7, 2024, by electronic means and/or ordinary mail.

               s/Holly A. Ryan
               Case Manager
               (313) 234-5126