UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Heron Cove Association, et al.,

                Plaintiff(s),

v.                                          Case No. 1:24–cv–11473–MFL–PTM
                                            Hon. Matthew F. Leitman

Gladwin County Board of
Commissioners, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Matthew F. Leitman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 207.  The following motion(s) are ***rescheduled*** for hearing:

        Motion to Dismiss – #9
        Motion to Dismiss – #10

- MOTION HEARING:  December 12, 2024 at 09:00 AM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/Holly A Ryan
                                                      Case Manager

Dated:  November 7, 2024