UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Heron Cove Association, et al.,

                Plaintiff(s),

v.                                          Case No. 1:24–cv–11473–MFL–PTM
                                                      Hon. Matthew F. Leitman

Gladwin County Board of
Commissioners, et al.,

                Defendant(s),

### NOTICE OF REMOTE MOTION HEARING

PLEASE TAKE NOTICE that a remote hearing has been ***rescheduled*** before District Judge Matthew F. Leitman for the following motion(s):

        Motion to Dismiss – #9
        Motion to Dismiss – #10

- MOTION HEARING: December 12, 2024 at 09:00 AM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:** (646) 828–7666
**MEETING ID:**    161 493 8982

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                                        By: s/Holly A Ryan
                                                             Case Manager

Dated:   December 11, 2024