UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERON COVE ASSOCIATION, *et al.*,

    Plaintiffs,

v.

Case No. 24-cv-11473
Hon. Matthew F. Leitman

GLADWIN COUNTY BOARD OF
COMMISSIONERS, *et al.*,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' Amended Complaint is **DISMISSED**.

                                        KINIKIA ESSIX
                                        CLERK OF COURT

                                By:    s/Holly A. Ryan
                                               Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 20, 2025
Detroit, Michigan